# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In Re:

SARAH HOOVER

        Debtor(s).

SARAH HOOVER

        Plaintiff(s),

v.

QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A, AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 20062, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES

        Defendant(s).

Case No. 19–42890–MJH

**Adv. Proc. No. 20–04002–MJH**

(ALL DOCUMENTS REGARDING THIS MATTER **MUST** BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

## SUMMONS IN AN ADVERSARY PROCEEDING
### REISSUED FOR SERVICE ON DEFENDANTS NEWREZ LLC AND IH6 PROPERTY WASHINGTON LP

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. A copy of the complaint is attached to this summons.

Address of Clerk:

    U.S. Bankruptcy Court
    1717 Pacific Avenue
    Suite 2100
    Tacoma, WA 98402

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney (or Plaintiff if not represented by an attorney).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by an attorney):

    Christina L Henry
    Henry & Degraaff, P.S.
    787 Maynard Ave S
    Seattle, WA 98104

If you file a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A FINAL JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

**Date of Issuance: February 12, 2020**

*Summons must be served within 7 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. Local Rule W.D. Wash. Bankr. 7004−1.*

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington

In Re:

SARAH HOOVER

   Debtor(s).

_____

Case Number: 19–42890–MJH

**Adversary Case Number: 20–04002–MJH**

SARAH HOOVER

   Plaintiff(s),

v.

QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON,
PHH MORTGAGE CORPORATION
D/B/A PHH MORTGAGE SERVICES,
HSBC BANK USA, N.A, AS TRUSTEE
OF THE FIELDSTONE MORTGAGE
INVESTMENT TRUST, SERIES 20062,
NEWREZ, LLC, AND IH6 PROPERTY
WASHINGTON, L.P. D/B/A
INVITATION HOMES

   Defendant(s).

---

## MEDIATION CERTIFICATION

Pursuant to Local Bankruptcy Rule 9040–3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____

_____
Signature of Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

_____
Signature of Counsel for Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

_____
Signature of Defendant/Cross Defendant
Printed Name: _____

Dated: _____

_____
Signature of Counsel for Defendant/Cross Defendant
Printed Name: _____

***NOTE:*** *This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

***The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.***