UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br><br>    Debtor, | BK Case No. 19-42890-MJH<br><br>Adversary Case No. 20-04002-MJH<br><br>STIPULATION FOR DEPOSIT OF SURPLUS FUNDS INTO THE COURT REGISTRY PENDING FURTHER COURT ORDER |
| SARAH HOOVER,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, et. al.,<br><br>    Defendants. | |

The parties, through their undersigned counsel, stipulate as follows.

## I.     RECITAL(S)

1. Quality Loan Service Corp. of Washington is holding surplus funds in the amount of $167,407.96 following the trustee sale that is the subject of this action.

## II.     STIPULATION

1. The parties agree and stipulate that the surplus funds should be deposited into the Court's

Stipulation
Page -1-
MH# WA-20-874002-CV

Case 20-04002-MJH     Doc 15     Filed 02/25/20     Ent. 02/25/20 16:36:29     Pg. 1 of 2

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

registry pending further order of this Court.

AGREED TO:

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Quality Loan Service Corp. of Washington

/s/ Christina L Henry
Christina L Henry, WSBA #31273
Attorney for Sarah Hoover

/s/ Ryan S Moore
Ryan S Moore, WSBA #50098
Attorney for PHH Mortgage Corporation *dba* PHH Mortgage Services and HSBC Bank USA, NA, as Trustee of the Fieldstone Mortgage investment Trust, Series 2006-2

/s/ John McIntosh
John McIntosh, WSBA #43113
Attorney for IH6 Property Washington LP *dba* Invitation Homes

Stipulation
Page -2-
MH# WA-20-874002-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-04002-MJH    Doc 15    Filed 02/25/20    Ent. 02/25/20 16:36:29    Pg. 2 of 2