Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010 F: (206) 381-0101

Chapter 13
Judge Mary Jo Heston

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br><br>Debtor,<br><hr>SARAH HOOVER,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, et. al.,<br><br>Defendants. | BK Case No. 19-42890-MJH<br><br>Adversary Case No. 20-04002-MJH<br><br>**IH6 PROPERTY WASHINGTON, L.P.'S ANSWER TO AMENDED COMPLAINT** |

Defendant IH6 Property Washington, L.P. ("IH6 Property") answers Plaintiff's Amended Complaint [Dkt. 7] as follows:

**I. Jurisdiction and Venue**

1-2.   IH6 Property admits that this Court has jurisdiction and this Court is the proper venue.

///

ANSWER - 1

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108

## II. Parties

3-10. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraphs 3-10 of the Amended Complaint and therefore denies the same.

11. IH6 Property denies that it is "d/b/a Invitation Homes". IH6 Property admits the remaining allegations in paragraph 11 of the Amended Complaint.

12. IH6 Property admits that it was not and is not the agent of the remaining Defendants.

## III. Factual Background

13-24. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraphs 13-24 of the Amended Complaint and therefore denies the same.

25. IH6 Property admits that Plaintiff received the Notice of Trustee's Sale related to the subject property. IH6 Property denies the remaining allegations in paragraph 25 of the Amended Complaint.

26-34. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraphs 26-34 of the Amended Complaint and therefore denies the same.

35. IH6 Property admits only that Plaintiff filed a chapter 13 bankruptcy petition on September 9, 2019. IH6 Property denies the remaining allegations in paragraph 35 of the Amended Complaint.

36-38. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraphs 36-38 and therefore denies the same.

39. IH6 Property admits only that it purchased the subject property at a trustee's sale on September 13, 2019 for $356,000.00. IH6 Property denies the remaining allegations in paragraph 39 of the Amended Complaint.

40-42. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraph 40-42 of the Amended Complaint and therefore denies the same.

43. IH6 Property admits only that QLS issued the Trustee's Deed to IH6 Property on September 17, 2019.

44-45. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraphs 44-45 of the Amended Complaint and therefore denies the same.

46. IH6 Property admits only that the trustee's sale generated $167,407.96 in surplus funds and further states that all parties have agreed that QLS may deposit those funds with the Court registry pending resolution of this matter. IH6 Property denies the remaining allegations in paragraph 46.

47-50. IH6 Property does not have sufficient information or knowledge to admit or deny the allegations in paragraphs 47-50 of the Amended Complaint and therefore denies the same.

51-56. IH6 Property denies the allegations in paragraphs 51-55 of the Complaint.

57. IH6 Property admits only that it filed a motion to reopen Plaintiff's bankruptcy and a motion to annul the automatic stay. IH6 Property denies the remaining allegations in paragraph 57 of the Complaint.

58. IH6 Property denies the allegations in paragraph 58 of the Amended Complaint.

### IV. Causes of Action

Count I – Violation of the Automatic Stay

59. IH6 Property restates its responses to paragraph 1 through 58.

60-69. IH6 Property denies the allegations in paragraph 60-69 of the Amended Complaint.

///

## V. Conclusion

IH6 Property denies any implicit allegations set forth in this section.

### Affirmative Defenses

1. The Complaint fails to state a claim against IH6 Property upon which relief can be granted;

2. The subject property was not part of the Plaintiff's bankruptcy estate and the trustee's sale did not violate the automatic stay;

3. Plaintiff lacks standing;

4. IH6 Property is entitled to an order annulling the automatic stay.

Wherefore, IH6 Property prays for the following relief:

### Prayer for Relief

1. An order of dismissal Plaintiff's claim for damages with prejudice;

2. An order confirming the subject property was never part of the Plaintiff's bankruptcy estate and/or an order annulling any stay that may have applied;

3. An order validating the trustee's sale of the subject property; and,

4. Such further relief as the Court may deem just and proper.

**SCHWEET LINDE & COULSON, PLLC**

/s/*John A. McIntosh*
Thomas S. Linde, WSBA #14426
John A. McIntosh, WSBA #43113
Attorneys for IH6 Property Washington, L.P.

# CERTIFICATE OF SERVICE

I the undersigned declare as follows: I am over the age of 18 years and am not a party to this action. On February 28, 2020, I served the forgoing document(s): IH6 PROPERTY WASHINGTON, L.P.'S ANSWER TO AMENDE COMPLAINT in the manner described below:

| | |
|---|---|
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Avenue S.<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Attorney for Plaintiff* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>■ CM/ECF<br>☐ Courier |
| Jason Anderson<br>Anderson Santiago, PLLC<br>787 Maynard Avenue S.<br>Seattle, WA 98104<br>jason@alkc.net<br>*Attorney for Plaintiff* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>■ CM/ECF<br>☐ Courier |
| Joseph W. McIntosh<br>McCarthy & Holthus, LLP<br>108 1st Avenue South, Ste. 300<br>Seattle, WA 98104<br>jmcintosh@mccarthyholthus.com<br>*Attorney for Quality Loan Service Corporation of Washington* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>■ CM/ECF<br>☐ Courier |
| Ryan S. Moore<br>Houser & Allison, APC<br>1601 Fifth Avenue, Ste. 850<br>Seattle, WA 98101<br>rmoore@houser-law.com<br>*Attorney for PHH Mortgage Corporation dba PHH Mortgage Services and HSBC Bank USA, NA, as Trustee of the Fieldstone Mortgage investment Trust, Series 2006-2* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>■ CM/ECF<br>☐ Courier |

//

//

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

Dated: February 28, 2020

        */s/ Ali Small*_____
        Ali Small