UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

SARAH HOOVER,

    Debtors.

---

SARAH HOOVER,

    Plaintiffs,

v.

QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A, AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES,

    Defendants.

BK Case No. 19-42890-MJH

Adv. Case No. 20-04002-MJH

Chapter: 13

(Proposed) ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND DISMSISAL BY DEFENDANT QUALITY LOAN SERVICE CORP OF WASHINGTON

    THIS MATTER came before the Court upon the Motion for Summary Judgment and Dismissal by Defendant Quality Loan Service Corp of Washington. The Court has considered

(Proposed) ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND DISMSISAL BY DEFENDANT QUALITY LOAN SERVICE CORP OF WASHINGTON - 1

Henry & DeGraaff, P.S.
787 Maynard Ave S.
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 20-04002-MJH    Doc 25-1    Filed 03/17/20    Ent. 03/17/20 17:33:30    Pg. 1 of 2

the Motion, the records in this case, and the oral argument, if any, now, therefore, it is

ORDERED that

1. The Motion for Summary Judgment and Dismissal by Defendant Quality Loan Service Corp of Washington is denied.

// END OF ORDER //

Presented by:

HENRY & DEGRAAFF, P.S.

By: */s/ Christina L Henry*
Christina L Henry, WSBA# 31273
Attorney for the Plaintiffs
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595
*chenry@hdm-legal.com*

ANDERSON SANTIAGO, PLLC

By: */s/ Jason Anderson*
Jason Anderson, WSBA# 38014
Attorney for the Plaintiffs
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-395-2665
*jason@alkc.net*

(Proposed) ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND DISMSISAL BY DEFENDANT QUALITY LOAN SERVICE CORP OF WASHINGTON - 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 20-04002-MJH    Doc 25-1    Filed 03/17/20    Ent. 03/17/20 17:33:30    Pg. 2 of 2