THE HONORABLE MARY JO HESTON

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>        Debtor.<br><br>SARAH HOOVER,<br><br>        Plaintiff,<br><br>   vs.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES<br><br>        Defendants. | Chapter 13<br><br>Case No.: 19-42890-MJH<br><br>Adversary No.: 20-04002-MJH<br><br>DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT |

Defendants PHH Mortgage Corporation ("PHH"), HSBC Bank USA, National Association, as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 (the

DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT
CASE NO. 20-04002-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 35    Filed 03/28/20    Ent. 03/28/20 10:15:38    Pg. 1 of 4

"Trust") and NewRez, LLC ("NewRez"; together with the Trust and PHH, the "Defendants"), by and through their attorneys, hereby gives notice that:

1. This adversary proceeding involves core matters; and

2. Defendants consent to adjudication and entry of final orders and judgments by the Court for any and all core and non-core matters arising in, or relating to, this adversary proceeding.

Dated: March 28, 2020.

**HOUSER LLP**

By: _s/ Ryan S. Moore_

_s/ Robert W. Norman, Jr._
Ryan S. Moore (WSBA 50098)
rmoore@houser-law.com
Robert W. Norman, Jr. (WSBA 37094)
bnorman@houser-law.com
Attorneys for Defendants PHH Mortgage Corporation d/b/a PHH Mortgage Services, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 and NewRez, LLC

DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT
CASE NO. 20-04002-MJH
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 35    Filed 03/28/20    Ent. 03/28/20 10:15:38    Pg. 2 of 4

# CERTIFICATE OF SERVICE

I the undersigned declare as follows: I am over the age of 18 years and am not a party to this action. On March 28, 2020, I served the foregoing document(s): DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT in the manner described below:

| Recipient | Method |
|---|---|
| Jason D. Anderson<br>Anderson Law of King County, PLLC<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>Jason@alkc.net<br>*Counsel for Plaintiff/Debtor* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ CM/ECF<br>☐ Courier |
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Counsel for Plaintiff/Debtor* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ CM/ECF<br>☐ Courier |
| Joseph W. McIntosh<br>McCarthy & Holthus, LLP<br>108 1st Ave South, Suite 300<br>Seattle, WA 98104<br>jmcintosh@mccarthyholthus.com<br>*Counsel for Quality Loan Service Corporation of Washington* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ CM/ECF<br>☐ Courier |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br>*Counsel for IH6 Property Washington, L.P.* | ☐ U.S. Mail, Postage Prepaid<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☒ CM/ECF<br>☐ Courier |

DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT
CASE NO. 20-04002-MJH
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 35    Filed 03/28/20    Ent. 03/28/20 10:15:38    Pg. 3 of 4

1     I declare under penalty of perjury under the laws of the United States of America that
2 the foregoing is true and correct.

3 Dated: March 28, 2020

4                        *s/ Shawn Williams*
                           Shawn Williams

DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT
CASE NO. 20-04002-MJH
Page 4

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 35    Filed 03/28/20    Ent. 03/28/20 10:15:38    Pg. 4 of 4