# EXHIBIT 4

```
TRANSMISSION VERIFICATION REPORT

                                        TIME    : 07/08/2018 13:59
                                        NAME    : SUMNER LIBRARY
                                        FAX     : 2535366301
                                        TEL     :
                                        SER.#   : U63274B6J227209


DATE,TIME                    07/08  13:58
FAX NO./NAME                 18569172848
DURATION                     00:01:02
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# Fax

Date: July 8, 2019

This FAX transmission contains __2__ pages (not including this cover sheet).

To: Name __Shelly Robertson__

FAX # __856-~~1840~~ 917-2848__

From: Name __Sarah Hoover__
Telephone __253-677-3832__

Notes: __Estate of Ali Suleiman__
__Acct ████████5107__

Please INITIAL the two boxes below to acknowledge you have read the following statements.

[✓] **COST:** $1.25 for the first page, $1.00 for each additional page (not including the cover sheet). **CASH** or **CHECK** only. Credit or Debit is not accepted.

[✓] **Disclaimer of Liability:** Neither Pierce County Library System (PCLS), nor any of its employees, shall be liable for any damages, including any general, special, incidental or consequential damages, arising out of your use or inability to use a Pierce County Library System fax machine, including, but not limited to, loss of data or data being rendered inaccurate or losses sustained by you or third parties or a failure of this service.

FAX RECIPIENT: If there is a problem with this transmission, or if you have received this communication in error, please immediately notify the sender at the phone number listed above.

PLEASE DO NOT REPLY TO THIS FAX NUMBER – IT IS FOR OUTGOING FAXES ONLY.

The information contained in this facsimile message may be privileged and confidential information intended only for the use of the intended recipient named above.

Revised 12/8/2018


Loan # 5107

With respect to the share of a minor or a beneficiary under a legal disability, Trustee shall have the authority to place assets in safekeeping for the beneficiary until he or she reaches legal age or deliver all, or any part thereof, to the guardian of his or her person.

All reasonable expenses incurred for storage, packing, shipping, delivery or insurance of such tangible personal property on or before the expiration of one hundred twenty days from the date of Trustor's death shall be charged as an administrative expense of the Trust.

B.2.3 <u>Specific Distributions</u>. As soon as practicable after Trustor's death, Trustee shall make the following specific distributions:

B.2.3.1 Residence. Trustor and the Trust Estate has held title to the property located at 18205 106th Street East, Bonney Lake, Washington, and Trustor is currently named as co-signer or Surety on the primary residence loan executed by Sarah and primary lender for the purposes of securing financing on said property for Sarah. Accordingly, as soon as practicable after the death of Trustor, Trustee shall distribute any and all interest Trustor, or the Trust Estate, may have in that certain residence and real property located at 106th Street East, Bonney Lake, Washington, to Trustors' daughter, Sarah V. Hoover, if she is surviving. This distribution shall be in addition to Sarah's distributive share of the remainder Trust Estate and will carry with it any obligations against the residence. In the event Sarah is not surviving at the time of Trustor's death, or this residence and real property is not a part of the Trust Estate at the time of Trustor's death, this distribution shall lapse and be null and void.

Additionally, to the extent that Trustor or the Trust Estate is responsible for paying for any or all part of such loan, such amount shall be considered a loan

4

Loan # 5107

