# EXHIBIT D

# Elite Legal Network

14600 Golden West Street, Suite A101 Westminster, CA 92683

Main Toll Free 888-451-9222 / Fax 888-430-4111

Client Name: Ali Swerman & Sarah Hoover
Loan Number: 7091305107

To: PHH                          Fax #: 856-917-2848
From: Elite Legal Network        Date: 9/9/2019
Number of Pages: 3
Re: Loan Modification Documents
Urgent: For Review

- ☐ RMA
- ☐ 4506T
- ☐ HARDSHIP LETTER
- ☐ PAY STUBS
- ☐ BANK STATEMENTS
- ☐ SSI AWARDS LETTER
- ☐ TAX'S
- ☑ LOA
- ☑ OTHER Bankruptcy Filing

```
From:           messages@concordfax.com
Sent:           Monday, September 9, 2019 5:52 PM
To:             RMA (MBS)
Subject:        NEW FAX: A fax of 3 pages has been received on your fax
number:
+18569172848 from 8884304111 on 2019/09/09 17:51:23.
Attachments:        ct18569172848-20190909145123416-373-4.tif
```

New Fax

A fax of 3 pages has been received on 2019/09/09 17:51:23 at your Concord Fax Online fax number (+18569172848) and has been attached to this email.

Tracking Number: ct18569172848-20190909145123416-373-4

Received from

(CSID): 18884304111
Received from (Caller ID): 17143730217
Number of Pages: 3 pages
Time Received: 2019/09/09 17:51:23

You can check the status of your faxes and review your account activity by logging in at https://portal.concordfax.com

Documentation
Product Information
Concord Web Portal

Video Tutorials

*This is a system generated message, please do not reply.

U.S. Bankruptcy Court, Washington Western LIVE Database V5.1    https://jenie.ao.dcn/wawb-ecf/cgi-bin/NoticeOfFiling.pl?665210

United States Bankruptcy Court
Western District of Washington

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/09/2019 at 12:46 PM and filed on 09/09/2019.

**Sarah Hoover**
18205 106th St E
Bonney Lake, WA 98391
SSN / ITIN: xxx-xx-8882



The bankruptcy trustee is:

**Michael G. Malaier**
2122 Commerce Street
Tacoma, WA 98402
253-572-6600

The case was assigned case number 19-42890-MJH to Judge Mary Jo Heston.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available with a Pacer account log in at https://ecf.wawb.uscourts.gov or via public terminals at the Clerk's Office, 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402 or 700 Stewart St, Room 6301, Seattle, WA 98101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mark L. Hatcher**
**Clerk, U.S. Bankruptcy Court**

U.S. Department of State
# REPORT OF DEATH OF A U.S. CITIZEN OR U.S. NON-CITIZEN NATIONAL ABROAD

Post: Jakarta
Date of Issue (mm-dd-yyyy): 03-02-2015
SSA No.: ███1892
Age: 76

Name in full: Ali Suleiman
Date (mm-dd-yyyy) and Place of Birth: ██ 1938, Indonesia
Evidence of U.S. Citizenship: Regular Passport ████0472 Issued On April 11, 2005
Address in U.S.A.: 24805 22nd Ave S. Kent, Washington 98032 United States Of America
Permanent or Temporary Address Abroad: Komp. Sukarami Patra Permai IV H 9A Kebun Bunga Palembang, Indonesia

Date of death: Feb 24 2015
Place of death: RSUP Dr. Mohammad Hoesin, Palembang, South Sumatera, Indonesia
Cause of death: Not provided by Local Government

Disposition of the remains: Buried in Pemakaman Kambojah, Palembang, South Sumatera, Indonesia on 02/27/2015

Local law governing disinterment of remains provides that: N/A

Disposition of the effects: Nurhasinah Suleiman

Person or official responsible for custody of effects and accounting therefore: Nurhasinah Suleiman

Traveling/residing abroad with relatives or friends as follows:
| NAME | ADDRESS |
|---|---|
| Nurhasinah Suleiman | Komp. Sukarami Patra Permai IV H 9A, RT006/003, Kebun Bunga Palembang, South |

Informed by telegram or telephone:
| NAME | ADDRESS | DATE NOTIFIED |
|---|---|---|
| Sarah Hoover | 18205 106th St. E Bonney Lake, WA USA 98391 | 2/27/2015 |

Copy of this report sent to:
| NAME | ADDRESS | DATE SENT |
|---|---|---|
| Nurhasinah Suleiman | Komp. Sukarami Patra Permai IV H 9A, RT006/003, Kebun | 3/2/2015 |
| Sarah Hoover | 18205 106th St. E Bonney Lake, WA USA 98391 | 3/2/2015 |
| Amir Suleiman | 24805 22nd Ave S. Kent, WA USA 98032 | 3/2/2015 |

Notification or copy sent to Federal Agencies: SSA x VA ___ CSC ___ Other ___ State Agency

The original copy of this document and information concerning the effects are being placed in the permanent files of the U.S. Department of State, Washington, DC 20520.

Remarks:
03/02/2015 this ROD is also sent to: Sofiah Corcoran (Daughter), c/o Amir Suleiman, 24805 22nd Ave S

[SEAL]

Michael Sweeney
Consul of the United States of America.

DS-2060 (Formerly OF-180)
11-2012

For Additional Certified Copies, see http://travel.state.gov/passport/faq/faq_5057.html