**HONORABLE MARY JO HESTON**
Date: Friday November 20, 2020
Time: 9:00 a.m.
Hearing Location:
Tacoma Federal Courthouse Union Station
Courtroom H
1717 Pacific Avenue, Ste 2100
Tacoma, WA 98402-3233
Response Date: Friday November 13, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br><br>    Debtor, | BK Case No. 19-42890-MJH |
| SARAH HOOVER,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, et. al.,<br><br>    Defendants. | Adversary Case No. 20-04002-MJH<br><br>***RENEWED*** MOTION FOR SUMMARY JUDGMENT AND DISMISSAL BY DEFENDANT QUALITY LOAN SERVICE CORP. OF WASHINGTON |

## I.    NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant Quality Loan Service Corp. of Washington is renewing its motion for summary judgment and dismissal from the above-captioned adversary case, set for hearing as follows:

| Judge | Honorable Mary Jo Heston |
|---|---|
| Date | Friday November 20, 2020 |
| Time | 9:00 a.m. |

Motion
Page -1-
MH\WA20-079002
Case 20-04002-MJH    Doc 58    Filed 10/15/20    Ent. 10/15/20 14:25:59    Pg. 1 of 4

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

| Place | Tacoma Federal Courthouse Union Station<br>Courtroom H<br>1717 Pacific Avenue, Ste 2100<br>Tacoma, WA 98402-3233 |
|---|---|
| Response Date | Friday November 13, 2020 |

If you oppose the Motion, you must file your written response with the Clerk's office of the Bankruptcy Court and deliver copies to the undersigned not later than the Response Date.

If no response is timely filed and served, the Court may, in its discretion, grant the Motion prior to the hearing without further notice, and strike the hearing.

## II.    MOTION

Quality Loan Service Corp. of Washington renews its motion for summary judgment. For the reasons set forth in Quality's prior summary judgment briefing[1], which is incorporated herein, there are no genuine issues of material fact and dismissal of Quality is appropriate as a matter of law.

DATED October 15, 2020

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Quality Loan Service Corp. of Washington

---

[1] Dkts #13 and #29

Motion
Page -2-

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

# Certificate of Service

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. On October 15, 2020 I caused a copy of the **Renewed Motion for Summary Judgment and Dismissal by Defendant Quality Loan Service Corp. of Washington** to be served to the following in the manner noted below:

| | |
|---|---|
| Jason D. Anderson<br>Anderson Law of King County, PLLC<br>787 Maynard Ave. S., Suite B<br>Seattle, WA 98104<br><br>Attorneys for Plaintiff / Debtor | [ ] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[X] CM/ECF |
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave. S., Suite B<br>Seattle, WA 98104<br><br>Attorneys for Plaintiff / Debtor | [ ] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[X] CM/ECF |
| Ryan S. Moore<br>Robert W. Norman<br>Houser, LLP<br>600 University St., Suite 1708<br>Seattle, WA 98101<br><br>Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., and NewRez, LLC | [ ] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[X] CM/ECF |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br><br>Attorneys for Defendant IH6 Property Washington, LP | [ ] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[X] CM/ECF |

Motion
Page -3-
MH\WA-09002

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-04002-MJH    Doc 58    Filed 10/15/20    Ent. 10/15/20 14:25:59    Pg. 3 of 4

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 15th day of October, 2020.

        /s/ Kristine Stephan
        Kristine Stephan, Paralegal

Motion
Page -4-
MH# WA-20-879002-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-04002-MJH    Doc 58    Filed 10/15/20    Ent. 10/15/20 14:25:59    Pg. 4 of 4