# PRUDENT EXHBIT 4

Witness: 30(b)(6) PHH
Exhibit 4
8/12/2020
Christina Atencio, CSR

THE HONORABLE MARY JO HESTON

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re | Chapter 13 |
| SARAH HOOVER, | Case No.: 19-42890-MJH |
| Debtor. | Adversary No.: 20-04002-MJH |
| SARAH HOOVER, | PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT PHH *WITH RESPONSES THERETO* |
| Plaintiff, | |
| vs. | |
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES | |
| Defendants. | |

TO:  Sarah Hoover c/o Christina L. Henry

AND TO:  Counsel of record

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT PHH *WITH RESPONSES THERETO*
CASE NO. 20-04002-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 73-3    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 2 of 6

PHH agrees to produce all non-privileged documents within its possession.

PHH reserves the right to supplement this response.

REQUEST FOR PRODUCTION NO. 15: Produce all documented Communications PHH had with Sarah Hoover's attorney regarding Mr. Ali Suleiman's Account.

RESPONSE: PHH incorporates its answers and objections contained in its responses to Request for Production No. 1-14. Notwithstanding and without waiving the general objections above, PHH responds as follows:

PHH agrees to produce all non-privileged documents within its possession.

PHH reserves the right to supplement this response.

REQUEST FOR PRODUCTION NO. 16: Produce all documented Communications PHH had with any other agent for Sarah Hoover regarding the Mr. Ali Suleiman's Account.

RESPONSE: PHH incorporates its answers and objections contained in its responses to Request for Production No. 1-15. Notwithstanding and without waiving the general objections above, PHH responds as follows:

PHH agrees to produce all non-privileged documents within its possession.

PHH reserves the right to supplement this response.

REQUEST FOR PRODUCTION NO. 17: Produce all documented Communications PHH had with any other agent for Sarah Hoover regarding her bankruptcy filing.

OBJECTION: PHH objects to the term "bankruptcy filing" as vague, undefined and overly broad.

RESPONSE: PHH incorporates its answers and objections contained in its responses to Request for Production No. 1-16. Notwithstanding and without waiving the general objections above, PHH responds as follows:

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT PHH *WITH*
*RESPONSES THERETO*
CASE NO. 20-04002-MJH
Page 20

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 73-3    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 3 of 6

PHH agrees to produce all non-privileged documents within its possession.

PHH reserves the right to supplement this response.

REQUEST FOR PRODUCTION NO. 18: Produce all documented Communications PHH had with any other agent for Sarah Hoover regarding her bankruptcy filing.

OBJECTION: PHH objects to the term "bankruptcy filing" as vague, undefined and overly broad.

RESPONSE: See Response to Request No. 17.

REQUEST FOR PRODUCTION NO. 19: Produce any and all documented Communications PHH had with IH6 regarding the Property.

RESPONSE: PHH incorporates its answers and objections contained in its responses to Request for Production No. 1-18. As stated in PHH's response to Interrogatory No. 13, prior to this lawsuit, PHH is not aware of any communications it had with IH6 regarding the Account or Property.

PHH reserves the right to supplement this response.

REQUEST FOR PRODUCTION NO. 20: Produce any and all documented Communications PHH had with QLS after learning about Sarah Hoover's bankruptcy filing.

OBJECTION: PHH objects to the term "bankruptcy filing" as vague, undefined and overly broad.

RESPONSE: PHH incorporates its answers and objections contained in its responses to Request for Production No. 1-19.

PHH agrees to produce all non-privileged documents within its possession.

PHH reserves the right to supplement this response.

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT PHH *WITH RESPONSES THERETO*
CASE NO. 20-04002-MJH
Page 21

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 73-3    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 4 of 6

Dated: June 29, 2020.

**HOUSER LLP**

By: *s/ Ryan S. Moore*
Ryan S. Moore (WSBA 50098)
rmoore@houser-law.com
Robert W. Norman, Jr. (WSBA 37094)
bnorman@houser-law.com
Attorneys for Defendants PHH Mortgage Corporation d/b/a PHH Mortgage Services, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 and NewRez, LLC

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT PHH *WITH RESPONSES THERETO*
CASE NO. 20-04002-MJH
Page 24

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 73-3    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 5 of 6

# VERIFICATION

I, Sony Prudent, am a Senior Loan Analyst employed by Ocwen Financial Corporation whose wholly owned subsidiary is PHH Mortgage Corporation, acting as attorney-in-fact for HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2. I have read the foregoing Responses to Plaintiff's First Interrogatories and Requests for Production to PHH in the above-referenced action and I certify under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

DATED this 30th day of June, 2020 at Margate, FL.

_____
Signature

_____
Printed Name — Sony Prudent, Sr. Loan Analyst

_____
Title

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT PHH *WITH RESPONSES THERETO*
CASE NO. 20-04002-MJH
Page 25

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 73-3    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 6 of 6