# PRUDENT EXHBIT 13


Δ π EXHIBIT 13
Deponent 30(b)(6) PHH
Date 8/12/20 Rptr. CA
WWW.DEPOBOOK.COM

Transcript of Recorded Telephone Call

From Sarah Hoover to PHH Mortgage Corporation

September 12, 2019

7:32:02 p.m.

```
 1                  Wednesday, September 12, 2019
 2                          7:32:02 p.m.
 3          ------------------------------------
 4         (Begin recording.)
 5         SHELLY ROBERTSON:  Good afternoon.  Thank you for
 6  calling.  My name is Shelly and my agent ID is zero, S as in
 7  Sam, O as in Oscar.  May I have your first and last name?
 8         SARAH HOOVER:  Sarah Hoover.
 9         SHELLY ROBERTSON:  Thank you.  One moment.  Okay.
10  Sarah, okay, Ms. Hoover, I'm seeing the information here;
11  however, I'm not seeing that it's fully authorized as yet.
12         SARAH HOOVER:  It's not authorized; is that what you
13  just said?
14         SHELLY ROBERTSON:  Yeah.  I said I'm seeing your
15  name here, but it's not authorized as yet on the account.
16         SARAH HOOVER:  I don't know why.  I've been talking
17  to you guys for a month.
18         SHELLY ROBERTSON:  I do understand that.  But I
19  would not be able to discuss the account because it's not
20  showing me that this is authorized.
21         SARAH HOOVER:  I mean I just spoke to three people
22  earlier today.
23         SHELLY ROBERTSON:  Yeah, but I won't be able --
24  they're not supposed to be speaking with you.  But I won't
25  be able to speak with you.  I can transfer you if you'd like
```

```
 1   me to.
 2           SARAH HOOVER:  Did something change?
 3           SHELLY ROBERTSON:  Nothing has changed.  It's still
 4   remain -- it still remained the same.  They did not look at
 5   the file in its entirety, that's why.
 6           SARAH HOOVER:  They must -- they had to have because
 7   I've been talking -- my father is dead, I mean -- you guys
 8   have to talk to me.  You can't talk to him.
 9           SHELLY ROBERTSON:  That is correct.  Did you submit
10   all the information because this is not telling me that is
11   -- that the -- that you -- that your every -- all the
12   documents were submitted and that you're approved.
13           SARAH HOOVER:  I've submitted them at least four or
14   five times now.
15           SHELLY ROBERTSON:  All right.
16           SARAH HOOVER:  But --
17           SHELLY ROBERTSON:  One moment.
18           SARAH HOOVER:  But I've been talking to people.
19           SHELLY ROBERTSON:  I did see that.  I did see that,
20   that you were speaking with people.  But I cannot, knowing
21   that what I see here, that I wouldn't be able to speak with
22   you.  I can transfer you if you like me to.
23           SARAH HOOVER:  Transfer me to someone else?
24           SHELLY ROBERTSON:  Yes.
25           SARAH HOOVER:  That would be willing to speak to me?
```

1  SHELLY ROBERTSON: I don't know if they will but I
2  know no one should be -- no one should be speaking to you on
3  this account even though that --
4  SARAH HOOVER: Why is that?
5  SHELLY ROBERTSON: -- they are. Because it's not
6  fully updated as yet. I notice you spoke with someone as
7  well as today but it's not fully updated.
8  SARAH HOOVER: What is it that you need, though, so
9  you can speak with me?
10  SHELLY ROBERTSON: Let me look at that and see. I
11  think all the documents you stated that you sent in.
12  SARAH HOOVER: Yeah. I've been sending you guys
13  documents since like January.
14  SHELLY ROBERTSON: No. The documents they -- are
15  you the executor -- the executrix on the account?
16  SARAH HOOVER: Yeah. You guys have all that.
17  You've been -- that's why you've been talking to me. You
18  have that on file.
19  SHELLY ROBERTSON: One moment. Yeah, I am not
20  seeing this as -- as updated.
21  SARAH HOOVER: I don't understand how I -- I mean I
22  talk to you guys almost every day.
23  SHELLY ROBERTSON: I'm not disputing that. But I
24  cannot discuss the account because this account is not fully
25  updated.

1           SARAH HOOVER:  Okay.  I don't know what the deal is.
2   But can you transfer me to someone else, then?
3           SHELLY ROBERTSON:  Okay.  Because I'm actually the
4   relationship manager of this account.
5           SARAH HOOVER:  You're Shelly?
6           SHELLY ROBERTSON:  Yes, I am.  And this is not --
7           SARAH HOOVER:  I've talked to you before.
8           SHELLY ROBERTSON:  I left a -- I called and left a
9   message because you left --
10          SARAH HOOVER:  But I've talked --
11          SHELLY ROBERTSON:  -- a message for me.
12          SARAH HOOVER:  Um-hmm.
13          SHELLY ROBERTSON:  But this wasn't updated.
14          SARAH HOOVER:  But I talked to you before that.
15          SHELLY ROBERTSON:  It was not updated on the
16  account?
17          SARAH HOOVER:  Shelly, I talked to you before.
18          SHELLY ROBERTSON:  Hold on.  Hold on.  One moment.
19  That was on the fourth I called you back.  Okay.  That was
20  on the thing and I did note that it was not authorized too.
21  You spoke of a document that was back in -- that was back in
22  August.  But this is not -- it's not updated.  This here I
23  have to send out this information to find out why -- what
24  else is needed on this account because I see you've been
25  talking.  I did speak with you when you asked about

1 documents back in August, but this is not updated properly.
2     SARAH HOOVER: Okay. So all I really need to know
3 is -- I filed bankruptcy. And I talked to Melissa today and
4 she said that the information was added to the account and
5 then the request to issue a stop was sent to the department.
6 But at the time that I talked to her, it hadn't -- the stop
7 hadn't been done as of yet and so that's just what I wanted
8 to know. Is the stop in place yet?
9     SHELLY ROBERTSON: I still can't tell you that.
10     SARAH HOOVER: Oh, really?
11     SHELLY ROBERTSON: Um-hmm.
12     SARAH HOOVER: This is crazy.
13     SHELLY ROBERTSON: I still can't tell you -- I know.
14 I still can't tell you that, I can't.
15     SARAH HOOVER: But I mean --
16     SHELLY ROBERTSON: I definitely have to send through
17 this information to make sure that this thing is updated
18 correctly because everybody that is speaking to you can get
19 in trouble for this.
20     SARAH HOOVER: Even you.
21     SHELLY ROBERTSON: When I spoke with you back in May
22 was just -- was regarding documents and I put that -- not in
23 May -- that this information needs to be updated.
24     SARAH HOOVER: Okay.
25     SHELLY ROBERTSON: So that's why I can't.

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com    206.622.6661 * 800.657.1110   FAX: 206.622.6236
Case 20-04002-MJH   Doc 73-6   Filed 11/13/20   Ent. 11/13/20 21:51:27   Pg. 7 of 13

1   SARAH HOOVER:  So whose responsibility is it to
2   update it, then?
3   SHELLY ROBERTSON:  I'm going to reach out to the
4   department, yeah.
5   SARAH HOOVER:  Okay.  But you have all the documents
6   you have there to update it, correct?
7   SHELLY ROBERTSON:  That's what I need to find out.
8   SARAH HOOVER:  Okay.  Because I mean I sent them to
9   you personally twice.  And I faxed them in and then I sent
10  them to Ocwen, to my old relationship manager, and I've sent
11  them in -- you know, I've sent -- I've uploaded it to the
12  loan solutions center, whatever, dot com.  You guys have it
13  over and over and over.
14  SHELLY ROBERTSON:  Yeah, I'm not disputing that.  I
15  want them to update this file correctly so that this would
16  not continue.
17  SARAH HOOVER:  Okay.  But we don't have time for
18  that because in the morning this house is going to go on
19  auction if the stop doesn't get put in place.  And I just
20  need to make sure that the stop gets put in place because I
21  mean I've been working with you guys since January trying to
22  get everything and nothing gets updated.  I can't -- it's
23  out of my hands.  It's in your guys' hands.  And now we're
24  down to the wire.  We've got less than 24 hours.  And now
25  you're -- and you've spoken to me before but now you're

1  telling me you can't talk to me?

2  SHELLY ROBERTSON: Correct.

3  SARAH HOOVER: This is crazy, Shelly. This is
4  crazy.

5  SHELLY ROBERTSON: I understand what you're saying,
6  but I got to follow the policy. And maybe that happened
7  prior, a couple of months ago, because the same thing what
8  the other reps are doing now because your name is here.
9  What I cannot -- I can check to see if there is any other
10 information here that would tell me that, yes, I can go
11 ahead. And that's what I'm looking for even as we speak.

12 SARAH HOOVER: Okay.

13 SHELLY ROBERTSON: Because everyone is saying, okay,
14 yes, it's the authorized; it's the authorized. It's the
15 authorized, but it wasn't updated. The account needs to be
16 updated, even this needs to be updated.

17 SARAH HOOVER: Well, it's -- I mean it's kind of
18 late now if it's going to go on auction tomorrow.

19 SHELLY ROBERTSON: Um-hmm.

20 SARAH HOOVER: Someone just called me yesterday from
21 PHH to verify my phone number but I don't understand.

22 SHELLY ROBERTSON: They call you -- they call you to
23 verify -- but it could be if that's -- that's the -- that
24 they're updating the information, it could be that, if they
25 want to verify your information.

1      SARAH HOOVER:  They just called me yesterday just to
2  verify the address and my phone number.
3      SHELLY ROBERTSON:  That's all, well, which means
4  they're probably updating the information.  Let me see.  And
5  that was yesterday?
6      SARAH HOOVER:  That was just yesterday, but I have
7  been talking to you guys forever.
8      SHELLY ROBERTSON:  I see that.  And it's also noted
9  as that.  Yeah, but they didn't update.  I've got to send an
10 email and ask them to update this like ASAP.  It has to be
11 updated.
12     SARAH HOOVER:  It has to be updated now.  What time
13 do you guys close?
14     SHELLY ROBERTSON:  I still can't discuss that.  I
15 understand exactly what you're saying to me.  I know exactly
16 what --
17     SARAH HOOVER:  (Inaudible).
18     SHELLY ROBERTSON:  I know what I can say to you.  I
19 know what I can say to you but I can't.
20     SARAH HOOVER:  You don't -- you can't tell me when
21 you guys close today?
22     SHELLY ROBERTSON:  Oh, when we're going to close?
23     SARAH HOOVER:  Yeah.
24     SHELLY ROBERTSON:  Most of the departments are
25 closed already, so it's just going to be resolution

1  department that is opened and our home retention department
2  that's opened.
3      SARAH HOOVER: So I mean if you put this request in
4  for this account to be updated, it's too late. Tomorrow the
5  house goes on auction. So what's the point?
6      SHELLY ROBERTSON: I am -- again, I can't give you
7  information, that's what I'm telling you. I'm willing to
8  tell you but I can't.
9      SARAH HOOVER: I understand. Can you just tell me
10 yes or no if the --
11     SHELLY ROBERTSON: I can't talk --
12     SARAH HOOVER: Stop has been in place.
13     SHELLY ROBERTSON: I can't. I wish I could. I
14 can't say that. I'm so tempted but I can't tell you.
15     SARAH HOOVER: I know.
16     SHELLY ROBERTSON: All I'm going to say is just
17 not -- maybe just not to worry.
18     SARAH HOOVER: Okay. Thank you very much. All
19 right, Shelly. Go ahead and put your update in, I guess,
20 and then we'll be in touch either tomorrow or next week.
21     SHELLY ROBERTSON: Yeah, I'm here.
22     SARAH HOOVER: Whenever you get your update.
23     SHELLY ROBERTSON: Yeah. Give us a call tomorrow.
24     SARAH HOOVER: Okay. All right. Thank you.
25     SHELLY ROBERTSON: All righty? You're welcome.

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com    206.622.6661 * 800.657.1110   FAX: 206.622.6236
Case 20-04002-MJH   Doc 73-6   Filed 11/13/20   Ent. 11/13/20 21:51:27   Pg. 11 of 13

1      SARAH HOOVER:  All right.  Bye-bye.
2      SHELLY ROBERTSON:   Bye-bye.
3      (End recording.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T E
 2
     STATE OF WASHINGTON  )
 3                        )ss
     COUNTY OF SNOHOMISH  )
 4
 5          I, the undersigned Washington Certified Court
 6   Reporter, hereby certify that the foregoing transcript of
 7   the audio recording was transcribed under my direction;
 8          That the transcript of the audio recording is a
 9   full, true and correct transcript to the best of my ability;
10   that I am neither attorney for nor a relative or employee of
11   any of the parties to the action or any attorney or counsel
12   employed by the parties hereto nor financially interested in
13   its outcome.
14          IN WITNESS WHEREOF, I have hereunto set my hand this
15   11th day of August, 2020.
16
17   \S\CHRISTINA ATENCIO
18
19
20   [signature]
21   Washington Certified Court Reporter No. 2749
22   License expires November 6, 2020
23
24
25
```