# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| SARAH HOOVER,<br><br>Debtor, | BK No. 19-42890- MJH<br><br>Adv No. 20-04002 – MJH<br><br>Chapter 7 |
| SARAH HOOVER,<br><br>Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION DBA PHH MORTGAGE SERVICES, HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, IH6 PROPERTY WASHINGTON, LP, DBA INVITATION HOMES.<br><br>Defendants. | QUALITY LOAN SERVICE CORP. OF WASHINGTON'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION |

## INTRODUCTION

Defendant QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation ("Quality" or "Responding Party")

QUALITY'S FIRST RESPONSE TO PLAINTIFF'S DISCOVERY
Page 1
Hoover v. QLS et al.
TS# WA-18-835092-SW

McCarthy & Holthus, LLP
108 1st Ave S. Suite 300
Seattle, WA 98104
PH: (206) 596-4842
FAX: (206) 274-4902

Case 20-04002-MJH    Doc 73-14    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 2 of 6

RESPONSE: Responding Defendant incorporates its answer and objections contained in its Request for Production No. 1. As stated in Responding Defendant's response to Interrogatory No. 11, Ocwen's foreclosure counsel McCarthy & Holthus, LLP provided research and notice of any potential heirs to Quality which included the social security number ▮▮▮-▮▮-8882 for Sarah Hoover, listed as a potential daughter. Responding Defendant directs Plaintiff to Bates stamped numbers QWA002219 – QWA002225.

REQUEST FOR PRODUCTION NO. 7: Produce all Documents QLS received from NewRez, regarding Sarah Hoover.

RESPONSE: Responding Defendant incorporates its answer and objections contained in its Request for Production No. 4. NewRez would have only produced documents to Quality through either Ocwen or PHH. It is the position and understanding of Quality that NewRez did not produce documents directly to Quality.

REQUEST FOR PRODUCTION NO. 8: Produce all Documents QLS received from HSBC, regarding Sarah Hoover.

RESPONSE: Responding Defendant incorporates its answer and objections contained in its Request for Production No. 5. HSBC would have only produced documents to Quality through either Ocwen or PHH. It is the position and understanding of Quality that HSBC did not produce documents directly to Quality.

REQUEST FOR PRODUCTION NO. 9: Produce all Documents QLS sent to PHH, regarding the Account and Property at issue in this Lawsuit.

RESPONSE: Responding Defendant objects to this request (1) on the grounds that as worded this request is overly broad, vague, and ambiguous; (2) to the extent that it is not reasonably limited in scope by time or subject matter (and

QUALITY'S FIRST RESPONSE TO PLAINTIFF'S DISCOVERY
Page 17
Hoover v. QLS et al.
TS# WA-18-835092-SW

McCarthy & Holthus, LLP
108 1st Ave S. Suite 300
Seattle, WA 98104
PH: (206) 596-4842
FAX: (206) 274-4902

Case 20-04002-MJH    Doc 73-14    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 3 of 6

as a result is overly broad and unduly burdensome); (3) to the extent that it seeks confidential, irrelevant, and proprietary materials. Subject to and without waiving any of the foregoing objections, Responding Defendant answers as follows: To the extent that this request for production relates to the nonjudicial foreclosure Quality processed on the property commonly known as 18205 106th Street East Bonney Lake, WA 98391 Quality agrees to produce all non-privileged documents contained within its nonjudicial foreclosure files for this property. Responding Defendant directs Plaintiffs to Bates stamped numbers QWA000001 – QWA003162. Any documents contained within a client system other than the Trustee's File such as Equator, LPS and/or NewTrak systems or a document held by a party other than the Trustee are not materials within responding party's possession, custody and control and as such the responding party has no documents within its custody, possession, and control responsive to this Request for Production other than those materials provided.

REQUEST FOR PRODUCTION NO. 10: Produce all Documents QLS sent to NewRez, regarding the Account and Property at issue in this Lawsuit.

RESPONSE: Responding Defendant incorporates its answer and objections contained in its Request for Production No. 9. Quality would have only produced documents to NewRez through either Ocwen or PHH. It is the position and understanding of Quality that Quality did not produce documents directly to NewRez.

REQUEST FOR PRODUCTION NO. 11: Produce all Documents QLS sent to HSBC, regarding the Account and Property at issue in this Lawsuit.

RESPONSE: Responding Defendant incorporates its answer and objections contained in its Request for Production No. 9. Quality would have only produced documents to HSBC through either Ocwen or PHH. It is the position and

QUALITY'S FIRST RESPONSE TO PLAINTIFF'S DISCOVERY
Page 18
Hoover v. QLS et al.
TS# WA-18-835092-SW

McCarthy & Holthus, LLP
108 1st Ave S. Suite 300
Seattle, WA 98104
PH: (206) 596-4842
FAX: (206) 274-4902

Case 20-04002-MJH    Doc 73-14    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 4 of 6

electronic logs, emails, text messages, or other media) relating to or depicting anything concerning the Account or Sarah Hoover, including your internal File.

RESPONSE: Responding Defendant incorporates its answer and objections contained in its Request for Production No. 1.

## VERIFICATION

The undersigned, say that I am an employee of defendant Quality Loan Service Corporation of Washington and am duly authorized by said defendant to execute the instant Verification. I have read the foregoing DEFENDANT QUALITY LOAN SERVICE CORPORATION OF WASHINGTON'S RESPONSE TO PLAINTIFF'S DISCOVERY TO QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and know the contents thereof; and that the same is true of my own knowledge, except as to matters which are therein stated upon its information or belief, and as to those matters that I believe them to be true. I certify under penalty of perjury, under the laws of the State of Washington that the foregoing is true and correct and that this verification was executed on June 8, 2020 at Seattle, Washington.

*[signature]*

Quality Loan Service Corporation of Washington
By: *Jeff Stenman*
Its: *President*

## ATTORNEY VERIFICATION

The undersigned attorney for Defendant Quality Loan Service Corporation of Washington, Inc. ("Quality") has read the foregoing Plaintiff's First Request To Identify And Produce Documents And Answer Interrogatories To Defendant

QUALITY'S FIRST RESPONSE TO PLAINTIFF'S DISCOVERY
Page 23
*Hoover v. QLS et al.*
TS# WA-18-835092-SW

McCarthy & Holthus, LLP
108 1st Ave S. Suite 300
Seattle, WA 98104
PH: (206) 596-4842
FAX: (206) 274-4902

Case 20-04002-MJH    Doc 73-14    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 5 of 6

Quality Loan Service Corporation of Washington, Inc. and Quality's Answers and Responses Thereto and they are in compliance.

Dated this _____ day of June, 2020, at Seattle, Washington

By: _____
Joseph W. McIntosh, WSBA #39470
Quality Loan Service Corporation of Washington, Inc.

QUALITY'S FIRST RESPONSE TO PLAINTIFF'S DISCOVERY
Page 24
*Hoover v. QLS et al.*
TS# WA-18-835092-SW

McCarthy & Holthus, LLP
108 1st Ave S. Suite 300
Seattle, WA 98104
PH: (206) 596-4842
FAX: (206) 274-4902

Case 20-04002-MJH    Doc 73-14    Filed 11/13/20    Ent. 11/13/20 21:51:27    Pg. 6 of 6