# QLS EXHBIT 1

███████ 310 2 TDUS/REETA's WA-19-855235-RM.

106.
9/24/2019
10:51 AM

**File Closed by Jstavee**     Entered by Jstavee

Reason: Sold Third Party
Close Date: 9/24/2019

107.
9/24/2019
10:51 AM

**24 hour Final Billing notification**     Entered by Jstavee

This file was closed on 9/24/2019.

Please close & bill your file within 24 hours of the closed date.
Any item that is not added or is added past the 24-hour mark may be
rejected and not considered for payment.

Trustee Sale Number: WA-18-835092-SW
Loan Number: ████████
Title Order Number: TSG1709-WA-3301634 611169299

THIS DOCUMENT WAS AUTOMATICALLY GENERATED
THROUGH QUALITY LOAN SERVICE.. Email Sent To:
nppaccounting@firstam.com;nppcancels@firstam.com Email Sent To:
swest@qualityloan.com

108.
9/24/2019
11:13 AM

**tcf- 3p atty**     Entered by rebmartinez

+17144621146- David w/ Elite Legal Network- client filed bk prior to
sale, sale went through anyway- calling to have it rescinded- consulted
with wa reception (Angel) and was adv to contact Sierra- warm xfer to
Sierra/rolled to vm - brought call back- warm xfer to wa
reception/Jeffrey

109.
9/24/2019
12:46 PM

**TCF Attorney David Miller, Elite Legal Network**     Entered by
jstenman

714-462-1146 - said he represents an Heir Sarah Hoover in Loss
Miottigation directly with PHH. Said she filed a Chapter 13 BK case
number 19-42890 9/9/2019. Said she had notified PHH and PHH advised
they would notify us. Ran docket and forwarded to BK HUB for review

110.
9/24/2019
12:57 PM

**BK Case No 19-42890 Possible Heir Filed BK**    Entered by jgoldman



111.
9/25/2019
3:51 PM

**tcf-3p**    Entered by rebmartinez

+17144621146- 3p- verified prop-calling regarding a recission of sale-warm xfer to wa reception/Kristen

112.    **TCF David Miller, Elite Legal Network**    Entered by koswood

QWA000023

9/25/2019
3:57 PM

Calling in and has additional questions regarding property. His client filed BK and PHH supposedly said they would notify us and did not do it. He asked about if our file was noted. Warm transfer to Robert McDonald. 00:00 GARDEN GROVE CA - (714) 462-1146 called ECC MH Mandatory Greeting - 5406 00:00 ECC MH Mandatory Greeting - 5406 transferred call to IVR_09 - 5509 00:23 IVR_09 - 5509 transferred call to R████ Martinez - 5835 02:01 ECC QLS G05 - WA Reception - 5305 transferred call to K████ Oswood WA - 8056 06:23 K████ Oswood WA - 8056 transferred call to Robert McDonald WA - 2336

113.
10/3/2019
11:23 AM

**tc-Sarah Hoover**     Entered by etorres

SARAH HOOVER - ████████████ wntd to spk with Rocky direct regarding file, she advised had spkn with him in the past. wrm trnsfrd to Robert M

114.
11/26/2019
10:00 AM

**Left VM for Richard Nast**     Entered by rmcdonald

████████

115.
12/3/2019
5:18 PM

**Mike Lappano CELL**     Entered by rmcdonald

████████

116.
1/7/2020
9:02 AM

**FC Attorney and Borrower Communication - Servicer Action**
Entered by Swest

Issue: FC Attorney and Borrower Communication - Servicer Action Required : Active Issue Description: spacer FC Attorney and Borrower Communication - Servicer Action Required. To be used for purposes of documenting system after firm has been contacted by the borrower and action is required to be taken by the Servicer. (BORATT task) spacer Start Date: 1/7/2020 Close Date: n.a. Entered By: Sierra West (at-mholt) Closed By: n.a. Reviewed By: n.a. Reviewed: n.a. Projected End: 1/8/2020 Days Open: 0 Comments: there was a BK filed by the borrowerâ€™s heir in which she claimed an interest in the property. Here the property sold to a third party purchaser 9.13.19 and they (the TPP) are seeking to validate the sale in the BK. PHH needs to provide a formal response to the date they were first notified that Ms. Hoover (1) claimed an interest in the property and (2) provided notice to PHH that she filed a BK.

QWA000024

| View As: | ○ Plain Text | ● Web Page |
|---|---|---|
| Received: | 10/23/2019 12:21:38 PM | |
| From: | Robert McDonald<br><rmcdonald@qualityloan.com> | |
| To: | Jeffrey Stenman | |
| CC: | IDSFC | |
| Subject: | RE: Suleiman / WA-18-835092-SW | |
| Attachments: | | |

> No documents have been generated for this file yet.

Jeff

Sale completed and TDUS issued before notice of BK, then BK dismissed, third party purchaser aware of bankruptcy filing and did not want sale unwound. He has been advised to seek confirmation of sale in BK – not sure if he did that or not. I will contact him now for an update.

**Robert W. McDonald** | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

**LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could**

QWA002604

change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Jeffrey Stenman <jstenman@qualityloan.com>
Sent: Wednesday, October 23, 2019 12:08 PM
To: Robert McDonald <rmcdonald@qualityloan.com>
Subject: FW: Suleiman / WA-18-835092-SW

Is this sale now good?  I see no rescission launched in BKFS.  I see no response to the client request 9/27/2019 that Kristen sent to you.  Nothing documented.

Jeff Stenman
President
Quality Loan Service Corporation of Washington

*"Service second to none"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
Direct Phone: 206-596-4869
Fax: 206-257-3163
Ext. 2927
jstenman@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.
Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.

From: Lance Olsen
Sent: Tuesday, September 24, 2019 4:17 PM
To: Jeffrey Stenman <jstenman@qualityloan.com>;
Qlsbankruptcyhub <Qlsbankruptcyhub@McCarthyHolthus.com>
Cc: IDSFC <IDSFC@qualityloan.com>; Robert McDonald <rmcdonald@qualityloan.com>
Subject: RE: Suleiman / WA-18-835092-SW



Lance E. Olsen | Managing Partner – Northwest | Member State Bar of Washington, Oregon, Idaho
McCarthy & Holthus, LLP
108 1st Avenue South, Seattle, WA. 98104

QWA002605

| Received: | 10/23/2019 1:56:41 PM |
|---|---|
| From: | Robert McDonald<br><rmcdonald@qualityloan.com> |
| To: | Jeffrey Stenman |
| CC: | IDSFC |
| Subject: | RE: Suleiman / WA-18-835092-SW |
| Attachments: | |

> No documents have been generated for this file yet.

Update – I conferred with Lance again, reached out to TPP – awaiting their response, need to confirm status of occupancy/UD.

Trustee does not have power alone to unwind, bottom line is sale may have a problem (will depend on Sarah hoover taking action) but unable to take action without TPP, they need to determine if willing to open BK and validate sale. SF being held, will update client once TPP responds.

**Robert W. McDonald** | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

**LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law**

QWA002610

office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Robert McDonald
Sent: Wednesday, October 23, 2019 12:21 PM
To: Jeffrey Stenman <jstenman@qualityloan.com>
Cc: IDSFC <IDSFC@qualityloan.com>
Subject: RE: Suleiman / WA-18-835092-SW

Jeff

Sale completed and TDUS issued before notice of BK, then BK dismissed, third party purchaser aware of bankruptcy filing and did not want sale unwound. He has been advised to seek confirmation of sale in BK – not sure if he did that or not. I will contact him now for an update.

Robert W. McDonald | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corporation of Washington

e. cmaus@mccarthyholthus.com

---

From: JoAnn Goldman On Behalf Of Qlsbankruptcyhub
Sent: Thursday, October 3, 2019 2:15 PM
To: Sierra West <Swest@qualityloan.com>; Chelsea Maus
<cmaus@McCarthyHolthus.com>
Cc: Rodica M. Cirstioc <rcirstioc@qualityloan.com>
Subject: RE: ████5107 Non-Judicial / Surplus WA-18-835092-SW

I still don't have any information on this-

Chelsea – can you pull BK docs from I Desk?

---

From: Sierra West
Sent: Tuesday, October 1, 2019 11:57 AM
To: Qlsbankruptcyhub
<Qlsbankruptcyhub@McCarthyHolthus.com>
Cc: Rodica M. Cirstioc <rcirstioc@qualityloan.com>
Subject: RE: ████5107 Non-Judicial / Surplus WA-18-835092-SW

Can you pull the BK documents from i-desk.

Ms hoover and attorney Ken Howard with legal network indicate
bankruptcy filed 4 days prior to foreclosure sale. Please see
bankruptcy doc in iDesk.
They request the foreclosure sale of 13Sep be rescinded. I
advised I entered bankruptcy in the account and ask them to call
back Monday.

Thank you,

Melvin boskett

Sierra Herbert-West | *Trustee Sales Officer*
*"Excellence Starts Here"*
108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206-596-4851| f. 206.257.3163
swest@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free
to send us your suggestions, comments, and/or concerns to
QLSFeedback@qualityloan.com.*
CONFIDENTIALITY NOTICE: The information contained herein may be privileged and
protected by the attorney/client and/or other privilege. It is confidential in nature and
intended for use by the intended addressee only. If you are not the intended recipient, you
are hereby expressly prohibited from dissemination distribution, copy or any use
whatsoever of this transmission and its contents. If you receive this transmission in error,
please reply or call the sender and arrangements will be made to retrieve the originals
from you at no charge.
Federal law requires us to advise you that communication with our office could be
interpreted as an attempt to collect a debt and that any information obtained will be
used for that purpose.

---

From: JoAnn Goldman On Behalf Of Qlsbankruptcyhub
Sent: Tuesday, October 1, 2019 10:33 AM
To: Sierra West <Swest@qualityloan.com>
Subject: RE: ████5107 Non-Judicial / Surplus WA-18-835092-SW

What BK are they asking about?

From: Sierra West

QWA002619

**Sent:** Tuesday, October 1, 2019 10:41 AM
**To:** Qlsbankruptcyhub
<Qlsbankruptcyhub@McCarthyHolthus.com>
**Cc:** IDSFC <IDSFC@qualityloan.com>
**Subject:** FW: ███ 5107 Non-Judicial / Surplus WA-18-835092-SW

Good Morning,
Can you please assist with the below request.

Sierra Herbert-West | *Trustee Sales Officer*
*"Excellence Starts Here"*
108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206-596-4851| f. 206.257.3163
swest@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free
to send us your suggestions, comments, and/or concerns to
QLSFeedback@qualityloan.com.*
**CONFIDENTIALITY NOTICE:** *The information contained herein may be privileged and
protected by the attorney/client and/or other privilege. It is confidential in nature and
intended for use by the intended addressee only. If you are not the intended recipient, you
are hereby expressly prohibited from dissemination distribution, copy or any use
whatsoever of this transmission and its contents. If you receive this transmission in error,
please reply or call the sender and arrangements will be made to retrieve the originals
from you at no charge.*
*Federal law requires us to advise you that communication with our office could be
interpreted as an attempt to collect a debt and that any information obtained will be
used for that purpose.*

---

**From:** Shinde, Siddharth V
[mailto:Siddharth.Shinde@ocwen.com]
**Sent:** Monday, September 30, 2019 12:20 PM
**To:** Larissa Anderson <landerson@McCarthyHolthus.com>;
swtsounit <swtsounit@McCarthyHolthus.com>; Christina
Rodriguez <crodriguez@McCarthyHolthus.com>; Susan Hurley
<shurley@qualityloan.com>; Jennifer Smith
<jsmith@McCarthyHolthus.com>; WASale
<WASale@McCarthyHolthus.com>
**Cc:** Robertson, Shelly (MBS)
<shelly.robertson@mortgagefamily.com>; Joyce, Ronald (MBS)
<ronald.joyce@mortgagefamily.com>; Boskett, Melvin (MBS)
<melvin.boskett@mortgagefamily.com>; 'DLD HAMP'
<DLDHAMP@mortgagefamily.com>; Laskar, Imdad A
<Imdad.Laskar@ocwen.com>; Vaghela, Abhisekh P
<Abhisekh.Vaghela@ocwen.com>; Gireesh, Praveen
<Praveen.Gireesh@ocwen.com>; Siler, Cariese (MBS)
<cariese.siler@mortgagefamily.com>; Mangaokar, Hemant H
<Hemant.Mangaokar@ocwen.com>; Brophy, Katie
<katie.brophy@ocwen.com>
**Subject:** RE: ███ 5107

Hello - We are pending a response to the below email. Please
confirm if the FC sale stands valid or is invalid due to BK.

Regards,
**Siddharth Shinde** | Associate| Foreclosure Deed
Ocwen Financial Solutions Private Limited
☎ 561-682-7000-67313 ✉ Siddharth.shinde@ocwen.com
Any foreclosure (Deed) related escalations please contact my supervisor Imdad

QWA002620

From: Shinde, Siddharth V
Sent: Friday, September 27, 2019 4:49 PM
To: 'landerson@mccarthyholthus.com'
<landerson@mccarthyholthus.com>;
'swtsounit@qualityloan.com' <swtsounit@qualityloan.com>;
'crodriguez@mccarthyholthus.com'
<crodriguez@mccarthyholthus.com>; 'shurley@qualityloan.com'
<shurley@qualityloan.com>; 'jsmith@qualityloan.com'
<jsmith@qualityloan.com>; 'WAsale@mccarthyholthus.com'
<WAsale@mccarthyholthus.com>;
Cc: Robertson, Shelly (MBS)
<shelly.robertson@mortgagefamily.com>; Joyce, Ronald (MBS)
<ronald.joyce@mortgagefamily.com>; Boskett, Melvin (MBS)
<melvin.boskett@mortgagefamily.com>; DLD HAMP
<DLDHAMP@mortgagefamily.com>; Laskar, Imdad A
<Imdad.Laskar@ocwen.com>; Vaghela, Abhisekh P
<Abhisekh.Vaghela@ocwen.com>; Gireesh, Praveen
<Praveen.Gireesh@ocwen.com>; Siler, Cariese (MBS)
<cariese.siler@mortgagefamily.com>; Mangaokar, Hemant H
<Hemant.Mangaokar@ocwen.com>; Brophy, Katie
<katie.brophy@ocwen.com>
Subject: RE: ███████5107
Importance: High

Hello,

Please confirm if the FC sale stands valid or is invalid due to BK.


Regards,
Siddharth Shinde | Associate| Foreclosure Deed
Ocwen Financial Solutions Private Limited
☎ 561-682-7000-67313   ✉   Siddharth.shinde@ocwen.com
Any foreclosure (Deed) related escalations please contact my supervisor Imdad
Laskar- Imdad.Laskar@ocwen.com

From: Vaghela, Abhisekh P
Sent: Friday, September 27, 2019 4:35 PM
To: Gireesh, Praveen <Praveen.Gireesh@ocwen.com>; Siler,
Cariese (MBS) <cariese.siler@mortgagefamily.com>; Mangaokar,
Hemant H <Hemant.Mangaokar@ocwen.com>; Brophy, Katie
<katie.brophy@ocwen.com>; Shinde, Siddharth V
<Siddharth.Shinde@ocwen.com>;
Cc: Robertson, Shelly (MBS)
<shelly.robertson@mortgagefamily.com>; Joyce, Ronald (MBS)
<ronald.joyce@mortgagefamily.com>; Boskett, Melvin (MBS)
<melvin.boskett@mortgagefamily.com>; DLD HAMP
<DLDHAMP@mortgagefamily.com>; Laskar, Imdad A
<Imdad.Laskar@ocwen.com>;
Subject: RE: ███████5107

Siddharth –
Kindly review for the sale validity with the firm and provide the response
ASAP.


Abhisekh Vaghela

Team Lead, Foreclosure

Ocwen Financial Corporation

T: 561-682-7000- Ext#67776

QWA002621

Abhisekh.vaghela@ocwen.com

From: Gireesh, Praveen
Sent: Thursday, September 26, 2019 8:36 PM
To: Siler, Cariese (MBS) <cariese.siler@mortgagefamily.com>;
Mangaokar, Hemant H <Hemant.Mangaokar@ocwen.com>;
Brophy, Katie <katie.brophy@ocwen.com>; Vaghela, Abhisekh P
<Abhisekh.Vaghela@ocwen.com>
Cc: Robertson, Shelly (MBS)
<shelly.robertson@mortgagefamily.com>; Joyce, Ronald (MBS)
<ronald.joyce@mortgagefamily.com>; Boskett, Melvin (MBS)
<melvin.boskett@mortgagefamily.com>; DLD HAMP
<DLDHAMP@mortgagefamily.com>
Subject: RE: ████5107

AB
Please review with FC firm to determine if the FC sale was invalid
due to BK.

From: Siler, Cariese (MBS) <Cariese.Siler@mortgagefamily.com>
Sent: Thursday, September 26, 2019 8:34 PM
To: Gireesh, Praveen <Praveen.Gireesh@ocwen.com>;
Mangaokar, Hemant H <Hemant.Mangaokar@ocwen.com>;
Brophy, Katie <katie.brophy@ocwen.com>
Cc: Robertson, Shelly (MBS)
<shelly.robertson@mortgagefamily.com>; Joyce, Ronald (MBS)
<ronald.joyce@mortgagefamily.com>; Boskett, Melvin (MBS)
<melvin.boskett@mortgagefamily.com>; DLD HAMP
<DLDHAMP@mortgagefamily.com>
Subject: RE: ████5107
Importance: High

Good morning

The BNK workstation is not active and DLD hamp does not handle
this process, for BNK or rescinding sales. Let me loop in some
team players that could assist to see if BNK was actually filed and
they can provide you with the information needed.

Praveen , Hemant, Katie,

Can you please see below and assist or advise who would be able
to?

Thanks,

*Cariese Siler*
*Foreclosure Referral and*
*Commencements Holds*
*Mail stop SV-09*
856-917-8117

From: Boskett, Melvin (MBS)
Sent: Thursday, September 19, 2019 1:50 PM
To: DLD HAMP <DLDHAMP@mortgagefamily.com>

Hello,

091919 7MK INBOUND A3P   QUALITY RPC      CONTACT-ON PLAN
091919 7MK <A3P, MS HOOVER/MR HOWARD-LEGAL NETWORK
IND BNK FILE>
      <D 9SEP, FORC SALE 13SEP SHOULD BE RESCINDED. ADV BN>
      <K TSK OPND, CALL BACK MONDAY.        >


Ms hoover and attorney Ken Howard with legal network indicate
bankruptcy filed 4 days prior to foreclosure sale.  Please see
bankruptcy doc in iDesk.
They request the foreclosure sale of 13Sep be rescinded.  I
advised I entered bankruptcy in the account and ask them to call
back Monday.

Thank you,

Melvin boskett

*********************************************************************
This E-mail message and any attachments are intended solely for the use of the
addressee hereof and may contain information that is confidential, privileged
and/or exempt from disclosure under applicable law.  Delivery of this message to
any person other than the intended recipient shall not constitute a waiver of any
right, privilege or exemption.  If you are not the intended recipient, please
immediately notify the sender by reply E-mail and permanently delete this
message from your system without reproducing or disclosing it to any third party.
While Ocwen Financial Corporation and its subsidiaries take reasonable
precautions to prevent transmission of software viruses, we cannot guarantee the
same and we therefore disclaim liability for any damage sustained by you or any
third party as a result thereof
*********************************************************************

*other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Michael Lappano <mlappano@invitationhomes.com>
Sent: Monday, December 16, 2019 12:58 PM
To: Robert McDonald <rmcdonald@qualityloan.com>
Cc: IDSFC <IDSFC@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Understood, thanks,


**Michael Lappano**
Regional Director of Acquisitions


**office** 206.428.2886
**cell** 206.390.5955
mlappano@invitationhomes.com

15900 SE Eastgate Way, Suite 150, Bellevue WA 98008
   invitationhomes.com

From: Robert McDonald <rmcdonald@qualityloan.com>
Sent: Monday, December 16, 2019 12:50 PM
To: Michael Lappano <mlappano@invitationhomes.com>
Cc: IDSFC <IDSFC@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

QWA002744

Michael

I would recommend reaching out to John McIntosh with Schweet Linde & Coulson if you need representation. I say this as Mr. Olsen will likely have a conflict due to his client PHH also being involved in this action. If Mr. McIntosh is not able to assist he should be able to also provide you some recommendations for counsel. Thank you.

John A. McIntosh, Attorney
Schweet Linde & Coulson, PLLC
575 S. Michigan Street
Seattle, Washington 98108
Direct dial: (206) 381-0118
Fax: (206) 381-0101
johnm@schweetlaw.com

Robert W. McDonald | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to OLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are

QWA002745

intended as general information only, and are not
intended to serve as legal advice or as a substitute for legal
counsel. If you have a question about a specific factual
situation, you should contact an attorney directly.

From: Michael Lappano <mlappano@invitationhomes.com>
Sent: Monday, December 16, 2019 12:45 PM
To: Robert McDonald <rmcdonald@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Just an FYI...I have spoken again to my counsel and we have
agreed to reach out to Lance Olsen to represent us and see if we
can push this one thru,


**Michael Lappano**
Regional Director of Acquisitions


**office** 206.428.2886
**cell** 206.390.5955
mlappano@invitationhomes.com

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
●●●●●●●●●●●●●●●●●●●●●●●

15900 SE Eastgate Way, Suite 150, Bellevue WA 98008
  invitationhomes.com

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
●●●●●●●●●●●●●●●●●●●●●●●

From: Robert McDonald <rmcdonald@qualityloan.com>
Sent: Friday, December 13, 2019 10:18 AM
To: Michael Lappano <mlappano@invitationhomes.com>
Cc: IDSFC <IDSFC@qualityloan.com>; Sierra West
<Swest@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW


Michael

See attached from counsel for Ms. Hoover. Please
forward this to your attorney. It is strongly
recommended to pursue relief in bankruptcy court
to avoid future litigation.

Robert W. McDonald | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

QWA002746

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office.  The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Michael Lappano <mlappano@invitationhomes.com>
Sent: Friday, December 13, 2019 8:27 AM
To: Robert McDonald <rmcdonald@qualityloan.com>
Cc: IDSFC <IDSFC@qualityloan.com>; Sierra West <Swest@qualityloan.com>
Subject: Re: SULEIMAN | RE: TS# WA-18-835092-SW

Sorry for the delay....at this time we are going to wait to see how things proceed.

Michael Lappano
Regional Director of Acquisitions
Seattle

Invitation Homes
15900 SE Eastgate Way, Suite 150
Bellevue WA 98008

d  206-428-2886
m  206-390-5955
e  mlappano@invitationhomes.com

QWA002747

E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore no liability is accepted by Invitation Homes LLC for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.  This e-mail has been scanned for all known viruses by Intermedia.

On Dec 12, 2019, at 3:01 PM, Robert McDonald <rmcdonald@qualityloan.com> wrote:

?

Mike

Any update from your General Counsel re opening the Hoover BK and proceeding with a motion to annual any potential stay and validate the sale held? Please advise. Thank you.

Robert W. McDonald | *General Counsel*
<image001.jpg>
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

*LEGAL DISCLAIMER: Please be advised that*

QWA002748

while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Robert McDonald
Sent: Wednesday, December 11, 2019 5:04 PM
To: 'Michael Lappano' <mlappano@invitationhomes.com>
Cc: IDSFC <IDSFC@qualityloan.com>; Sierra West <Swest@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Mike

Any update from your General Counsel re opening the Hoover BK and proceeding with a motion to annual any potential stay and validate the sale held? Please advise. Thank you.

Robert W. McDonald | *General Counsel*
<image001.jpg>
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution

QWA002749

*or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation.  The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Robert McDonald
Sent: Tuesday, December 10, 2019 5:05 PM
To: 'Michael Lappano'
<mlappano@invitationhomes.com>
Cc: IDSFC <IDSFC@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Mike

Any update from your General Counsel re opening the Hoover BK and proceeding with a motion to annual any potential stay and validate the sale held? Please advise. Thank you.

Robert W. McDonald | *General Counsel*
<image001.jpg>
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your*

*suggestions, comments, and/or concerns to* [QLSFeedback@qualityloan.com](mailto:QLSFeedback@qualityloan.com).

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation.  The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Robert McDonald
Sent: Wednesday, December 4, 2019 5:05 PM
To: 'Michael Lappano'
<[mlappano@invitationhomes.com](mailto:mlappano@invitationhomes.com)>
Cc: IDSFC <[IDSFC@qualityloan.com](mailto:IDSFC@qualityloan.com)>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Thank you for the update.

Robert W. McDonald |  *General Counsel*
<image001.jpg>
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
[rmcdonald@qualityloan.com](mailto:rmcdonald@qualityloan.com)

QWA002751

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation.  The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Michael Lappano <mlappano@invitationhomes.com>
Sent: Wednesday, December 4, 2019 5:04 PM
To: Robert McDonald <rmcdonald@qualityloan.com>
Cc: IDSFC <IDSFC@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Sorry been in the field today... I hope to talk top her tomorrow.

**Michael Lappano**
Regional Director of Acquisitions

QWA002752

**office** 206.428.2886
**cell** 206.390.5955
mlappano@invitationhomes.com

•••••••••••••••••••••••••••••••••
•••••••••••••••••••••••••••••

15900 SE Eastgate Way, Suite 150, Bellevue WA
98008          invitationhomes.com

•••••••••••••••••••••••••••••••••
•••••••••••••••••••••••••••••

---

From: Robert McDonald
<rmcdonald@qualityloan.com>
Sent: Wednesday, December 4, 2019 11:24 AM
To: Michael Lappano
<mlappano@invitationhomes.com>
Cc: IDSFC <IDSFC@qualityloan.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Mike

Any update from your General Counsel re
opening the Hoover BK and proceeding
with a motion to annual any potential stay
and validate the sale held?

Robert W. McDonald | *General Counsel*
<image001.jpg>
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c.
206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly
appreciated! Please feel free to send us your
suggestions, comments, and/or concerns to*
*QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information
contained herein may be privileged and protected
by the attorney/client and/or other privilege. It is
confidential in nature and intended for use by the
intended addressee only. If you are not the
intended recipient, you are hereby expressly
prohibited from dissemination distribution, copy
or any use whatsoever of this transmission and its
contents. If you receive this transmission in error,
please reply or call the sender and arrangements
will be made to retrieve the originals from you at
no charge. Federal law requires us to advise you
that communication with our office could be*

QWA002753

*interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

If you believe you have received this email in error, please notify the sender by reply transmission and delete the message. Any disclosure, copying, and/or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Invitation Homes cannot guarantee that the contents of this email transmission, including any attachments, are error-free or secure from viruses or similar defects. Invitation Homes urges using caution when opening attachments, navigating to hyperlinks, or otherwise responding to this email, and accepts no liability for any damages that may arise as a result of this email transmission.

| Received: | 1/6/2020 4:13:34 PM |
| From: | Robert McDonald <rmcdonald@qualityloan.com> |
| To: | Sierra West IDSFC |
| CC: | Jeffrey Stenman Kristen Oswood |
| Subject: | *ACTION NEEDED* SULEIMAN | RE: TS# WA-18-835092-SW |
| Attachments: | |

| No documents have been generated for this file yet. |

## Sierra

Please have the team check imaging for any notices PHH/Ocwen sent to the third party responding to their disputes. Also please have the borrower communication issue raised in LPS and state that PHH needs to provide a formal response to the date they were first notified that Ms. Hoover (1) claimed an interest in the property and (2) provided notice to PHH that she filed a BK. Thank you.

Robert W. McDonald | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington,

QWA003023

Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

From: Quick, Andrea S <Andrea.Quick@mortgagefamily.com>
Sent: Monday, January 6, 2020 7:32 AM
To: Robert McDonald <rmcdonald@qualityloan.com>
Cc: IDSFC <IDSFC@qualityloan.com>; Sierra West <Swest@qualityloan.com>; Jeffrey Stenman <jstenman@qualityloan.com>
Subject: RE: *REPLY NEEDED* SULEIMAN | RE: TS# WA-18-835092-SW

A third party called in multiple times stating they are the heir. The proof that was provided was not sufficient since the document was not executed. On 9/16 our Bky team confirmed that a bky module would not be opened since there was no proof that the heir was linked to the property. Please check imaging for any notices we sent to the third party responding to their disputes. Also have the borrower communication issue raised in LPS and state if we need to provide a formal response.

Once you've pulled the letters from imaging let me know if you need additional information.

Andrea Quick
Manager, Attorney Management | Default Servicing
PHH Mortgage
1 Mortgage Way
Mt. Laurel, NJ 08054
T: 215-734-4917
andrea.quick@ocwen.com

*PHH Mortgage, a subsidiary of Ocwen Financial Corporation*

From: Robert McDonald <rmcdonald@qualityloan.com>
Sent: Sunday, January 5, 2020 10:10 AM
To: Quick, Andrea S <Andrea.Quick@mortgagefamily.com>
Cc: IDSFC <IDSFC@qualityloan.com>; Sierra West <Swest@qualityloan.com>; Jeffrey Stenman <jstenman@qualityloan.com>
Subject: *REPLY NEEDED* SULEIMAN | RE: TS# WA-18-835092-SW

Caution: This email has originated from outside of our organization. DO NOT CLICK on any link or attachment unless you recognize the sender and the content is safe.

5107

Andrea

QWA003024

On this loan there was a BK filed by the borrower's heir in which she claimed an interest in the property. Here the property sold to a third party purchaser 9.13.19 and they (the TPP) are seeking to validate the sale in the BK. Two questions have arisen that I am seeking information on to assist in resolving this matter.

1. The heir Sarah Hoover, did she ever communicate to PHH she filed BK and if so when?
2. The heir Sarah Hoover appears to have filed BK with the SSN ███-8882 – what SS does PHH have for Ms. Hoover and how was that number provided to PHH. I ask because it appears we had a different number for her and need to know where that number came from.

| | Mortgagor | Mortgagor Info | Service | Additional Info |
|---|---|---|---|---|
| Select | ALI SULEIMAN SSN: ███-1892 | Notify By Email: No 18205 106TH STREET EAST BONNEY LAKE, WA 98391 BONNEY LAKE, WA 98391 County: PIERCE | Service History | Assign Counsel Pro Per M&H is Counsel Yes No Bypass SCRA |
| Select | Amir Suleiman SSN: ███-4596 | Notify By Email: No 24805 22ND AVE S KENT, WA 98032 KENT, WA 98032 | Service History | Assign Counsel Pro Per M&H is Counsel Yes No Bypass SCRA |
| Select | NURHASIN SULEIMAN SSN: ███-0055 | Notify By Email: No 24805 22ND AVE S KENT, WA 98032 KENT, WA 98032 | Service History | Assign Counsel Pro Per M&H is Counsel Yes No Bypass SCRA |
| Select | SARAH HOOVER SSN: ███-8882 | Notify By Email: No 18205 106TH STREET EAST BONNEY LAKE, WA 98391 BONNEY LAKE, WA 98391 County: PIERCE | Service History | Assign Counsel Pro Per M&H is Counsel Yes No Bypass SCRA |

QWA003025

| Select | Company Name: The Heirs and Devisees of Ali Suleiman | **Notify By Email: No**<br><br>18205 106TH STREET EAST BONNEY LAKE, WA 98391 BONNEY LAKE, WA 98391<br><br>**County:** PIERCE | Service History | Assign Counsel<br>Pro Per<br>M&H is Counsel<br><br>Yes   No<br><br>Bypass SCRA |
|---|---|---|---|---|

**Robert W. McDonald** | *General Counsel*
*"Excellence Starts Here"*

108 1st Avenue South, Suite 202
Seattle, WA 98104
d. 206.596.4862 | f. 206.274.4902 | c. 206.673.6523
rmcdonald@qualityloan.com

*Your feedback is warmly welcomed and greatly appreciated! Please feel free to send us your suggestions, comments, and/or concerns to QLSFeedback@qualityloan.com.*

*CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

**LEGAL DISCLAIMER:  Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office.  The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.**

**From:** SSNRequests <SSNRequests@McCarthyHolthus.com>
**Sent:** Friday, January 3, 2020 3:13 PM
**To:** Robert McDonald <rmcdonald@qualityloan.com>;
SSNRequests <SSNRequests@McCarthyHolthus.com>

QWA003026

*be made to retrieve the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.*

LEGAL DISCLAIMER: Please be advised that while the opinions expressed herein are provided by an attorney employed by Quality Loan Service Corp. of Washington, Quality Loan Service Corp. of Washington is not a law office. The legal analysis of any situation depends on a variety of factors and the opinions expressed herein could change based on the specific facts of any given situation. The information and opinions set forth herein are intended as general information only, and are not intended to serve as legal advice or as a substitute for legal counsel. If you have a question about a specific factual situation, you should contact an attorney directly.

---

From: Isabel Barreras <ibarreras@McCarthyHolthus.com>
Sent: Monday, January 6, 2020 9:25 AM
To: Sierra West <Swest@qualityloan.com>; Robert McDonald <rmcdonald@qualityloan.com>; Jeffrey Stenman <jstenman@qualityloan.com>; IDSFC <IDSFC@qualityloan.com>
Cc: Dave Owen <dowen@Mccarthyholthus.com>; Mike Dye <MDye@idsolutions-inc.com>; John Lopez <jlopez@idsolutions-inc.com>
Subject: RE: SULEIMAN | RE: TS# WA-18-835092-SW

Good Morning Team,

Robert you requested confirmation for Susan's SSN. I noticed a discrepancy on what was showing in IDS and went ahead and updated it to show the correct and validated social.

Thanks

## I sabel Barreras | Production Support

### McCarthy ? Holthus, LLP
m. 411 Ivy St., San Diego, CA 92101
d. 619.685-4800| ext 3449
e. ibarreras@mccarthyholthus.com
w. http://www.mccarthyholthus.com

"Service Second to None"

Offices in: AR | AZ | CA | CO | ID | NV | NM | OR | TX | WA

*Not licensed to practice law. Should escalation be required, please contact: Janeth Romero at jsalas@mccarthyholthus.com

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose. The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.

QWA003100