# IH6 Exhibit -1

**Trash Cans**

| | |
|---|---|
| Driver Notes | 06.30.20 ML has a court date July 15th. JR<br>11.26.19 LVM and sent email to Sarah to touch base to see if we are proceeding with her applying. JR<br>11.18.19 Sent Sarah requirements for filing out an application and also advised her of inspection process. Waiting to hear back to schedule the home inspection to determine if we c<br>10.03.19 LVM for Sarah Hoover to discuss her options. JR<br>9.27 ML: Spoke with a family friend. Daughter of original owner lives in the home and would like to remain as a tenant.<br>9.25.19 Second notice will be posted on 10.07.19. JR<br>9.25.19 Super (Ed Petrov) posted notice. Home is believed to be occupied. JR<br>9.23.19 First notice to be posted on Wednesday, 09/25. JR |
| data migration | |

Date: 11/26/19 10:25 AM (GMT-08:00)
To: Sarah Hoover <sarahvhoover@gmail.com>
Subject: RE: 18205 106th St E, Bonney Lake

Hi Sarah,

I just left you a VM. I wanted to touch base as I had not heard back from you with regards to how you are wanting to proceed. If you are wanting to apply to rent the home, we will need to get the inspection done as soon as possible.

Please let me know your intent.

Thank you,

**Jaqueline Rumens**
Portfolio Operations Director



**office** 206.582.7734
**fax** 425.732.4529
**maintenance** 888.330.4969
jrumens@invitationhomes.com

*If you enjoyed the customer service I provided today, please share your experience by posting a 5 star review on Google or Yelp. Thank you for your time!*

...........................................................................................

15900 SE Eastgate Way, Suite 150, Bellevue, WA, 98008        invitationhomes.com

...........................................................................................

**From:** Jaqueline Rumens
**Sent:** Monday, November 18, 2019 12:06 PM
**To:** Sarah Hoover <sarahvhoover@gmail.com>
**Subject:** RE: 18205 106th St E, Bonney Lake

Hi Sarah,

I tried to call you back and your VM is full and is not accepting any voicemails.

If you are interested in renting the home the first step would be to have a house inspection completed to make sure the home is safe and functional. Once that is completed and determined good to move forward, I would need any person 18 or over to complete the attached application and provide a copy of a government issued ID, along with the last 4 weeks of paystubs. Each application has a $50 fee associated with it.

Upon approval, the deposit along with the move in monies would be due along with signing a lease.

The rent is $2350.00 for 12 months.

If you have pets, there is a $250 non-refundable pet fee per pet, along with $35.00 for pet rent a month.

Please let me know if you would like to proceed and I will have someone reach out to schedule the inspection.

Thank you,

**Jaqueline Rumens**
Portfolio Operations Director



**office** 206.582.7734
**fax** 425.732.4529
**maintenance** 888.330.4969
jrumens@invitationhomes.com

*If you enjoyed the customer service I provided today, please share your experience by posting a 5 star review on Google or Yelp. Thank you for your time!*

........................................................................

15900 SE Eastgate Way, Suite 150, Bellevue, WA, 98008          invitationhomes.com

........................................................................

**From:** Sarah Hoover [mailto:sarahvhoover@gmail.com]
**Sent:** Saturday, November 16, 2019 10:01 AM
**To:** Jaqueline Rumens <jrumens@invitationhomes.com>
**Subject:** 18205 106th St E, Bonney Lake

Hi Jaqueline,

I've been trying to get in touch with you regarding the property located at the address above. I would like to try and make arrangements with you. Would you give me a call or email me? My phone number is 253-677-3832 and email is sarahvhoover@gmail.com. I am available by text also at the phone number above.

Thank you,

**Sarah Hoover**

If you believe you have received this email in error, please notify the sender by reply transmission and delete the message. Any disclosure, copying, and/or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Invitation