# STENMAN EXHBIT 3

**WA-18-835092-SW | ▮▮▮▮▮▮▮**
**SULEIMAN**
**18205 106TH STREET EAST, BONNEY LAKE, WA**

1. 8/2/2018 **Validated**    Entered by rcirstioc
5:10 PM

The document was audited and has been validated by R▮▮▮▮ Cirstioc
during the Referral Audit process.

2. 8/2/2018 **First Action Hold - Assignment Needed Hold dated 8/2/2018**
5:10 PM **Released by rcirstioc**    Entered by rcirstioc
Reason: First Action Hold - Assignment Needed
Date released: 8/2/2018

AOM into AITNO received. Entities merged.

3. 8/2/2018 **Validated**    Entered by rcirstioc
5:10 PM

The document was audited and has been validated by R▮▮▮▮ Cirstioc
during the Referral Audit process.

4. 8/2/2018 **Referral Audit Completed**    Entered by rcirstioc
5:10 PM

5. 8/2/2018 **IDS Detected a UPB/Loan Amount Discrepancy > $75k**    Entered by
5:10 PM rcirstioc
User rcirstioc has acknowledged that IDS detected a potential UPB/loan
amount discrepancy > $75k at 8/2/2018 5:10:15 PM.

6. 8/2/2018 **Confirmation of Possession of Note received from Ocwen**    Entered
5:11 PM by rcirstioc
Collateral file received from Custodian "WELLS FARGO ? ORIGINAL
MORTGAGE ORIGINAL NOTE ORIGINAL MODIFICATION
ORIGINAL TITLE RECEIVED 1zf451070151196804"

7. 8/2/2018 **LNO address**    Entered by rcirstioc
5:12 PM

LNO address found on LNO database.

8. 8/2/2018 **POA found in SharePoint**    Entered by rcirstioc
5:18 PM

POA found in SharePoint

9. 8/2/2018 **File Placed on Hold by rcirstioc**    Entered by rcirstioc

EXHIBIT **3**
WIT: *Stenman*
DATE: **7-7-20**
Lauren G. Harty, CCR, RPR

5:36 PM

Reason: First Action - SSN Needed
Date on Hold: 8/2/2018

R.cirstioc System Task Escalate FC Issue to Servicer - Completed on
08/02/2018 Please provide SSN for the original borrower ALI
SULEIMAN associated with this loan. I was unable to find it in Vault.
Email Contact: rcirstioc@qualityloan.com Thank you. 5:21 PM Please
provide SSN for the original borrower ALI SULEIMAN associated with
this loan. I was unable to find it in Vault. Email Contact:
rcirstioc@qualityloan.com Thank you.

10.
8/2/2018       **Date Down requested**     Entered by rcirstioc
5:36 PM

R.cirstioc System Task Request Title - Completed on 08/02/2018 Please
provide Title Date Down for this loan. Thank you. 5:18 PM Please
provide Title Date Down for this loan. Thank you.

11.
8/2/2018       **SB 5810 NOD Hold dated 8/2/2018 was updated**     Entered by
5:37 PM       rcirstioc

R.cirstioc System Task FC Document Review Request - Completed on
08/02/2018 Please execute the WA Loss Mitigation Declaration and
return. AOM into AITNO uploaded as supporting document for your
review. Thank you. 5:35 PM Please execute the WA Loss Mitigation
Declaration and return. AOM into AITNO uploaded as supporting
document for your review. Thank you.

12.
8/2/2018       **First Action Hold-SOT Hold dated 8/2/2018 was updated**     Entered
5:37 PM       by rcirstioc

R.cirstioc System Task FC Document Review Request - Completed on
08/02/2018 Please execute and return the attached SOT to 411 Ivy St.
San Diego, CA. 92101. Thank you. Confirmation of Possession of Note
received from Ocwen attached as supporting document. 5:34 PM Please
execute and return the attached SOT to 411 Ivy St. San Diego, CA.
92101. Thank you. Confirmation of Possession of Note received from
Ocwen attached as supporting document.

13.
8/2/2018       **SB 5810 NOS Hold dated 8/2/2018 was updated**     Entered by
5:37 PM       rcirstioc

R.cirstioc System Task FC Document Review Request - Completed on
08/02/2018 Please execute and return the attached Bene Dec to 411 Ivy
St. San Diego, CA. 92101. Thank you. Confirmation of Possession of

QWA000002

Note received from Ocwen attached as supporting document. 5:32 PM Please execute and return the attached Bene Dec to 411 Ivy St. San Diego, CA. 92101. Thank you. Confirmation of Possession of Note received from Ocwen attached as supporting document.

14.
8/3/2018
11:51 AM

**Reviewed Title Product**    Entered by jlinder

Parcel/APN 1: 7001740030 Title is: Clear Subject Dot in: 1st position Tax Information One month mailings: No

15.
8/3/2018
1:54 PM

**First Action - SSN Needed Hold dated 8/2/2018 Released by rcirstioc**    Entered by rcirstioc

Reason: First Action - SSN Needed
Date released: 8/3/2018

SSN received and added in IDS.

16.
8/3/2018
1:55 PM

**SSN validation received from Ocwen**    Entered by rcirstioc

From: Sidhu, Jagjeetkour G [mailto:Jagjeetkour.Sidhu@ocwen.com] Sent: Friday, August 3, 2018 8:28 AM To: R█████Cirstioc Subject: LN#7091305107 Hi, Kindly find the attached SSN details. Jagjeetkour Sidhu | Associate | Foreclosure â€" POD-5 States VA,WV,RI Ocwen Financial Solutions Private Limited Phone: (800)280-3863 Jagjeetkour.Sidhu@ocwen.com? | www.Ocwen.com For escalations kindly contact my supervisor at Hemant.mangaokar@ocwen.com OR reach out to your assigned Attorney Relationship Manager for further assistance

17.
8/9/2018
2:08 PM

**Fees and Costs**    Entered by SKeller

Do not include fees and costs which cannot be collected from borrowers. Borrower name: Ali Suleiman Borrower property address: 18205 106th St E Bonney Lake, WA 98391-8137 Ocwen loan number: ██████ File received date: 08/01/2018 This request is for good through date: AS OF TODAY Did your firm order title work on this file? ( ) Yes or ( x ) No; if yes, please include this in the total costs outstanding. FEES: A) Total outstanding incurred but not invoiced: $450.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE) COSTS: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE)

QWA000003

**18.**
**8/13/2018**
**9:20 AM**

**SB 5810 NOS Hold dated 8/2/2018 Released by dkimble**     Entered by
dkimble

Reason: SB 5810 NOS
Date released: 8/13/2018

The Declaration of Ownership was received from the client on
8/13/2018.

**19.**
**8/13/2018**
**2:55 PM**

**File Placed on Hold by bradcliff**     Entered by bradcliff

Reason: Loan Modification
Date on Hold: 8/13/2018

Task Name Date Completed Field Value Place Foreclosure On Hold - 3
08/13/2018 06:59 Hold End Date 9/12/2018 Place Foreclosure On Hold -
3 08/13/2018 06:59 Hold Reason Mod Complete Package (120) Place
Foreclosure On Hold - 3 08/13/2018 06:59 Hold Reason Comments
Borrower has sent a complete mod package

**20.**
**8/17/2018**
**8:23 AM**

**UPDATED TSG RECEIVED**     Entered by tyhahn

Effective date: 08/03/2018

**21.**
**8/17/2018**
**8:25 AM**

**Email to TR Review Team re Updated TSG Review**     Entered by
tyhahn

From: T██Hahn On Behalf Of Title Res Sent: Friday, August 17, 2018
8:25 AM To: L██ Hassler ; J██ Linder Cc: K██ Sanchez ;
IDSMH Subject: SULEIMAN / WA-18-835092-SW / UPDATED TSG
REVIEW / FW: Loan#████████ **** TSG1808-WA-3442624 /
Ocwen Good Morning Team â€" Please review the attached updated
TSG (effective date 08/03/2018) and advise if there are any changes.
Thank you. T██ Hahn / Title Resolution Assistant McCarthy ? Holthus
LLP d. 619-645-7711 x2432 / f. 619-568-3600 e.
thahn@McCarthyHolthus.com CONFIDENTIALITY NOTICE: The
information contained herein may be privileged and protected by the
attorney/client and/or other privilege. It is confidential in nature and
intended for use by the intended addressee only. If you are not the
intended recipient, you are hereby expressly prohibited from
dissemination distribution, copy or any use whatsoever of this
transmission and its contents. If you receive this transmission in error,
please reply or call the sender and arrangements will be made to retrieve

QWA000004

the originals from you at no charge. Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose. Should escalation be required, please contact the following individual K███ Sanchez at 619-645-7711, ext 1701 or ksanchez@mccarthyholthus.com From: KV, Vikas [mailto:Vikas.KV@altisource.com] Sent: Friday, August 17, 2018 8:14 AM To: Title Res Cc: TSG_Customerservice ; KV, Vikas - RW Subject: Loan#████████**** TSG1808-WA-3442624 Hello, Please see attached TSG report. Thanks, Vikas. KV | Floor Lead, TSG Reports Premium Titleâ„¢ P.O. Box 105460 |Atlanta, Georgia 30348-5460 P: (770-612-7007)|ext: 297543 Vikas.KV@altisource.com|www.Altisource.com

22.
8/17/2018
8:43 AM

**Super Lien Filed**    Entered by jlinder

Super Lien reflected on TSG

23.
8/17/2018
8:43 AM

**Reviewed Title Product**    Entered by jlinder

Parcel/APN 1: 7001740030

Title is: Not Clear

Subject Dot in: 1st position

Tax Information

One month mailings: No

TSG Item Number:

Exception Type:

24.
8/17/2018
8:52 AM

**HOA Lien**    Entered by jlinder

From: J████Linder Sent: Friday, August 17, 2018 10:52 AM To: Title Res Cc: IDSMH ; IDSFC Subject: ***HOA LIEN*** | SULEIMAN | WA-18-835092-SW Please be advised that the below HOA Lien was found on the TSG. Thank you! 14. Notice of delinquent assessments and lien payable to the Owners' Association pursuant to the declaration shown herein. Amount: Owners Association: Recording Date: Recording No.: $757.62 Crystal Meadows Homeowners Association July 23, 2018

QWA000005

25.
8/17/2018
9:00 AM

**Email to TC Processor re WA HOA**     Entered by tyhahn

From: T███Hahn On Behalf Of Title Res Sent: Friday, August 17, 2018
8:59 AM To: H███ Vera Cc: IDSMH Subject: SULEIMAN / WA-18-
835092-SW / WA HOA / FW: ***HOA LIEN*** | SULEIMAN | WA-
18-835092-SW / Ocwen Good Morning Heidy â€" Please review Lien
by Crystal Meadows HOA (Item #14 on TSG) and advise client. Thank
you. T███ Hahn / Title Resolution Assistant McCarthy ? Holthus LLP d.
619-645-7711 x2432 / f. 619-568-3600 e. thahn@McCarthyHolthus.com
CONFIDENTIALITY NOTICE: The information contained herein may
be privileged and protected by the attorney/client and/or other privilege.
It is confidential in nature and intended for use by the intended addressee
only. If you are not the intended recipient, you are hereby expressly
prohibited from dissemination distribution, copy or any use whatsoever
of this transmission and its contents. If you receive this transmission in
error, please reply or call the sender and arrangements will be made to
retrieve the originals from you at no charge. Federal law requires us to
advise you that communication with our office could be interpreted as an
attempt to collect a debt and that any information obtained will be used
for that purpose. Should escalation be required, please contact the
following individual K███ Sanchez at 619-645-7711, ext 1701 or
ksanchez@mccarthyholthus.com From: J███ Linder Sent: Friday,
August 17, 2018 8:52 AM To: Title Res Cc: IDSMH ; IDSFC Subject:
***HOA LIEN*** | SULEIMAN | WA-18-835092-SW Please be
advised that the below HOA Lien was found on the TSG. Thank you! 14.
Notice of delinquent assessments and lien payable to the Owners'
Association pursuant to the declaration shown herein. Amount: Owners
Association: Recording Date: Recording No.: $757.62 Crystal Meadows
Homeowners Association July 23, 2018 201807230341 J███ Linder |
Title Resolution Assistant McCarthy ? Holthus LLP m. 224 E 6th Street,
York, NE 68467 p. 619.685.4800 Ex 4901 | f. 619.568.3600 e.
jlinder@McCarthyHolthus.com

26.
8/24/2018
3:10 PM

**Loan Modification Hold dated 8/13/2018 Released by bradcliff**
Entered by bradcliff

Reason: Loan Modification
Date released: 8/24/2018

1 3 Mod Complete Package (120) Borrower has sent a complete mod
package 08/13/2018 09/12/2018 30 08/24/2018 Mod Complete Package
(120) 11 Released

QWA000006

27.
8/24/2018
3:11 PM

**First Action Hold-SOT Hold dated 8/2/2018 was updated**   Entered by bradcliff

Task Name Date Completed Field Value Place Foreclosure On Hold - 3 08/24/2018 13:38 Hold End Date 9/28/2018 Place Foreclosure On Hold - 3 08/24/2018 13:38 Hold Reason CFPB Denied (67) Place Foreclosure On Hold - 3 08/24/2018 13:38 Hold Reason Comments Letter with appeal period/CMP sent to borrower

28.
8/24/2018
3:11 PM

**File Placed on Hold by bradcliff**   Entered by bradcliff

Reason: CFPB
Date on Hold: 8/24/2018

Task Name Date Completed Field Value Place Foreclosure On Hold - 3 08/24/2018 13:38 Hold End Date 9/28/2018 Place Foreclosure On Hold - 3 08/24/2018 13:38 Hold Reason CFPB Denied (67) Place Foreclosure On Hold - 3 08/24/2018 13:38 Hold Reason Comments Letter with appeal period/CMP sent to borrower

29.
9/4/2018
11:36 AM

**notified client of hoa lien // via email**   Entered by hvera

From: H███Vera Sent: Tuesday, September 04, 2018 11:36 AM To: Team Leads â€" Tax Cc: IDSMH Subject: NOTICE OF HOA LIEN // WA-18-835092-SW // SULEIMAN Good Morning, In Washington when dealing with HOA(s) in some cases an HOA may have a priority that the beneficiary purchasing may need to satisfy â€" this could be the entire amount or nothing. This is because Homeowners Associations (HOAs) do not have a statutory priority pursuant to Washington law; but, the provisions of their CC&Rs and/or Bylaws are considered to be enforceable, so the language of any relevant governing documents needs to be reviewed. To determine if the HOAâ€™s claim has merit â€" one would need to reach out to the HOA for their authority (CC&Rs), Bylaws and ledger for a detailed accounting to conduct a thorough evaluation. If the HOA initiates and completes a judicial foreclosure the subject DOT MAY be extinguished. If there is an action filed or pending by the COA or an HOA, you should immediately retain counsel. However, if there is only a Notice of Lien, it is advised the servicer monitor for the filing of an action. Please note, fees will be required should the servicer retain the firm to address a COA or HOA litigation. Bwr & Property Address: Ali Suleiman 18205 106th St E Bonney Lake, WA 98391 Loan Number: █████████ At Your Service, H███Vera | Title Resolution Assistant McCarthy ? Holthus LLP m. 411 Ivy St San Diego CA 92101 p. 619.685.4800 x 4841 | f. 619.568.3600 e.

QWA000007

HVera@McCarthyHolthus.com "Service Second to None"
CONFIDENTIALITY NOTICE: The information contained herein may
be privileged and protected by the attorney/client and/or other privilege.
It is confidential in nature and intended for use by the intended addressee
only. If you are not the intended recipient, you are hereby expressly
prohibited from dissemination distribution, copy or any use whatsoever
of this transmission and its contents. If you receive this transmission in
error, please reply or call the sender and arrangements will be made to
retrieve the originals from you at no charge. Federal law requires us to
advise you that communication with our office could be interpreted as an
attempt to collect a debt and that any information obtained will be used
for that purpose.

30.
9/4/2018
11:37 AM

**Reviewed Title Product**     Entered by hvera

Parcel/APN 1: 7001740030

Title is: Clear

Subject Dot in: 1st position

Tax Information

One month mailings: No

31.
9/21/2018
9:56 AM

**CFPB Hold dated 8/24/2018 Released by bradcliff**     Entered by
bradcliff

Reason: CFPB
Date released: 9/21/2018

2 3 CFPB Denied (67) Letter with appeal period/CMP sent to borrower
08/24/2018 09/28/2018 35 09/21/2018 CFPB Denied (67) 28 Released

32.
10/23/2018
3:29 PM

**First Action Hold-SOT Hold dated 8/2/2018 was updated**     Entered
by rcirstioc

R.cirstioc System Task FC Document Review Request - Completed on
10/23/2018 The SOT executed on 9/20/2017 was done for a previous
Foreclosure and that file was closed on 9/15/2017 due to Reinstatement
therefore the SOT was sent back to Ocwen before it got to be recorded.
We need new SOT to be executed and sent to our office in order to
proceed. Please execute and return the attached SOT to 2763 Camino
Del Rio South, San Diego, CA 92108. Thank you. Confirmation of
Possession of Note received from Ocwen attached as supporting

QWA000008

document. 3:27 PM The SOT executed on 9/20/2017 was done for a previous Foreclosure and that file was closed on 9/15/2017 due to Reinstatement therefore the SOT was sent back to Ocwen before it got to be recorded. We need new SOT to be executed and sent to our office in order to proceed. Please execute and return the attached SOT to 2763 Camino Del Rio South, San Diego, CA 92108. Thank you. Confirmation of Possession of Note received from Ocwen attached as supporting document.

33.
10/31/2018   **Fees & Costs**     Entered by Chwelsh
4:37 PM

Does not include fees and costs which cannot be collected from borrowers. Borrower name: Ali Suleiman Borrower property address: 18205 106th St E Bonney Lake, WA 98391-8137 Ocwen loan number: ███████ File received date: 08/01/2018 This request is for good through date: AS OF TODAY Did your firm order title work on this file? ( ) Yes or ( x ) No; if yes, please include this in the total costs outstanding. FEES: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE ) COSTS: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE )

34.
11/1/2018   **SOT sent to Altisource for e-recording**     Entered by tbrown
11:03 AM

From: T███ Brown Sent: Thursday, November 01, 2018 11:03 AM To: Lilin.T@altisource.com; altisourcedocs@mccarthyholthus.com; TSG_Simplifile@altisource.com; IDSFC Subject: 835092 Please e-record SOT 835092 Hello Please e-record attached SOT. Please notify once recorded. Thank You

35.
11/5/2018   **File Placed on Hold by sgherman**     Entered by sgherman
2:06 PM

Reason: First Action - Pending Figures
Date on Hold: 11/5/2018

Pending NOD figures.

36.
11/6/2018   **First Action - Pending Figures Hold dated 11/5/2018 Released by**
9:05 AM        **sgherman**     Entered by sgherman

Reason: First Action - Pending Figures
Date released: 11/6/2018

QWA000009

NOD figures received.

37.
11/6/2018
9:07 AM
**Dual Tracking Verification Req Hold dated 11/6/2018 Released by sgherman**   Entered by sgherman

Reason: Dual Tracking Verification Req
Date released: 11/6/2018

Pursuant to the Ocwen NMS Certification Update issued on 8/28/2018 NMS (National Mortgage Settlement) is not required prior to proceeding with foreclosure legal milestones. We are removing this hold in response to the directive we received.

38.
11/20/2018
4:34 PM
**File Placed on Hold by bradcliff**   Entered by bradcliff

Reason: Loan Modification
Date on Hold: 11/20/2018

Task Name Date Completed Field Value Place Foreclosure On Hold - 3 11/20/2018 09:09 Hold End Date 12/20/2018 Place Foreclosure On Hold - 3 11/20/2018 09:09 Hold Reason Mod Complete Package (120) Place Foreclosure On Hold - 3 11/20/2018 09:09 Hold Reason Comments Borrower has sent a complete mod package

39.
11/21/2018
10:59 AM
**Fees & Costs**   Entered by Chwelsh

Does not include fees and costs which cannot be collected from borrowers. Borrower name: Ali Suleiman Borrower property address: 18205 106th St E Bonney Lake, WA 98391-8137 Ocwen loan number: 7091305107 File received date: 08/01/2018 This request is for good through date: AS OF TODAY Did your firm order title work on this file? ( ) Yes or ( x ) No; if yes, please include this in the total costs outstanding. FEES: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE ) COSTS: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE )

40.
11/26/2018
3:15 PM
**File Placed on Hold by bradcliff**   Entered by bradcliff

Reason: CFPB
Date on Hold: 11/26/2018

QWA000010

Task Name Date Completed Field Value Place Foreclosure On Hold - 3 11/26/2018 03:09 Hold End Date 12/31/2018 Place Foreclosure On Hold - 3 11/26/2018 03:09 Hold Reason CFPB Denied (67) Place Foreclosure On Hold - 3 11/26/2018 03:09 Hold Reason Comments Letter with appeal period/CMP sent to borrower

41.
11/26/2018
3:15 PM

**Loan Modification Hold dated 11/20/2018 Released by bradcliff** Entered by bradcliff

Reason: Loan Modification
Date released: 11/26/2018

3 3 Mod Complete Package (120) Borrower has sent a complete mod package 11/20/2018 12/20/2018 30 11/26/2018 Mod Complete Package (120) 6 Released

42.
12/21/2018
2:11 PM

**CFPB Hold dated 11/26/2018 Released by bradcliff**    Entered by bradcliff

Reason: CFPB
Date released: 12/21/2018

4 3 CFPB Denied (67) Letter with appeal period/CMP sent to borrower 11/26/2018 12/31/2018 35 12/21/2018 CFPB Denied (67) 25 Released

43.
12/21/2018
3:44 PM

**File Placed on Hold by koswood**    Entered by koswood

Reason: First Action - Pending Figures
Date on Hold: 12/21/2018

Please provide RI figures good through 1/21/2019 for the NOS in order to insure the figures on the NOS are valid we need to insure we have a quote good through December. Please do not include fees and costs.

44.
12/24/2018
8:48 AM

**First Action - Pending Figures Hold dated 12/21/2018 Released by slenaris**    Entered by slenaris

Reason: First Action - Pending Figures
Date released: 12/24/2018

RCVD RI PO

45.
12/27/2018

**fees and costs**    Entered by bdingle

QWA000011

9:34 AM

Does not include fees and costs which cannot be collected from borrowers. Borrower name: Ali Suleiman Borrower property address: 18205 106th St E Bonney Lake, WA 98391-8137 Ocwen loan number: ████████ File received date: 08/01/2018 This request is for good through date: AS OF TODAY Did your firm order title work on this file? ( ) Yes or ( x ) No; if yes, please include this in the total costs outstanding. FEES: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE) COSTS: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE)

46.
1/3/2019
4:53 PM

**FCLINO Test**    Entered by sccastro

Foreclosing In Name Of verified. Comment autogenerated.

47.
1/3/2019
5:01 PM

**SOT SentToRecord**    Entered by sccastro

Substitution Of Trustee Sent to Title for Recording on: 11/2/2018 and set to record: 11/2/2018

48.
1/3/2019
5:06 PM

**Dual Tracking Verification Req Hold dated 1/3/2019 Released by sccastro**    Entered by sccastro

Reason: Dual Tracking Verification Req
Date released: 1/3/2019

Pursuant to the Ocwen NMS Certification Update issued on 8/28/2018 NMS (National Mortgage Settlement) is not required prior to proceeding with foreclosure legal milestones. We are removing this hold in response to the directive we received.

49.
1/3/2019
5:08 PM

**Assignment Exception Hold Hold dated 1/3/2019 Released by sccastro**    Entered by sccastro

Reason: Assignment Exception Hold
Date released: 1/3/2019

Assignment not need, merger

50.
1/3/2019
5:13 PM

**Equator**    Entered by sccastro

QWA000012

Required searches have been uploaded to Equator - SCRA & PACER
generated on 1/3/2018. SCRA and Pacer search uploaded into Equator
library on 1/3/2018

51.
1/3/2019
5:22 PM

**Validated**    Entered by sccastro

The document was audited and has been validated by S███████ Castro
during the Pre-First Action Audit process.

52.
1/3/2019
5:22 PM

**Validated**    Entered by sccastro

The document was audited and has been validated by S███████ Castro
during the Pre-First Action Audit process.

53.
1/3/2019
5:22 PM

**Validated**    Entered by sccastro

The document was audited and has been validated by S███████Castro
during the Pre-First Action Audit process.

54.
1/3/2019
5:22 PM

**Validated**    Entered by sccastro

The document was audited and has been validated by S███████ Castro
during the Pre-First Action Audit process.

55.
1/3/2019
5:22 PM

**Validated**    Entered by sccastro

The document was audited and has been validated by S███████ Castro
during the Pre-First Action Audit process.

56.
1/3/2019
5:22 PM

**IDS Detected a UPB/Loan Amount Discrepancy > $75k**    Entered by
sccastro

User sccastro has acknowledged that IDS detected a potential UPB/loan
amount discrepancy > $75k at 1/3/2019 5:22:53 PM.

57.
1/3/2019
5:22 PM

**Pre-First Action Audit Completed**    Entered by sccastro

58.

**Validated**    Entered by sccastro

QWA000013

1/3/2019
5:22 PM

The document was audited and has been validated by S███ Castro during the Pre-First Action Audit process.

59.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███ Castro during the Pre-First Action Audit process.

60.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███ Castro during the Pre-First Action Audit process.

61.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███ Castro during the Pre-First Action Audit process.

62.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███Castro during the Pre-First Action Audit process.

63.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███ Castro during the Pre-First Action Audit process.

64.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███Castro during the Pre-First Action Audit process.

65.
1/3/2019    **Validated**    Entered by sccastro
5:22 PM

The document was audited and has been validated by S███ Castro during the Pre-First Action Audit process.

QWA000014

**66.**
1/3/2019
5:22 PM

**Validated**    Entered by sccastro

The document was audited and has been validated by S████ Castro during the Pre-First Action Audit process.

**67.**
1/4/2019
1:59 PM

**Milestone Search uploaded to Equator**    Entered by Cbuium

Required searches have been uploaded to Equator - SCRA & PACER generated on 01/03/19. Equator Deliverables PACER â€" Before First Legal and SCRA - Before First Legal completed on 01/03/19

**68.**
1/10/2019
2:30 PM

**File Placed on Hold by bradcliff**    Entered by bradcliff

Reason: Deceased Borrower Review
Date on Hold: 1/9/2019

Task Name Date Completed Field Value Place Foreclosure On Hold - 3 01/09/2019 22:07 Hold End Date 4/12/2019 Place Foreclosure On Hold - 3 01/09/2019 22:07 Hold Reason Deceased Borrower (82) Place Foreclosure On Hold - 3 01/09/2019 22:07 Hold Reason Comments Borrower deceased/Assumption codes entered on loan

**69.**
1/29/2019
9:40 AM

**File Placed on Hold by jstenman**    Entered by jstenman

Reason: Deceased Borrower Research Hold
Date on Hold: 1/29/2019

Ali DOD 2/24/2015

**70.**
1/31/2019
9:44 AM

**Deceased Borrower Research Hold Hold dated 1/29/2019 Released by jstenman**    Entered by jstenman

Reason: Deceased Borrower Research Hold
Date released: 1/31/2019

add Sarah Hoover as a borrower record and mail to her at the address provided. We have a pretty good idea she is the actual daughter based on the current hold process and correspondence in the vault. Donâ€™t add the potential son. Add an additional owner record for the Heirs and Devisees of Ali Suleiman and mail to the property. We DO NOT have to record a reasonable diligence declaration and DO NOT have to run an

QWA000015

additional publication of the NOS to the Heirs and devisees.

71.
2/20/2019
4:15 PM

**NOS Pending Figures Hold dated 1/30/2019 Released by sccastro**
Entered by sccastro

Reason: NOS Pending Figures
Date released: 2/20/2019

will be requested once file is off deceased borrower review hold

72.
4/18/2019
7:58 AM

**Deceased Borrower Review Hold dated 1/9/2019 Released by bradcliff**    Entered by bradcliff

Reason: Deceased Borrower Review
Date released: 4/17/2019

5 3 Deceased Borrower (82) Borrower deceased/Assumption codes entered on loan 01/09/2019 04/12/2019 93 04/17/2019 Deceased Borrower (82) 98 Released

73.
4/18/2019
8:47 AM

**Hold SCRA/Pacer uploaded**    Entered by bradcliff

Required documents have been uploaded to Equator

74.
4/24/2019
1:29 PM

**Dual Tracking Verification Req Hold dated 4/24/2019 Released by sccastro**    Entered by sccastro

Reason: Dual Tracking Verification Req
Date released: 4/24/2019

Pursuant to the Ocwen NMS Certification Update issued on 8/28/2018 NMS (National Mortgage Settlement) is not required prior to proceeding with foreclosure legal milestones. We are removing this hold in response to the directive we received.

75.
4/24/2019
1:30 PM

**File Placed on Hold by sccastro**    Entered by sccastro

Reason: NOS Pending Figures
Date on Hold: 4/24/2019

PO and RI requested

76.
5/1/2019

**fees and costs**    Entered by bdingle

QWA000016

**12:29 PM**

Does not include fees and costs which cannot be collected from borrowers. Borrower name: Ali Suleiman Borrower property address: 18205 106th St E Bonney Lake, WA 98391-8137 Ocwen loan number: ███████████ File received date: 08/01/2018 This request is for good through date: AS OF TODAY Did your firm order title work on this file? ( ) Yes or ( x ) No; if yes, please include this in the total costs outstanding. FEES: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE) COSTS: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE)

**77.**
**5/9/2019**
**8:59 AM**

**Milestone Search uploaded into Equator**     Entered by jolguin

Required searches uploaded into Equator.

**78.**
**5/9/2019**
**4:34 PM**

**Milestone Search uploaded to Equator**     Entered by Cbuium

Required searches have been uploaded to Equator - SCRA & PACER generated on 05/09/19. SCRA and Pacer search uploaded into Equator library on 05/09/19

**79.**
**5/13/2019**
**10:29 AM**

**fees and costs**     Entered by bdingle

Does not include fees and costs which cannot be collected from borrowers. Borrower name: Ali Suleiman Borrower property address: 18205 106th St E Bonney Lake, WA 98391-8137 Ocwen loan number: ███████████ File received date: 08/01/2018 This request is for good through date: AS OF TODAY Did your firm order title work on this file? ( ) Yes or ( x ) No; if yes, please include this in the total costs outstanding. FEES: A) Total outstanding incurred but not invoiced: $0.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE) COSTS: A) Total outstanding incurred but not invoiced: $183.00 B) Total outstanding invoiced but not paid: $0.00 (Invoice No is Mandatory: NONE)

**80.**
**5/22/2019**
**10:33 AM**

**Service Transfer pending/do not close file**     Entered by hgarcia

Subject: ***File Being Service Transferred*** Valued firms, Please be informed that the attached loan(s) is being service transferred to new servicer â€" ("PHH Mortgage Services"). All outstanding invoices must

QWA000017

be submitted to Ocwen via REALRemit 2.0â„¢ for review prior to the Transfer Date for payment consideration. The invoice cut-off date will be May 24, 2019. All invoices after this date need to be submitted to the new servicer within 30 days following the Transfer Date to be eligible for review. Please note, this is not a close and bill instruction.

81.
6/13/2019
1:43 PM

**Referring System information has been reviewed**    Entered by hgarcia

Service Transfer Completed

82.
6/13/2019
1:43 PM

**Service Transfer Hold dated 5/22/2019 Released by hgarcia** Entered by hgarcia

Reason: Service Transfer
Date released: 6/13/2019

Servicer Transfer Completed

83.
8/14/2019
1:56 PM

**State Requirement Not Met Hold dated 5/16/2019 Released by hgarcia**    Entered by hgarcia

Reason: State Requirement Not Met
Date released: 8/14/2019

Posted 122 days prior to sale

84.
8/14/2019
2:13 PM

**tcf- bwr 4**    Entered by nataylor

+12536773832 bwr-Sarah Hoover-verified info. Father passed away & tried doing a family transfer & to bring the loan current but doesn't have the funds to RI. Tried doing loan mod. but was told by PHH today that she needs to contact us to remove the sale date in order for them to review loan mod. Warm transfer to WA recep/Becky-send to Kristen/brought call back/Warm transfer to Kristen

85.
8/14/2019
2:20 PM

**TCF Sarah Hoover**    Entered by koswood

calling in to have sale date removed as she was denied a loan mod on her fathers property. PHH advised she needed to call us to have sale date removed, warm transfer to Robert McDonald. 00:00 SARAH HOOVER - (253) 677-3832 called ECC QLS Mandatory Greeting - 5405 00:00 ECC QLS Mandatory Greeting - 5405 transferred call to IVR_55 - 5555 00:52 IVR_55 - 5555 transferred call to N███ Taylor - 5802 11:08

QWA000018

Nattiece Taylor - 5802 transferred call to Kristen Oswood WA - 8056
17:22 Kristen Oswood WA - 8056 transferred call to Robert McDonald
WA - 2336

86.
8/14/2019
2:37 PM

**Call from Sara Hoover 253 877 3832**     Entered by rmcdonald

Discussed assumption / modification, 37 day deadline under CFPB -
advised may RI up to day before the sale. gave contact information for
RMCD - advised to contact lawyer with any questions.

87.
8/15/2019
8:29 AM

**Payoff Figures Requested Sale Date 09/13/2019**     Entered by
amashburn

GTD 09/12/2019 Payoffs Please order an updated RIQ for this matter,
please email me and the requestor once available. Thank you.
sarahvhoover@gmail.com Robert W. McDonald | General Counsel

88.
8/19/2019
8:01 AM

**PO figures received**     Entered by amashburn

GTD 09/12/2019 uploaded 08/19/2019

89.
8/27/2019
2:11 PM

**Uploaded bid**     Entered by nweik

FROM BKFS MHOLT

90.
8/30/2019
7:18 AM

**RI figures urgent rush sale date 09/13/2019**     Entered by amashburn

due to error on my part I have requested RI figures as an urgent rush.
GTD 09/12/2019 send to Rocky and sarahvhoover@gmail.com once
completed

91.
8/31/2019
1:44 AM

**Payoff Quote Completed**     Entered by raoros

The total amount due is $188,193.38, which will be valid through
09/12/2019. The Quote was sent to: sarahvhoover@gmail.com

92.
9/3/2019
1:29 PM

**RI Figures Uploaded**     Entered by snaber

Sale Date 09/13/2019 Uploaded 09/03/2019 Please escalate the sending
of these figures for our legal team sale date 09/13/2019 GTD 09/12/2019

QWA000019

Please also provide breakdowns for any amounts included in the figures provided. Fax #619.568.3599 WA Files: Please do not include Property Preservation and Property Inspection costs as these are non-recoverable in the state of Washington. Restricted escrow should not be part of reinstatement quote. Entered By: Rabi Jangam 9/3/2019 4:23:00 AM

93.
9/4/2019
8:42 AM

**RIQ sent for Attorney review**   Entered by kwaite

Sent to Lance, Andrew and Natalie for review and approval

94.
9/4/2019
9:22 AM

**RIQ Emailed**   Entered by kwaite

Robert McDonald ; sarahvhoover@gmail.com Total Amount Due to Reinstate $27,695.82

95.
9/9/2019
11:53 AM

**Date Down Requested**   Entered by aoltean

Issue: FC - Updated Title Request : Active Issue Description: spacer FC - Updated Title Request spacer Start Date: 9/9/2019 Close Date: n.a. Entered By: A█████ Oltean (at-mholt) Closed By: n.a. Reviewed By: n.a. Reviewed: n.a. Projected End: n.a. Days Open: 0 Comments: Please provide Title Date Down for this loan. Resolution: Reason If Declined:

96.
9/10/2019
10:25 AM

**UPDATED INVOICE**   Entered by nweik

ADDED $70 CONDUCT SALE FEE

97.
9/10/2019
10:26 AM

**BID SUMMARY**   Entered by nweik

Sale Date: 9/13/2019
Bid Good Through Date: 9/13/2019
Bid Type: Total Debt
Bid Amount: 188549.34
Total Debt: 188549.34


** CM auto generated comment **

98.
9/10/2019
10:27 AM

**BID SUMMARY APPROVED**   Entered by nweik

QWA000020

LOAN NUMBER: ██████████ SALE DATE: 9/13/2019 TOTAL
DEBT: 188549.34 BID TYPE: TOTAL DEBT BID AMOUNT:
188549.34

99.
9/12/2019
10:59 AM
**Milestone Search uploaded to Equator**     Entered by Cbuium

Required searches have been uploaded to LPS - SCRA & PACER
generated on 09/12/19 - one day before sale - SCRA and Pacer search
uploaded into LPS on 09/12/19

100.
9/13/2019
11:05 AM
**Pre Sale Audit Completed**     Entered by hgarcia

-9/13/2019 hgarcia: clear

101.
9/13/2019
11:07 AM
**Manual clearance sent**     Entered by hgarcia

From: Hazel Garcia Sent: Friday, September 13, 2019 11:07 AM To:
'FAMS-RA-NPPSales' Cc: IDSFC Subject: Manual clearance /
NPP0353401 / WA-18-835092-SW We are clear on this one. Thank you.

102.
9/16/2019
12:50 PM
**Refund Info**     Entered by malston

15900 SE EASTGATE WAY, SUITE 150 BELLEVUE WA 98007

103.
9/16/2019
1:30 PM
**Milestone Search uploaded to Equator**     Entered by Cbuium

Required searches have been uploaded to LPS - SCRA & PACER
generated on 09/16/19 - one day after sale - SCRA and Pacer search
uploaded into LPS on 09/16/19

104.
9/19/2019
8:56 AM
**REMAINING SALE PROCEEDS SENT TO PHH**     Entered by
cstorno

Date Sent: 09/18/2019 Disbursement Check #: 24457 Disbursement
Check Amount: $42.70 Delivery Method: FedEx Tracking Number:
7762 7863 6335

105.
9/19/2019
1:38 PM
**TPP TDUS SENT FEDEX**     Entered by Jstavee

QWA000021

5310 2 TDUS/REETA's WA-19-855235-RM.

106.
9/24/2019    **File Closed by Jstavee**    Entered by Jstavee
10:51 AM

Reason: Sold Third Party
Close Date: 9/24/2019

107.
9/24/2019    **24 hour Final Billing notification**    Entered by Jstavee
10:51 AM

This file was closed on 9/24/2019.

Please close & bill your file within 24 hours of the closed date.
Any item that is not added or is added past the 24-hour mark may be
rejected and not considered for payment.

Trustee Sale Number: WA-18-835092-SW
Loan Number:
Title Order Number: TSG1709-WA-3301634 611169299

THIS DOCUMENT WAS AUTOMATICALLY GENERATED
THROUGH QUALITY LOAN SERVICE.. Email Sent To:
nppaccounting@firstam.com;nppcancels@firstam.com Email Sent To:
swest@qualityloan.com

108.
9/24/2019    **tcf- 3p atty**    Entered by rebmartinez
11:13 AM

+17144621146- David w/ Elite Legal Network- client filed bk prior to
sale, sale went through anyway- calling to have it rescinded- consulted
with wa reception (Angel) and was adv to contact Sierra- warm xfer to
Sierra/rolled to vm - brought call back- warm xfer to wa
reception/Jeffrey

109.
9/24/2019    **TCF Attorney David Miller, Elite Legal Network**    Entered by
12:46 PM    jstenman

714-462-1146 - said he represents an Heir Sarah Hoover in Loss
Miottigation directly with PHH. Said she filed a Chapter 13 BK case
number 19-42890 9/9/2019. Said she had notified PHH and PHH advised
they would notify us. Ran docket and forwarded to BK HUB for review

QWA000022

110.
9/24/2019
12:57 PM
**BK Case No 19-42890 Possible Heir Filed BK**     Entered by jgoldman



111.
9/25/2019
3:51 PM
**tcf-3p**     Entered by rebmartinez

+17144621146- 3p- verified prop-calling regarding a recission of sale-
warm xfer to wa reception/Kristen

112.     **TCF David Miller, Elite Legal Network**     Entered by koswood

QWA000023

9/25/2019
3:57 PM

Calling in and has additional questions regarding property. His client filed BK and PHH supposedly said they would notify us and did not do it. He asked about if our file was noted. Warm transfer to Robert McDonald. 00:00 GARDEN GROVE CA - (714) 462-1146 called ECC MH Mandatory Greeting - 5406 00:00 ECC MH Mandatory Greeting - 5406 transferred call to IVR_09 - 5509 00:23 IVR_09 - 5509 transferred call to R███ Martinez - 5835 02:01 ECC QLS G05 - WA Reception - 5305 transferred call to K███ Oswood WA - 8056 06:23 K███ Oswood WA - 8056 transferred call to Robert McDonald WA - 2336

113.
10/3/2019
11:23 AM

**tc-Sarah Hoover**    Entered by etorres

SARAH HOOVER - ███████ wntd to spk with Rocky direct regarding file, she advised had spkn with him in the past. wrm trnsfrd to Robert M

114.
11/26/2019
10:00 AM

**Left VM for Richard Nast**    Entered by rmcdonald

███████

115.
12/3/2019
5:18 PM

**Mike Lappano CELL**    Entered by rmcdonald

███████

116.
1/7/2020
9:02 AM

**FC Attorney and Borrower Communication - Servicer Action**
Entered by Swest

Issue: FC Attorney and Borrower Communication - Servicer Action Required : Active Issue Description: spacer FC Attorney and Borrower Communication - Servicer Action Required. To be used for purposes of documenting system after firm has been contacted by the borrower and action is required to be taken by the Servicer. (BORATT task) spacer Start Date: 1/7/2020 Close Date: n.a. Entered By: Sierra West (at-mholt) Closed By: n.a. Reviewed By: n.a. Reviewed: n.a. Projected End: 1/8/2020 Days Open: 0 Comments: there was a BK filed by the borrower's heir in which she claimed an interest in the property. Here the property sold to a third party purchaser 9.13.19 and they (the TPP) are seeking to validate the sale in the BK. PHH needs to provide a formal response to the date they were first notified that Ms. Hoover (1) claimed an interest in the property and (2) provided notice to PHH that she filed a BK.

QWA000024