|  |  |
|---|---|
|  | The Honorable Mary Jo Heston<br>Chapter 13<br>Hearing Date: September 3, 2020<br>Hearing Time: 9:00 AM<br>Hearing Location: Telephonic<br>Response Due: August 27, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br>    Debtor. | BK Case No.: 19-42890-MJH<br><br>Adv No. 20-04002 – MJH |
| SARAH HOOVER,<br>    Plaintiff,<br>v.<br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A, AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEW REZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES,<br>    Defendant. | Chapter: 13<br><br>SUPPLEMENTAL DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS' PHH MORTGAGE CORPORATION, HSBC BANK, AND NEWREZ, LLC, AND IH6 PROPERTY |

I, Christina L Henry, hereby declare as follows:

1. I am a Plaintiff in the above-referenced adversary proceeding and I have personal knowledge concerning all information in this declaration.

SUPPLEMENTAL DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS' PHH MORTGAGE CORPORATION, HSBC BANK, AND NEWREZ, LLC, AND IH6 PROPERTY - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 20-04002-MJH    Doc 79    Filed 01/07/21    Ent. 01/07/21 16:17:08    Pg. 1 of 2

2. Attached hereto as **corrected** Exhibit K filed as Dkt No. 73-20 which is a correct copy of the excerpts of the deposition of Michael Lappano, the Rule 30(b)(6) deponent for IH6 Property Washington ("IH6") and taken on July 15, 2020 for this case.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE UNITED STATES THAT THE ABOVE IS TRUE AND CORRECT.

Executed at Bothell, WA this January 7, 2021

                                                 */s/ Christina L Henry*
                                                 Christina L Henry, WSBA# 31273

SUPPLEMENTAL DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS' PHH MORTGAGE CORPORATION, HSBC BANK, AND NEWREZ, LLC, AND IH6 PROPERTY - 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 20-04002-MJH    Doc 79    Filed 01/07/21    Ent. 01/07/21 16:17:08    Pg. 2 of 2