# EXHIBIT K

```
                UNITED STATES BANKRUPTCY COURT
            WESTERN DISTRICT OF WASHINGTON - TACOMA
--------------------------------------------------------------
SARAH HOOVER,                    ) BK No. 19-42890-MJH
                                 ) Adv No. 20-04002-MJH
              Debtor,            )
_____) Chapter 7
                                 )
SARAH HOOVER,                    )
                                 )
              Plaintiff,         )
                                 )
QUALITY LOAN SERVICE CORPORATION )
OF WASHINGTON, PHH MORTGAGE      )
CORPORATION DBA PHH MORTGAGE     )
SERVICES, HSBC BANK USA, N.A. AS )
TRUSTEE OF THE FIELDSTONE        )
MORTGAGE INVESTMENT TRUST, SERIES)
2006-2, NEWREZ, LLC, IH6 PROPERTY)
WASHINGTON, LP, DBA INVITATION   )
HOMES,                           )
                                 )
              Defendants.        )
--------------------------------------------------------------
         30(b)(6) Deposition Upon Oral Examination of
     IH6 PROPERTY WASHINGTON, LP, DBA INVITATION HOMES
              DESIGNEE:  MICHAEL LAPPANO
--------------------------------------------------------------


                   787 Maynard Avenue South
                          Suite 201
                     Seattle, Washington




   DATE:  July 15, 2020

   REPORTED BY:  Christina Atencio, CCR #2749
```

```
 1   APPEARANCES:
 2   For the Plaintiff:
 3                  CHRISTINA LATTA HENRY, ESQ.
                    Henry & DeGraaff
 4                  787 Maynard Avenue South
                    Seattle, WA  98104
 5                  (206) 330-0595
                    chenry@hdm-legal.com
 6
 7   For Defendant IH6 Property Washington, LP DBA Invitation
     Homes:
 8
                    JOHN ANTHONY MCINTOSH, ESQ.
 9                  Schweet Linde & Coulson
                    575 South Michigan Street
10                  Seattle, WA  98108
                    (206) 381-0118
11                  johnm@schweetlaw.com
12
     For Defendant Quality Loan Service Corp. of Washington:
13
                    JOSEPH WARD MCINTOSH, ESQ. (Via telephone)
14                  McCarthy & Holthus, LLP
                    108 First Avenue South
15                  Suite 300
                    Seattle, WA  98104
16                  (206) 596-4842
                    jmcintosh@mccarthyholthus.com
17
18   Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as
     Trustee of the Fieldstone Mortgage Investment Trust, 2006-2,
19   and NewRez:
20                  RYAN S. MOORE, ESQ. (Via telephone)
                    Houser LLP
21                  600 University Street
                    Suite 1708
22                  Seattle, WA  98101
                    (206) 596-7838
23                  rmoore@houser-law.com
24
25
```

Page 3

```
 1                    E X H I B I T S
      NO.    DESCRIPTION                                  PAGES
 2    1      Notice of Deposition                             5

 3    2      Declaration of Michael Lappano                  15

 4    3      Notice to Occupant, 9/25/19                     25

 5    4      Emails, 11/26/19-12/3/19                        34

 6    5      Letter, 9/17/19 with attachment                 36

 7    6      Invitation Homes, Annual Report 2019            45

 8    7      Log of Withheld Communications                  48

 9

10                    E X A M I N A T I O N

11    BY                                                   PAGES

12    Ms. Henry.........................................4, 53

13    Mr. John McIntosh..................................51

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      A.   We did.
 2      Q.   What did you do?
 3      A.   We looked online.  We found no record indicating
 4   that the owner was deceased.
 5      Q.   When you say you "looked online," how did you look
 6   online?
 7      A.   We looked through the title search, did a name
 8   search to see if there was anything that was online as far
 9   as county records for a death certificate, probate, a
10   personal representative's deed, anything that could indicate
11   the owner had passed and we found none.
12      Q.   So you looked in the county records at Pierce
13   County?
14      A.   That's correct.
15      Q.   Did you look anywhere else besides Pierce County
16   records?
17      A.   You would have to ask the title company.
18      Q.   So let me -- so that's what I'm trying to clarify.
19   So the only search that was done was through Fidelity
20   through their title search to the best of your knowledge?
21      A.   That is correct.
22      Q.   And there was no other information done as far as
23   whether the borrower was alive or dead?
24      A.   That is correct.
25           MR. JOHN MCINTOSH:  Object to form.
```

1     Q.   And you did receive it both by email and by mail,
2  correct?
3     A.   Yes, I did.
4          MS. HENRY:  Thank you.  That's all.
5          (Concluded at 11:19 a.m.)
6          (Signature waived.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    C E R T I F I C A T E

2
     STATE OF WASHINGTON   )
3                          )ss
     COUNTY OF SNOHOMISH   )
4

5            I, the undersigned Washington Certified Court
     Reporter, hereby certify that the foregoing 30(b)(6)
6    deposition upon oral examination of IH6 PROPERTY WASHINGTON,
     LP, DBA INVITATION HOMES, DESIGNEE:  MICHAEL LAPPANO was
7    taken stenographically before me on July 15, 2020 and
     transcribed under my direction;
8
             That the witness was duly sworn by me pursuant to
9    RCW 5.28.010 to testify truthfully; that the transcript of
     the deposition is a full, true, and correct transcript to
10   the best of my ability; that I am neither attorney for nor a
     relative or employee of any of the parties to the action or
11   any attorney or counsel employed by the parties hereto nor
     financially interested in its outcome.
12
             I further certify that in accordance with CR 30(e),
13   the witness was given the opportunity to examine, read and
     sign the deposition, within 30 days, upon its completion and
14   submission, unless waiver of signature was indicated in the
     record.
15
             IN WITNESS WHEREOF, I have hereunto set my hand this
16   23rd day of July, 2020.

17

18

19       \S\CHRISTINA ATENCIO

20       _____
         Washington Certified Court Reporter No. 2749
21       License expires November 6, 2020

22

23

24

25