|  |  |
|---|---|
|  | The Honorable Mary Jo Heston<br>Chapter 13<br>Hearing Date: September 3, 2020<br>Hearing Time: 9:00 AM<br>Hearing Location: Telephonic<br>Response Due: August 27, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br><br>  Debtor. | BK Case No.: 19-42890-MJH<br><br>Adv No. 20-04002 – MJH<br><br>Chapter: 13 |
| SARAH HOOVER,<br><br>  Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A, AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEW REZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES,<br><br>  Defendant. | PRAECIPE TO PLAINTIFF'S COMBINED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK, AND NEWREZ, LLC, AND IH6 PROPERTY |

COMES NOW Plaintiff Sarah Hoover, through counsel, requesting a Praecipe to correct the citation to referenced in the Plaintiff's Combined Opposition to Motions for Summary Judgment by Defendants PHH Mortgage Corporation, HSBC Bank, and NewRez, LLC and IH6 Property, Dkt No. 72 at pg 21, ln 1-2.

PRAECIPE TO PLAINTIFF'S COMBINED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK, AND NEWREZ, LLC, AND IH6 PROPERTY - 1

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 20-04002-MJH    Doc 80    Filed 01/07/21    Ent. 01/07/21 16:30:31    Pg. 1 of 2

**Incorrect Citation:**
Henry Opp. Dec., at ¶ 9, Ex. K - Deposition of Michael Lappano, at pg. 15:2-21.

**Corrected Citation:**
Henry Opp. Dec., at ¶ 9, Ex. K[1] - Deposition of Michael Lappano, at pg. 14:2-21.

Dated this 7th of January 2021.

          HENRY & DEGRAAFF, P.S.

          */s/ Christina L Henry*
          Christina L Henry, WSBA #31273
          787 Maynard Ave S.
          Seattle, WA 98104
          T: 206-330-0595/ F: 206-400-7609
          chenry@hdm-legal.com

---

[1] Note the corrected Ex. K is attached to the Supplemental Declaration of Christina L Henry, Dkt No. 79.

PRAECIPE TO PLAINTIFF'S COMBINED OPPOSITION TO MOTIONS
FOR SUMMARY JUDGMENT BY DEFENDANTS PHH MORTGAGE
CORPORATION, HSBC BANK, AND NEWREZ, LLC, AND IH6
PROPERTY - 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 20-04002-MJH    Doc 80    Filed 01/07/21    Ent. 01/07/21 16:30:31    Pg. 2 of 2