**Below is the Order of the Court.**

*[Signature: Mary Jo Heston]*

**Mary Jo Heston
U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>    Debtor. | Chapter 13<br><br>Case No.: 19-42890-MJH<br><br>Adversary No.: 20-04002-MJH |
| SARAH HOOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES<br><br>    Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINES FOR FILING MOTION FOR RECONSIDERATION, NOTICE OF APPEAL, AND MOTION FOR LEAVE TO APPEAL** |

THIS MATTER having come before the Court on Defendants PHH Mortgage Corporation D/B/A PHH Mortgage Service, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC's (collectively, the "Defendants") request to extend the deadline for Defendants to file a Motion for Reconsideration or Notice of Appeal and

ORDER GRANTING MOTION TO EXTEND DEADLINES
FOR FILING MOTION FOR RECONSIDERATION, NOTICE
OF APPEAL, AND MOTION FOR LEAVE TO APPEAL
AP No. 20-04002-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 86    Filed 02/19/21    Ent. 02/19/21 16:38:55    Pg. 1 of 3

Motion for Leave to Appeal, requested in hearing on February 18, 2021 in the above-captioned adversary case, and the Court having heard oral arguments from the parties, and finding no genuine issue of material fact, it is hereby

ORDERED that:

1. The deadline for all defendants to file a Motion for Reconsideration regarding this Court's order of February 8, 2021 [Dkt # 82] is hereby extended to February 26, 2021; and

2. The deadline for all defendants to file a Notice of Appeal and Motion for Leave to Appeal regarding this Court's order of February 8, 2021 [Dkt # 82] is hereby extended to February 26, 2021.

///End of Order///

Presented by:

**HOUSER LLP**
*/s/ Robert W. Norman*
Robert W. Norman, Jr., WSBA # 37094
*Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC*

ORDER GRANTING MOTION TO EXTEND DEADLINES
FOR FILING MOTION FOR RECONSIDERATION, NOTICE
OF APPEAL, AND MOTION FOR LEAVE TO APPEAL
AP No. 20-04002-MJH
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 86    Filed 02/19/21    Ent. 02/19/21 16:38:55    Pg. 2 of 3

# CERTIFICATE OF SERVICE

On February 18, 2021, I served the foregoing document(s): ORDER GRANTING MOTION TO EXTEND DEADLINES FOR FILING MOTION FOR RECONSIDERATION, NOTICE OF APPEAL, AND MOTION FOR LEAVE TO APPEAL, in the manner described below:

| | |
|---|---|
| Jason D. Anderson<br>Anderson Law of King County, PLLC<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>Jason@alkc.net<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Joseph W. McIntosh<br>McCarthy & Holthus, LLP<br>108 1st Ave South, Suite 300<br>Seattle, WA 98104<br>jmcintosh@mccarthyholthus.com<br>*Counsel for Quality Loan Service Corporation of Washington* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br>johnm@schweetlaw.com<br>*Counsel for IH6 Property Washington, L.P.* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 18, 2021

*/s/ Rachel M. Perez*
Rachel M. Perez

ORDER GRANTING MOTION TO EXTEND DEADLINES
FOR FILING MOTION FOR RECONSIDERATION, NOTICE
OF APPEAL, AND MOTION FOR LEAVE TO APPEAL
AP No. 20-04002-MJH
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 86    Filed 02/19/21    Ent. 02/19/21 16:38:55    Pg. 3 of 3