# EXHIBIT A

# Christina Henry

| | |
|---|---|
| **From:** | Joseph McIntosh <jmcintosh@McCarthyHolthus.com> |
| **Sent:** | Sunday, February 14, 2021 3:28 PM |
| **To:** | Christina Henry; rnorman@houser-law.com; John McIntosh |
| **Cc:** | Jason Anderson (jason@alkc.net) |
| **Subject:** | RE: Hoover v QLS |

I've already addressed this inquiry, you were included.

**From:** Christina Henry [mailto:chenry@hdm-legal.com]
**Sent:** Sunday, February 14, 2021 3:26 PM
**To:** Joseph McIntosh <jmcintosh@McCarthyHolthus.com>; rnorman@houser-law.com; John McIntosh <johnm@schweetlaw.com>
**Cc:** Jason Anderson (jason@alkc.net) <jason@alkc.net>
**Subject:** Hoover v QLS

Hello Counsels,

I am reaching out to you all about how you are planning to implement the court's directive that "[a]ll Defendants shall cooperate with Ms. Hoover and her counsel to immediately take all necessary steps to undo the foreclosure sale of the Bonney Lake Property." Thank you.

**Christina L Henry,** *Attorney*
Henry & DeGraaff, P.S.
787 Maynard Ave S
Seattle, Washington, 98104
Tel 206/330-0595
Fax 206-400-7609
www.seattledebtlaw.com
chenry@HDM-legal.com

1