# EXHIBIT B

# Christina Henry

| | |
|---|---|
| **To:** | Jason Anderson; John McIntosh; Bob Norman |
| **Cc:** | Emilie K. Edling; Joseph McIntosh |
| **Subject:** | RE: Hoover v QLS |

**From:** Jason Anderson <jason@alkc.net>
**Sent:** Friday, February 19, 2021 9:34 AM
**To:** John McIntosh <johnm@schweetlaw.com>; Bob Norman <bnorman@houser-law.com>; Christina Henry <chenry@hdm-legal.com>
**Cc:** Emilie K. Edling <eedling@houser-law.com>; Joseph McIntosh <jmcintosh@McCarthyHolthus.com>
**Subject:** Re: Hoover v QLS

I would have appreciated a response to this clarifying question; will that be happening?

**Jason D. Anderson**
Anderson Santiago, PLLC
787 Maynard Ave. S
Seattle, WA 98104
206-395-2665

**From:** Jason Anderson <jason@alkc.net>
**Sent:** Wednesday, February 17, 2021 11:21 AM
**To:** John McIntosh <johnm@schweetlaw.com>; Bob Norman <bnorman@houser-law.com>; Christina Henry <chenry@hdm-legal.com>
**Cc:** Emilie K. Edling <eedling@houser-law.com>; Joseph McIntosh <jmcintosh@McCarthyHolthus.com>
**Subject:** Re: Hoover v QLS

Just to clarify, are you saying that IH6's position is that because the deed/sale was void, there's nothing to reconvey? I apologize if I'm not following that correctly.

**Jason D. Anderson**
Anderson Santiago, PLLC
787 Maynard Ave. S
Seattle, WA 98104
206-395-2665

**From:** John McIntosh <johnm@schweetlaw.com>
**Sent:** Wednesday, February 17, 2021 9:01 AM
**To:** Bob Norman <bnorman@houser-law.com>; Christina Henry <chenry@hdm-legal.com>
**Cc:** Jason Anderson <jason@alkc.net>; Emilie K. Edling <eedling@houser-law.com>; Joseph McIntosh <jmcintosh@McCarthyHolthus.com>
**Subject:** RE: Hoover v QLS

1

Case 20-04002-MJH    Doc 103-2    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 2 of 3

Since the court's order declares the trustee's sale and trustee's deed void, I'm not sure what Ms. Hoover is requesting from IH6 to implement the order. If Ms. Hoover is requesting something specific from IH6, please let me know.

John A. McIntosh, Attorney
Schweet Linde & Coulson, PLLC
575 S. Michigan Street
Seattle, Washington 98108
Direct dial:  (206) 381-0118
Fax:  (206) 381-0101
johnm@schweetlaw.com

This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.