# EXHIBIT D

NAME AND
RETURN ADDRESS
MCCARTHY & HOLTHUS
108 1ST AVENUE SOUTH, STE 300
SEATTLE, WA 98104

| **DOCUMENT TITLE(S)** | ORDER |
|---|---|
| **REFERENCE NUMBERS(S)** | 200607310903<br>201909260566 |
| **GRANTOR(S)** | IH6 PROPERTY WASHINGTON, L.P. |
| **GRANTEE(S)** | ALI SULEIMAN TRUST<br>HSBC BANK USA, NATIONAL ASSOCIATION<br>QUALITY LOAN SERVICE CORP. OF WASHINGTON |
| **LEGAL DESCRIPTION** | LOT 3 PLAT OF CYRSTAL MEADOWS RECORDED MAY 14, 2004, UNDER RECORDING NO. 200405145003, RECORDS OF PIERCE COUNTY, WASHINGTON. SITUATE IN THE CITY OF BONNEY LAKE, COUNTY OF PIERCE, STATE OF WASHINGTON |
| **PARCEL NUMBER(S)** | 7001740030 |
| **ADDRESS** | 18205 106TH STREET EAST<br>BONNEY LAKE, WA 98391 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br><br>    Debtor,<br><br>SARAH HOOVER,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, et. al.,<br><br>    Defendants. | BK Case No. 19-42890-MJH<br><br>Adversary Case No. 20-04002-MJH<br><br>STIPULATION AND ORDER RESCINDING TRUSTEE'S SALE |

The parties, through their undersigned counsel, recite and stipulate as follows:

## I.     RECITALS

1. This action concerns real property (the "Property") in Pierce County, Washington identified as follows:

| ADDRESS | 18205 106TH STREET EAST<br>BONNEY LAKE, WA 98391 |
|---|---|
| TAX PARCEL ID. | 7001740030 |
| LEGAL DESCRIPTION | LOT 3 PLAT OF CYRSTAL MEADOWS RECORDED MAY 14, 2004, UNDER RECORDING NO. 200405145003, RECORDS OF |

Stipulation and Order
Page -1-
McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

| | PIERCE COUNTY, WASHINGTON. SITUATE IN THE CITY OF BONNEY LAKE, COUNTY OF PIERCE, STATE OF WASHINGTON |
|---|---|

2. The Property was formerly owned by the Ali Suleiman Trust with Amir Suleiman and Sarah Hoover as co-trustees (the "Suleiman Trust").

3. The Property was formerly encumbered by a deed of trust (the "Deed of Trust") held by HSBC Bank USA, National Association, as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 ("HSBC") and recorded under Pierce County Recorder's No. 200607310903.

4. Quality Loan Service Corp. of Washington ("Quality") was the trustee under the Deed of Trust.

5. On September 13, 2019, Quality auctioned the Property for sale pursuant to the Deed of Trust power of sale. IH6 Property Washington, L.P., a Delaware Limited Partnership ("IH6") was the winning bidder at auction. On or about September 17, 2019, Quality issued a trustee's deed (the "Trustee's Deed") to IH6 which was recorded under Pierce County Recorder's No. 201909260566.

6. On February 8, 2021, under Dkts # 81-82, this Court ruled the trustee sale violated the bankruptcy automatic stay and is void.

## II. STIPULATION

The parties stipulate the effect of the Court's ruling on title is as follows:

1. The parties are returned to their title positions as if the trustee sale never occurred.

2. The Trustee's Deed to IH6 is canceled.

3. The Suleiman Trust is reinstated as the title owner of the Property.

4. HSBC's Deed of Trust is reinstated as the first position lien against the Property securing the loan repayment obligation described therein.

//

//

Stipulation and Order
Page -2-
Case 20-04002-MJH    Doc 103-4    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 4 of 5

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

### III. ORDER

The above-stipulated terms are ORDERED by the Court.

SIGNED THIS _____ DAY OF _____, 2021

_____
JUDGE MARY JO HESTON

PRESENTED BY:

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Quality Loan Service Corp. of Washington

/s/ Christina L Henry
Christina L Henry, WSBA #31273
Attorney for Sarah Hoover

/s/ Ryan S Moore
Ryan S Moore, WSBA #50098
Attorney for PHH Mortgage Corporation *dba* PHH Mortgage Services and HSBC Bank USA, NA, as Trustee of the Fieldstone Mortgage investment Trust, Series 2006-2

/s/ John McIntosh
John McIntosh, WSBA #43113
Attorney for IH6 Property Washington LP *dba* Invitation Homes

Stipulation and Order
Page -3-

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-04002-MJH    Doc 103-4    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 5 of 5