# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| SARAH HOOVER,<br><br>    Debtor,<br>_____<br>SARAH HOOVER,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION DBA PHH MORTGAGE SERVICES, HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, IH6 PROPERTY WASHINGTON, LP, DBA INVITATION HOMES.<br><br>    Defendants. | BK No. 19-42890- MJH<br><br>Adv No. 20-04002 – MJH<br><br>Chapter 7<br><br>FED.R.BANKR.P. 30(b)(1) NOTICE OF VIDEO DEPOSITION OF EMPLOYEE(s) OF DEFENDANT HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 RESPONSIBLE FOR POLICIES OR DIRECTIVES FOR THE TREATMENT OF LOANS AND MORTGAGE ACCOUNTS OF DEBTORS INVOLVED IN CHAPTER 7 BANKRUPTCY |

To:    All parties, through counsel:

PLEASE TAKE NOTICE that Plaintiff Sarah Hoover, by her undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. 30(b)(1) that she intends to take the oral deposition of Defendant

NOTICE OF DEPOSITION - 1

HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2's ("HSBC") employee(s) who are responsible for:

- Establishing a policy and/or procedure regarding remedying stay violations where a property is foreclosed after a chapter 7 bankruptcy is filed;
- Establishing a policy and/or procedure regarding the notice of a borrower's bankruptcy filing;
- Establishing a policy and/or procedure regarding the processing of a third party authorization after a bankruptcy filing;
- Establishing a policy and/or procedure regarding the processing of a notice from an unauthorized third party for a borrower's bankruptcy filing;
- Establishing a policy and/or procedure regarding the notice of a bankruptcy filing from a confirmed successor in interest;
- Any training given to employees to remedy stay violations;
- Any training given to employees to address foreclosures following a bankruptcy filing;
- The creation of Risk Convergence Reports between January 1, 2019 and December 31, 2020 regarding the loan at issue in this lawsuit;

The deposition will be taken upon oral examination at the instance and request of the Plaintiff in the above-entitled and numbered action before a notary public or other official authorized to administer oaths at Anderson Santiago, PLLC, 787 Maynard Avenue South, Seattle, WA commencing on March 25, 2020 at the hour of 1:30 pm.[1] The oral examination is subject to continuance or adjournment from time to time or place until completed.

---

[1] Plaintiff has designated the time and place identified here solely for the purpose of noting this deposition. Plaintiff is willing to modify the scheduled deposition to a time, date, and location convenient to the witness and parties.

NOTICE OF DEPOSITION - 2

**HENRY & DEGRAAFF, PS**
787 MAYNARD AVE S.
SEATTLE WA 98104
(206) 330-0595/F (206) 400-7609

Said deposition will be taken before a qualified notary public and is subject to continuance and/or adjournment from time to time or place to place until completed. The notary public or duly authorized officer qualified to administer oaths, and may be recorded by a videographer, at the date, time, and location indicated above. Plaintiff also provides notice to the Defendants and deponent that the deposition may be used at the time of trial.

This notice was served on the following counsel for the Defendant HSBC for whom the deponent acts as an employee:

Robert W. Norman, Jr.
HOUSER, LLP
600 University St, Ste 1708
Seattle, WA 98101
bnorman@houser-law.com

Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 and NewRez, LLC

**YOU ARE FURTHER COMMANDED** to bring with you at said time and place, any and all documents which you have reviewed and/or relied upon in preparation for your deposition testimony.

DATED this 23 day of February 2021.

**HENRY & DEGRAAFF, PS**

By: /s/ Christina L Henry
Christina L Henry, WSBA No. 31273
Attorney for Plaintiff
787 Maynard Ave. S.
Seattle, WA 98104
(206) 330-0595
(206) 400-7609 (fax)
chenry@hdm-legal.com

NOTICE OF DEPOSITION - 3

**HENRY & DEGRAAFF, PS**
787 MAYNARD AVE S.
SEATTLE WA 98104
(206) 330-0595/F (206) 400-7609

Case 20-04002-MJH    Doc 103-7    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 4 of 5

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served a copy of **FRBP 30(b)(1) Deposition of Defendant HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2** in the manner noted below on the following individuals:

McCARTHY & HOLTHUS, LLP
Attn: Joseph Ward McIntosh
108 1st Ave S Ste 300
Seattle, WA 98104-2104
jmcintosh@mccarthyholthus.com
Attorney for Quality Loan Service Corp. of Washington

HOUSER, LLP
Robert W. Norman, Jr.
600 University St, Ste 1708
Seattle, WA 98101
bnorman@houser-law.com
Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 and NewRez, LLC

SCHWEET LINDE & COULSON, PLLC
John Anthony McIntosh
575 S. Michigan St
Seattle, WA 98108-3316
johnm@schweetlaw.com
Attorneys for Defendant IH6 Property Washington, L.P. dba Invitation Homes

[X] Via electronic service pursuant to agreement
[ ] Via Facsimile
[.] Via First Class Mail (Deposited on this day for delivery)
[ ] Via Certified Mail, Return Receipt Requested
[ ] Via Messenger

DATED this 23rd day of February, 2021 at Bothell, Washington.

　　　　　　　　　　　　　　　　　　　　_/s/ Christina L Henry_
　　　　　　　　　　　　　　　　　　　Christina L Henry, WSBA# 31273

Certificate of Service - 1

**HENRY & DEGRAAFF, PS**
787 MAYNARD AVE S.
SEATTLE WA 98104
(206) 330-0595/F (206) 400-7609