# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| SARAH HOOVER,<br><br>　　　　Debtor, | BK No. 19-42890- MJH<br><br>Adv No. 20-04002 – MJH<br><br>Chapter 7 |
| SARAH HOOVER,<br><br>　　　　Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION DBA PHH MORTGAGE SERVICES, HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, IH6 PROPERTY WASHINGTON, LP, DBA INVITATION HOMES.<br><br>　　　　Defendants. | SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT HSBC |

TO: DEFENDANT HSBC BANK USA, N.A. AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 ("HSBC"), Defendant;

TO: YOUR ATTORNEYS OF RECORD:

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 1

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Pursuant to Fed.R.Bankr.P. 7026, 7033, and 7034 which incorporates Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff, Sarah Hoover (the "Plaintiff") propounds these interrogatories and requests for production, to which Defendant HSBC Bank USA, N.A. as Trustee of The Fieldstone Mortgage Investment Trust, SERIES 2006-2 ("HSBC"), shall respond separately and fully, in writing and under oath, and will produce documents for inspection and copying for the documents described therein to the offices of Henry & DeGraaff, PS, 787 Maynard Ave S, Seattle, WA 98104, within 30 days of the service of these requests on Defendants and in accordance with the Instructions and Definitions set forth below.

## DEFINITIONS

Notwithstanding any definition below, each word, term, or phrase used in these Interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

1. As used herein, the terms "You" and "Your" shall mean HSBC Bank USA, N.A. as Trustee of The Fieldstone Mortgage Investment Trust, SERIES 2006-2 ("HSBC"), and all attorneys, agents, and other natural persons or business or legal entities acting or purporting to act for or on behalf of HSBC, whether authorized to do so or not. By use of the pronoun "you" it is intended that the answers are to include all information known to or reasonably ascertainable by HSBC, your agents, attorneys, investigators, employees and other representatives.

2. Any and all data or information which is in electronic or magnetic form should be produced in a reasonable manner.

3. "And" "as well as," and "or" should be construed either disjunctively or conjunctively, as necessary to bring within the scope of these requests any matter which might otherwise be construed to be outside their scope.

4. The masculine gender of any word used herein includes the feminine and the neuter. The past tense of a verb used herein includes the present tense, and the present tense of any verb includes the past tense.

5. "Relate to," "related to" or "relating to," as used herein, means directly or indirectly referring to, alluding to, having any relationship to, pertaining to, concerning, connected with, commenting on, regarding, discussing, mentioning, reflecting, analyzing, constituting or embodying in whole or in part.

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 2

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 3 of 16

6. A document "relating" or "referring" to any given subject matter, as used herein, means any document that constitutes, contains, embodies, identifies, bears upon or deals with that subject, including, without limitation, emails, notes, electronic records, or documents concerning the preparation of documents.

7. "Document" is defined to include any and all manner of electronic, written, typed, printed, emailed, reproduced, filmed or recorded material, and all photographs, pictures, plans or other representations of any kind of anything pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter at hand, and the term includes, without limitation:

   a. Papers, emails, texts, voice mail messages, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, notes, transcriptions of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, films, photographs, graphic representations, diaries, calendars, desk calendars, pocket calculators, calculators of any type, lists, logs, purchase orders, messages, resumes, summaries, agreements, contracts, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or records, or any other writings or other tangible things on which any handwriting, typing, printing, photostatic, or other forms of communications are recorded or reproduced, as well as all notations on the foregoing;

   b. Originals and all other copies not absolutely identical;

   c. All drafts and notes, whether typed, handwritten or otherwise, made or prepared in connection with such document, whether used or not; and

   d. Any medical record, chart, X-ray, book, log, pamphlet, periodical, letter, report, memorandum, notation, message, record, study, working paper, chart, graph, index, tape, minutes, contract, lease, invoice, record of purchase or sale, correspondence, telegram, cable, electronic or other transcription or taping of telephone or personal conversations or conference, and any and all other written, printed, typed, punched, taped, filmed or graphic matter, however produced or reproduced.

8. "The Account" refers to the account sought to be collected from Ali Suleiman in this case by PHH Mortgage Corporation d/b/a PHH Mortgage Services ("PHH"), HSBC, and NewRez, LLC ("NewRez").

9. A request to "name" or "identify" a certain person or persons is deemed to require the person's full name, last known residence and phone number, job title, employer and employer's business address and phone number. If the job title, etc. are set out in another answer, their repetition is unnecessary.

10. When asked to "state the facts" your response should include (i) the identity of any persons with any personal knowledge of the facts stated; (ii) the identity of any

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 3

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 4 of 16

documents concerning the facts stated; and (iii) the identity of any communications concerning the facts stated.

11. "Complaint" means the initial complaint and any amended complaints filed in this action.
12. Any word or term not specifically defined: If you contend that a word or term that is not specifically defined in these requests is vague or capable of multiple meanings that prevent you from answering the interrogatory, then you should consult the Merriam Webster dictionary available online at http://www.merriam-webster.com for a definition that is incorporated into these requests by reference.

13. "Borrower(s)" means the individual from whom Defendant QLS foreclosed against, Ali Suleiman and/or his estate in this case.

14. "Property" means the property at issue in this case located at 18205 106th Street East Bonney Lake, WA 98391.

15. "Policy" or "Policies" means any practice, procedure, directives, routine, rule, courses of conduct or code of conduct, written or unwritten, formal or informal, recorded or unrecorded, which was recognized, adopted, issued or followed by you.

16. "QLS" means Defendant Quality Loan Services Corporation of Washington and includes, without limitations, any offices, branches and locations of Defendant QLS, as well as any of its attorneys, employees, managers, agents, consultants, vendors, contractors, advisors, representatives, or PERSONS working on its behalf, and its parent organizations, affiliates, predecessors, and assignors.

17. "PHH" means Defendant PHH Mortgage Corporation dba PHH Mortgage Services, and includes, without limitations, any offices, branches and locations of Defendant PHH Mortgage Corporation dba PHH Mortgage Services, as well as any of its attorneys, employees, managers, agents, consultants, vendors, contractors, advisors, representatives, or PERSONS working on its behalf, and its parent organizations, affiliates, predecessors, and assignors.

18. "NewRez" means Defendant NewRez, LLC, and includes, without limitations, any offices, branches and locations of Defendant NewRez, LLC, as well as any of its attorneys, employees, managers, agents, consultants, vendors, contractors, advisors, representatives, or PERSONS working on its behalf, and its parent organizations, affiliates, predecessors, and assignors.

19. "IH6" means Defendant IH6 Property of Washington, LP d/b/a Invitation Homes, and includes, without limitations, any offices, branches and locations of Defendant IH6 Property of Washington, LP dba Invitation Homes, as well as any of its attorneys, employees, managers, agents, consultants, vendors, contractors, advisors, representatives, or PERSONS working on its behalf, and its parent organizations, affiliates, predecessors, and assignors.

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 4

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 5 of 16

20. "Plaintiff" means Plaintiff Sarah Hoover.

21. "File" means all "Documents" or documented "Communications" related to the "Account" at issue in this case.

## INTERROGATORIES

**INTERROGATORY NO. 25:**

IDENTIFY all documents which depict or relate to your financial statements (including but not limited to) balance sheet, income statement, cash flow statement.

**RESPONSE:**

**INTERROGATORY NO. 26**

IDENTIFY all employees of HSBC, with knowledge of the Plaintiff's bankruptcy filing prior to January 1, 2020, and for each employee so IDENTIFIED, state his or her job title and the state and location where they work.

**RESPONSE:**

**INTERROGATORY NO. 27:**

DESCRIBE in detail all training for bankruptcy policies provided to the persons identified in response to Interrogatory No. 26, stating the dates on which each such person attended, and identifying the materials provided to each such person.

**RESPONSE:**

**INTERROGATORY NO. 28:**

IDENTIFY employment and salary records of the persons identified in response to Interrogatory No. 26.

**RESPONSE:**

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 5

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 6 of 16

**INTERROGATORY NO. 29:**

IDENTIFY the full and complete copies of all servicing manuals, memoranda, notes, polices, and employee training materials related to reviewing, analyzing, and responding to Notices of Bankruptcy filings and/or responding to any other correspondence from any party notifying you of a bankruptcy filing by any method.

**RESPONSE:**

**INTERROGATORY NO. 30:**

IDENTIFY all consumer complaints against you or agents acting on your behalf from the Consumer Financial Protection Bureau related to "Loan modification, Collection, Foreclosure" during the time period from January of 2019 to the present that involve HSBC loans. *See* the Consumer Financial Protection Bureau's Consumer Complaint Database.

**RESPONSE:**

**INTERROGATORY NO. 31:**

IDENTIFY your responses to the consumer complaints as referred to in Interrogatory No. 30.

.**RESPONSE:**

**INTERROGATORY NO. 32:**

State your knowledge of any Risk Convergence Reports created for HSBC loans created by Ocwen/PHH created for loans involved in a Chapter 7 bankruptcy from January 1, 2018 and the present. *See* Original Complaint, *Consumer Financial Protection Bureau v. Ocwen*

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 6

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 7 of 16

*Financial Corporation, et al.*, No. 9:17-cv-80495 (S.D.Fla. April 20, 20117),

https://files.consumerfinance.gov/f/documents/20170420_cfpb_Ocwen-Complaint.pdf .

**INTERROGATORY NO. 33:**

State your knowledge of any consent judgments and/or settlement agreements and consent orders entered into with the Washington State Attorney General for Ocwen/PHH and/or NewRez that involved HSBC loans from January of 2017 to the present.

**RESPONSE:**


**INTERROGATORY NO. 34:**

IDENTIFY the number of instances where you or agents acting on your behalf were provided with notice of a bankruptcy filing prior to a nonjudicial foreclosure sale and the nonjudicial foreclosure sale nonetheless went forward.

**RESPONSE:**


**INTERROGATORY NO. 35:**

For those instances IDENTIFIED in Interrogatory No. 34, please explain what actions you or agents acting on your behalf took after the sale.

**RESPONSE:**


**INTERROGATORY NO. 36:**

State your knowledge of any documents produced in the Civil Investigate Demands made by the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014 for HSBC loans. *See* Consent Judgment,

https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf.

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 7

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 8 of 16

**RESPONSE:**

**INTERROGATORY NO. 37:**

State your knowledge of any Compliance Review Quarterly Reports produced to the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014. *See* Consent Judgment,

https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf

**RESPONSE:**

**INTERROGATORY NO. 38:**

State your knowledge of any Monitor Reports received to the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014. *See* Consent Judgment,

https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf

**RESPONSE:**

**INTERROGATORY NO. 39:**

State your knowledge of any enforcement actions taken by the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014. *See* Consent Judgment,

https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf

**RESPONSE:**

SECOND SET OF DISCOVERY TO HSBC　　　　　　　　　　HENRY & DEGRAAFF, PS
Adv No. 20-04002-MJH - 8　　　　　　　　　　　　　　787 Maynard Ave S
　　　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　　　Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 9 of 16

# DOCUMENTS TO BE PRODUCED

**REQUEST FOR PRODUCTION NO. 25:**

Produce all materials (including but not limited to webinars, physical books, electronic materials or other documents) pertaining to the training and supervision of your employees or agents as to compliance with foreclosure processes.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 26:**

Produce all materials (including but not limited to webinars, physical books, electronic materials or other documents) pertaining to the training and supervision of your employees or agents as to compliance with the bankruptcy automatic stay, 11 U.S.C. § 362.


**REQUEST FOR PRODUCTION NO. 27:**

Produce all materials (including but not limited to webinars, physical books, electronic materials or other documents) pertaining to the training and supervision of your employees by you or your agents as to compliance with HSBC's guidelines and/or policies and procedures regarding nonjudicial foreclosures as to compliance with Washington State laws.

**RESPONSE:**

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 9

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 10 of 16

**REQUEST FOR PRODUCTION NO. 28:**

Produce all materials (including but not limited to webinars, physical books, electronic materials or other documents) pertaining to the training and supervision of QLS and other foreclosing Trustees by you or your agents for nonjudicial foreclosures in Washington State.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 29:**

Produce all DOCUMENTS showing HSBC's net pretax profits for the five years preceding and including the year the Plaintiff's Complaint was filed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 30:**

Produce all DOCUMENTS showing HSBC's net worth for the five years preceding and including the year Plaintiff's Complaint was filed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 31:**

Produce all of HSBC's Annual Reports for the five years preceding the year Plaintiff's Complaint was filed.

**RESPONSE:**

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 10

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 11 of 16

**REQUEST FOR PRODUCTION NO. 32:**

Produce all HSBC's balance sheets, profit and loss statements, income statements, federal tax returns with all schedules, and any other document reflecting Defendant's overall financial condition for the five years preceding the year Plaintiff's Complaint was filed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 33:**

Produce all DOCUMENTS evidencing other instances where HSBC or the agents working on their behalf were provided notice of a bankruptcy filing prior to a foreclosure sale and you or your agents nonetheless went forward with the foreclosure sale.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 34:**

Produce all DOCUMENTS related to HSBC and the Civil Investigate Demands made by the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014. *See* Consent Judgment, https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 35:**

Produce all documents related to HSBC and any Compliance Review Quarterly Reports produced to the Plaintiff States in connection with the Consent Judgment entered into with

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 11

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 12 of 16

1 | Ocwen/PHH on February 26, 2014. *See* Consent Judgment,

2 | https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf

3 | **RESPONSE:**

**REQUEST FOR PRODUCTION NO. 36:**

Produce all documents related to HSBC and any Monitor Reports received to the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014. *See* Consent Judgment,

https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 37:**

Produce documents related to HSBC and any enforcement actions taken by the Plaintiff States in connection with the Consent Judgment entered into with Ocwen/PHH on February 26, 2014. *See* Consent Judgment,

https://oag.ca.gov/sites/all/files/agweb/pdfs/mortgage_settlement/ocwen-consent-judgment.pdf

**RESPONSE:**

Dated: February 23, 2021.

HENRY & DEGRAAFF, PS

By: _/s/ Christina L Henry_____
    Christina L Henry, WSBA# 31273
    Attorneys for Plaintiff
    787 Maynard Ave S

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 12

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 13 of 16

Seattle, WA 98104
chenry@hdm-legal.com
Attorneys for Plaintiff Sarah Hoover

ANDERSON SANTIAGO, PLLC

By: _/s/ Jason D. Anderson_
Jason D. Anderson, WSBA# 38014
Attorneys for Plaintiff
787 Maynard Ave S
Seattle, WA 98104
jason@alkc.net
Attorneys for Plaintiff

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 13

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 14 of 16

**VERIFICATION**

STATE OF _____ )

                           ) ss.

COUNTY OF _____ )

I, _____, being first duly sworn on oath, deposes and says:

I have read the within and foregoing answers and responses to Plaintiff's Second Set of Interrogatories Propounded to HSBC Bank USA, N.A. as Trustee of The Fieldstone Mortgage Investment Trust, SERIES 2006-2 ("HSBC"), and know the contents thereof, and believe the same to be true.

_____
signature

SUBSCRIBED AND SWORN to before me this \_\_\_\_\_ day of _____, 2020

_____

[PRINT NAME]_____

NOTARY PUBLIC for the State of _____

Residing at _____

My Commission Expires: _____

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 14

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 15 of 16

# CERTIFICATE OF SERVICE

I, Christina L Henry, hereby certify that on February 23, 2021, I electronically transmitted the foregoing via email to the following:

McCARTHY & HOLTHUS, LLP
Attn: Joseph Ward McIntosh
108 1st Ave S Ste 300
Seattle, WA 98104-2104
jmcintosh@mccarthyholthus.com
Attorney for Quality Loan Service Corp. of Washington

HOUSER, LLP
Robert W. Norman, Jr.
600 University St, Ste 1708
Seattle, WA 98101
bnorman@houser-law.com
Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 and NewRez, LLC

SCHWEET LINDE & COULSON, PLLC
John Anthony McIntosh
575 S. Michigan St
Seattle, WA 98108-3316
johnm@schweetlaw.com
Attorneys for Defendant IH6 Property Washington, L.P. dba Invitation Homes

EXECUTED this 23rd day of February 2021 at Bothell, WA

/s/ Christina L Henry
Christina L Henry, WSBA #31273

SECOND SET OF DISCOVERY TO HSBC
Adv No. 20-04002-MJH - 15

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# 206-400-7609

Case 20-04002-MJH    Doc 103-8    Filed 03/22/21    Ent. 03/22/21 21:31:38    Pg. 16 of 16