THE HONORABLE MARY JO HESTON
Chapter 13
Date of Hearing: March 29, 2021
Time of Hearing: 1:00 PM
Hearing Location: Telephonic
Response Due: March 22, 2021

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>    Debtor. | Chapter 13<br><br>Case No.: 19-42890-MJH<br><br>Adversary No.: 20-04002-MJH |
| SARAH HOOVER,<br><br>    Plaintiff,<br><br>  vs.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES<br><br>    Defendants. | **DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL** |

DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN
SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 1

HOUSER LLP
600 University St.
Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 104    Filed 03/24/21    Ent. 03/24/21 16:54:49    Pg. 1 of 4

## I. MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants PHH Mortgage Corporation D/B/A PHH Mortgage Services; NewRez, LLC (individually, "NewRez"); and HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 (individually the "Trust") (collectively, "Defendants") hereby move for an Order enlarging by one day the time in which it must file a Reply in Support of its Motion to Stay Proceedings Pending Appeal (Doc. 95), so that the Reply is due March 25, 2021.

At the last hearing in this matter, the upcoming hearing on Defendants' Motion to Stay was moved from April 8, 2021 to March 29, 2021 to accommodate a request from Plaintiff to hold the hearing at the soonest possible time. At this same time, this Court requested Defendants include, with their reply brief in support of the Motion to Stay, briefing on whether discovery should be reopened if there is no stay, and what discovery is needed at this juncture. Due to the change of hearing date, Defendants' deadline to file a reply and further briefing requested by this Court was shortened so that the deadline fell only two-days after the late-night receipt of Plaintiff's briefing. Defendants' counsel therefore conferred with Plaintiff's counsel on this request for an extension, and the parties agreed on an extension of one day.

Accordingly, for good cause appearing, Defendants request this Court extend its deadline to file a reply to March 25, 2021. The motion is not made for the sole purpose of delay, and no party is prejudiced by the extension.

## II. CONCLUSION

For the foregoing reasons, Defendants request a one-day extension on their deadline to file a Reply in Support of Motion to Stay Proceedings Pending Appeal.

//
//
//

DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 2

HOUSER LLP
600 University St.
Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 104    Filed 03/24/21    Ent. 03/24/21 16:54:49    Pg. 2 of 4

DATED: March 24, 2021

**HOUSER LLP**

By: */s/ Emilie K. Edling*
Emilie K. Edling WSBA No. 45042
eedling@houser-law.com
Robert W. Norman, Jr. WSBA No. 37094
rnorman@houser-law.com
*Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC*

DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 3

HOUSER LLP
600 University St.
Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 104    Filed 03/24/21    Ent. 03/24/21 16:54:49    Pg. 3 of 4

# CERTIFICATE OF SERVICE

On March 24, 2021, I served the foregoing document(s): DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL, in the manner described below:

| | |
|---|---|
| Jason D. Anderson<br>Anderson Law of King County, PLLC<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>Jason@alkc.net<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Joseph W. McIntosh<br>McCarthy & Holthus, LLP<br>108 1st Ave South, Suite 300<br>Seattle, WA 98104<br>jmcintosh@mccarthyholthus.com<br>*Counsel for Quality Loan Service Corporation of Washington* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br>johnm@schweetlaw.com<br>*Counsel for IH6 Property Washington, L.P.* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 24, 2021

*/s/ Rachel M. Perez*
Rachel M. Perez

DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 4

HOUSER LLP
600 University St.
Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 104    Filed 03/24/21    Ent. 03/24/21 16:54:49    Pg. 4 of 4