Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>SARAH HOOVER,<br><br>Debtor. | Chapter 13<br><br>Case No.: 19-42890-MJH<br><br>Adversary No.: 20-04002-MJH |
| SARAH HOOVER,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL** |

THIS MATTER having come before the Court on Defendants PHH Mortgage Corporation D/B/A PHH Mortgage Service, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC's (collectively, the "Defendants") Motion to Extend Deadline for Filing Reply in Support of Motion to Stay Proceedings Pending Appeal (Doc.

ORDER GRANTING MOTION TO EXTEND DEADLINE
FOR FILING REPLY IN SUPPORT OF MOTION TO STAY
PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 106    Filed 03/25/21    Ent. 03/25/21 12:59:00    Pg. 1 of 3

95) in the above-captioned adversary case, and the Court finding no genuine issue of material fact, it is hereby

    ORDERED that the deadline for Defendants to file a Reply in Support of Motion to Stay Pending Appeal is GRANTED. The Reply shall be due March 25, 2021.

///End of Order///

Presented by:

**HOUSER LLP**
*/s/ Emilie K. Edling*
Robert W. Norman, Jr., WSBA # 37094
*Attorneys for Defendants PHH Mortgage Corporation, HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC*

ORDER GRANTING MOTION TO EXTEND DEADLINE
FOR FILING REPLY IN SUPPORT OF MOTION TO STAY
PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 106    Filed 03/25/21    Ent. 03/25/21 12:59:00    Pg. 2 of 3

# CERTIFICATE OF SERVICE

On March 24, 2021, I served the foregoing document(s): ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL, in the manner described below:

Jason D. Anderson
Anderson Law of King County, PLLC
787 Maynard Ave S., Suite B
Seattle, WA 98104
Jason@alkc.net
*Counsel for Plaintiff/Debtor*

☒ CM/ECF
☐ UPS Overnight
☐ UPS 2 Day Shipping
☐ Email
☐ Courier

Christina L. Henry
Henry & Degraaff, P.S.
787 Maynard Ave S., Suite B
Seattle, WA 98104
chenry@hdm-legal.com
*Counsel for Plaintiff/Debtor*

☒ CM/ECF
☐ UPS Overnight
☐ UPS 2 Day Shipping
☐ Email
☐ Courier

Joseph W. McIntosh
McCarthy & Holthus, LLP
108 1st Ave South, Suite 300
Seattle, WA 98104
jmcintosh@mccarthyholthus.com
*Counsel for Quality Loan Service Corporation of Washington*

☒ CM/ECF
☐ UPS Overnight
☐ UPS 2 Day Shipping
☐ Email
☐ Courier

John A. McIntosh
Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
johnm@schweetlaw.com
*Counsel for IH6 Property Washington, L.P.*

☒ CM/ECF
☐ UPS Overnight
☐ UPS 2 Day Shipping
☐ Email
☐ Courier

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 24, 2021

*Rachel M. Perez*
Rachel M. Perez

ORDER GRANTING MOTION TO EXTEND DEADLINE
FOR FILING REPLY IN SUPPORT OF MOTION TO STAY
PROCEEDINGS PENDING APPEAL
AP No. 20-04002-MJH
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 106    Filed 03/25/21    Ent. 03/25/21 12:59:00    Pg. 3 of 3