Entered on Docket March 30, 2021

Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re:<br><br>SARAH HOOVER,<br><br>               Debtor. | Bk. No. 19-42890 |
| SARAH HOOVER,<br><br>               Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES; HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2; NEWREZ, LLC; AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES,<br><br>               Defendants. | Adversary No. 20-04002<br><br>**ORDER DENYING MOTION TO STAY PROCEEDINGS PENDING APPEAL AND ORDERING OTHER RELIEF** |

     This matter came before the Court on the Defendant PHH Mortgage Corporation's, HSBC Bank USA, N.A.'s, and New Rez, LLC's (collectively "PHH") motion seeking a stay of all proceedings in this case pending appeal and the resolution of a discovery dispute over punitive

ORDER DENYING MOTION TO STAY
PROCEEDINGS PENDING APPEAL
AND ORDERING OTHER RELIEF- 1

damages between PHH and the Plaintiff, Ms. Hoover. ECF Nos. 95, 97 (the "PHH Motion"). This Court issued an oral ruling on the PHH Motion on March 29, 2021, at a 1:00 PM hearing held telephonically. Based on this Court's March 29, 2021 oral findings and conclusions of law that are incorporated under Fed. R. Bankr. P. 7052, the Court hereby

**ORDERS** that PHH's motion for stay pending appeal, ECF Nos. 95, 97, is DENIED; it further

**ORDERS** that discovery on the damages against PHH for willful violation of the automatic stay under § 362(k) is suspended and the scheduled June 2, 2021 trial is stricken and will be rescheduled as needed; it further

**ORDERS** that adjudication of whether IH6 willfully violated the automatic stay is suspended; it further

**ORDERS** that a status conference will be held on April 20, 2021, at 2:30 PM to ensure that the Order has been fully complied with regarding undoing the void Sale and returning the Bonney Lake Property title to the Suleiman Trust.

/ / / End of Order / / /