**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re | Chapter 13 |
| SARAH HOOVER, | Case No.: 19-42890-MJH |
| Debtor. | Adversary No.: 20-04002-MJH |
| SARAH HOOVER, | ORDER RESCINDING TRUSTEE'S SALE |
| Plaintiff, | |
| vs. | |
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES | |
| Defendants. | |

Pursuant to the Court's February 8, 2021 Memorandum Decision and Order (ECF No. 81 & 82), and pursuant to the parties' Stipulation for Order Rescinding Trustee's Sale, filed April 20, 2021, this Court finds and orders as follows:

ORDER RESCINDING TRUSTEE'S SALE
AP No. 20-04002-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 124    Filed 04/20/21    Ent. 04/20/21 16:31:57    Pg. 1 of 5

1. This action concerns real property (the "Property") in Pierce County, Washington identified as follows:

| ADDRESS | 18205 106TH STREET EAST BONNEY LAKE, WA 98391 |
|---|---|
| TAX PARCEL ID. | 7001740030 |
| LEGAL DESCRIPTION | LOT 3 PLAT OF CYRSTAL MEADOWS RECORDED MAY 14, 2004, UNDER RECORDING NO. 200405145003, RECORDS OF PIERCE COUNTY, WASHINGTON. SITUATE IN THE CITY OF BONNEY LAKE, COUNTY OF PIERCE, STATE OF WASHINGTON |

2. The Property was formerly owned by Ali Suleiman and was encumbered by a deed of trust (the "Deed of Trust") executed by Ali Suleiman and held by HSBC Bank USA, National Association, as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 ("HSBC") and recorded under Pierce County Recorder's No. 200607310903.

3. Quality Loan Service Corp. of Washington ("Quality") was the trustee under the Deed of Trust.

4. On September 13, 2019, Quality auctioned the Property for sale pursuant to the Deed of Trust's power of sale (the "Trustee Sale"). IH6 Property Washington, L.P., a Delaware Limited Partnership ("IH6") was the winning bidder at the Trustee Sale for the sum of $356,000.00 (the "Sale Proceeds"). On or about September 17, 2019, Quality issued a trustee's deed (the "Trustee's Deed") to IH6 which was recorded under Pierce County Recorder's No. 201909260566.

5. Quality disbursed $188,549.34 of the Sale Proceeds to HSBC's servicer PHH Mortgage Corporation ("PHH") for payment in full of the obligation secured by HSBC's Deed of Trust. The remaining sale proceeds of $167,407.96 were deposited in this Court's registry pending further order of this Court. (ECF No. 41.)

6. On February 8, 2021, this Court issued a Memorandum Decision and Order on Cross-Motions for Summary Judgment (ECF No. 81 & 82) ruling that the Trustee Sale violated the bankruptcy automatic stay and is void, and ordering the parties to cooperate in unwinding the Trustee Sale.

ORDER RESCINDING TRUSTEE'S SALE
AP NO. 20-04002-MJH
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 124    Filed 04/20/21    Ent. 04/20/21 16:31:57    Pg. 2 of 5

7. Pursuant to this Court's February 8, 2021 Memorandum and Order, the parties have filed a Stipulation for Order Rescinding Trustee's Sale. In accord with the Stipulation, this Court ORDERS that:

    (a) The parties are returned to their title positions as if the Trustee Sale never occurred.

    (b) The Trustee's Deed to IH6 is canceled and void.

    (c) HSBC's Deed of Trust is reinstated as the first position lien against the Property securing the loan repayment obligation described in the Deed of Trust.

    (d) The Sale Proceeds shall be returned to IH6, as follows:

        *(i)* The Clerk of this Court is authorized and ordered to disburse the funds being held by the Court registry in the principal amount of $167,407.96, plus any accrued interest, to IH6 Property Washington, L.P., less any amount of Clerk's fees. Such disbursal shall be made by check payable to IH6 Property Washington, L.P., and mailed to:

            Schweet Linde & Coulson, PLLC

            575 South Michigan Street

            Seattle, WA 98108

        *(ii)* HSBC is ordered to return the Sale Proceeds in the amount of $188,549.34 to IH6.

///End of Order///

ORDER RESCINDING TRUSTEE'S SALE
AP NO. 20-04002-MJH
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH   Doc 124   Filed 04/20/21   Ent. 04/20/21 16:31:57   Pg. 3 of 5

PRESENTED BY:

/s/ Emilie K. Edling
Emilie K. Edling, WSBA #45042
Attorney for PHH Mortgage Corporation, HSBC Bank USA, NA, as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2, and NewRez, LLC

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Quality Loan Service Corp. of Washington

/s/ Christina L Henry
Christina L Henry, WSBA #31273
Attorney for Sarah Hoover

*/s/ Jason Anderson*
Jason Anderson, WSBA #38014
Attorney for Sarah Hoover

/s/ John McIntosh
John McIntosh, WSBA #43113
Attorney for IH6 Property Washington LP *dba* Invitation Homes

ORDER RESCINDING TRUSTEE'S SALE
AP NO. 20-04002-MJH
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 124    Filed 04/20/21    Ent. 04/20/21 16:31:57    Pg. 4 of 5

# CERTIFICATE OF SERVICE

On April 20, 2021, I served the foregoing document(s): ORDER RESCINDING TRUSTEE'S SALE, in the manner described below:

| | |
|---|---|
| Jason D. Anderson<br>Anderson Law of King County, PLLC<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>Jason@alkc.net<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Counsel for Plaintiff/Debtor* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| Joseph W. McIntosh<br>McCarthy & Holthus, LLP<br>108 1st Ave South, Suite 300<br>Seattle, WA 98104<br>jmcintosh@mccarthyholthus.com<br>*Counsel for Quality Loan Service Corporation of Washington* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |
| John A. McIntosh<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108<br>johnm@schweetlaw.com<br>*Counsel for IH6 Property Washington, L.P.* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ Email<br>☐ Courier |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 20, 2021

*/s/ Rachel M. Perez*
Rachel M. Perez

ORDER RESCINDING TRUSTEE'S SALE
AP No. 20-04002-MJH
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 20-04002-MJH    Doc 124    Filed 04/20/21    Ent. 04/20/21 16:31:57    Pg. 5 of 5