UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: SARAH HOOVER, Debtor, ------------------------------ SARAH HOOVER, Plaintiff - Appellee, v. PHH MORTGAGE CORPORATION, DBA PHH Mortgage Services; et al., Defendants - Appellants, and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and IH6 PROPERTY WASHINGTON, L.P., DBA Invitation Homes, Defendants. | No. 22-35814 D.C. No. 3:21-cv-05154-RSL U.S. District Court for Western Washington, Tacoma **MANDATE** |

The judgment of this Court, entered September 08, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT