# Henry & DeGraaff, P.S.

Christina L Henry
*chenry@hdm-legal.com*

November 20, 2023

The Honorable Mary Jo Heston
Tacoma Federal Courthouse Union Station
1717 Pacific Avenue, Ste 2100
Tacoma, WA 98402-3233

      RE:    <u>*Hoover v QLS, et al*, Case No. Adv 20-04002-MJH</u>

Dear Judge Heston

    I have conferenced with opposing counsel about the best date for a status conference following remand from the Ninth Circuit and the parties have confirmed availability on the following date:

**December 19, 2023 at 1:00pm**

               Sincerely,

               */s/ Christina L Henry*

               Christina L Henry