Entered on Docket November 20, 2023

**Below is the Order of the Court.**



_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>SARAH HOOVER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, et al.,<br><br>　　　　　　　　Defendants. | **Adversary No. 20-04002-MJH**<br><br>**ORDER SETTING STATUS CONFERENCE** |

On September 8, 2023, the USCA issued its Memorandum, (ECF No. 135). On November 15, 2023, the USCA issued its Mandate, (ECF No. 136). The Court is in receipt of a request by Plaintiff's counsel to set a Status Conference, (ECF No. 138), accordingly, it is hereby

**ORDERED** that a Status Conference; in the above matter, is scheduled for **December 19, 2023, at 1:00 p.m.** The conference shall be held by telephone conference. The call-in instructions can be found on the court's website at https://www.wawb.uscourts.gov/content/judge-mary-jo-heston-0.

///End of Order///

ORDER SETTING STATUS CONFERENCE - 1