Entered on Docket January 25, 2024

Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | |
|---|---|
| SARAH HOOVER, | **Case No. 19-42890-MJH** |
| Debtor. | |
| SARAH HOOVER, | **Adversary No. 20-4002-MJH** |
| Plaintiff, | **NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES** |
| v. | |
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, et al., | |
| Defendants. | |

    1.    <u>Hearing Setting</u>. The Evidentiary Hearing on IH6's alleged willful violation of the automatic stay (ECF Nos. 1, 81) is set for a one-day evidentiary hearing commencing at **9:00 a.m. April 4, 2024,** in **U.S. BANKRUPTCY COURT, 1717 Pacific Avenue, Courtroom H, Tacoma, Washington.**

    2.    <u>Compliance</u>.  **Counsel/parties are advised that failure to comply with the procedures set forth in this order, including the duty to provide the court with updated documents as necessary, may result in adverse evidentiary rulings.**

NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES - 1

3. <u>Prehearing Procedures</u>. The deadlines and due dates are as follows:

a. Movant's prehearing statement shall be due no later than **March 28, 2024.**

b. Respondent's prehearing statement shall be due no later than **March 28, 2024.**

Prehearing statements shall include as exhibits proposed findings of fact and conclusions of law. All must carry top notation, and two chambers' copies of each must be provided. <u>See</u> Local Bankruptcy Rule 9013-1(d).

4. <u>Pleadings</u>. Motions *in limine* and objections to exhibits shall be served and filed no later than **March 29, 2024.**

5. <u>Exhibits</u>.

a. <u>Identification</u>. A number sequence shall be used for all exhibits (including experts' declarations) of all parties, with prefixes indicating the offering party (i.e., M 1, M 2, M 3, etc.; R 1, R 2, R 3, etc.).

b. <u>Format</u>. Exhibits shall be premarked in accordance with this order. Any documentary exhibits which can reasonably be submitted on 8-1/2 by 11 inch paper shall be, with text on one side only.

c. <u>Binders</u>. **Any party submitting exhibits shall submit the exhibits in 3 ring binders. The binders shall include an index of the exhibits and each exhibit shall be separated with an index tab marked with the identification as set forth in paragraph 5(a) above.** The parties may contact the Courtroom Deputy for return of the binders at the conclusion of the matter.

d. <u>Submissions</u>. Parties intending to offer exhibits **shall submit *three (3) sets* of the exhibits, in 3-ring binders, as follows: one (1) original and two (2) copies brought to the Court no later than five (5) days prior to the evidentiary hearing for use by the Court.**

6. <u>Settlement</u>. **The parties shall promptly notify the Court if the matter is settled or if they need the Court's assistance to identify a mediator.**

7. <u>Confirmation</u>. The movant **shall** confirm that the evidentiary hearing is going forward not later than **noon five (5) court days prior** to the scheduled hearing date, and so advise all parties. **Failure to comply may result in the**

NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES - 2

**evidentiary hearing being stricken and the case dismissed with prejudice.** Please confirm the evidentiary hearing using the E Docket Confirmation Process. For information concerning the E Docket Confirmation Process, please visit the Court's website at http://www.wawb.uscourts.gov.

///End of Order///

NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES - 3