Honorable Mary Jo Heston

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re:<br><br>    SARAH HOOVER,<br><br>        Debtor.<br>_____<br><br>SARAH HOOVER,<br><br>        Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2, NEWREZ, LLC, AND IH6 PROPERTY WASHINGTON, L.P. D/B/A INVITATION HOMES,<br><br>        Defendants. | Case No.: 19-42890-MJH<br><br>Adv. No. 20-04002-MJH<br><br>DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT |

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 1

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH     Doc 153     Filed 03/08/24     Ent. 03/08/24 14:49:03     Pg. 1 of 11

Defendants PHH Mortgage Corporation ("PHH"), HSBC Bank USA, National Association, as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2 (the "Trust") and NewRez, LLC ("NewRez"; together with the Trust and PHH, the "Defendants") answer Plaintiff's Amended Complaint [Dkt. 7] as follows:

## I. Jurisdiction and Venue

1. Defendants admit that this Court has jurisdiction.

2. Defendants admit that this Court is the proper venue.

## II. Parties

3. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 3 and therefore deny the same.

4. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 4 and therefore deny the same.

5. Admitted.

6. Admitted.

7. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 7 and therefore deny the same.

8. Denied. The Trust is a trustee. Admitted as to the location of HSBC Bank USA's principal executive office.

9. Denied. The relationship between the Trust and PHH is set forth in the power of attorney provided from the Trust to PHH.

10. Admitted.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 2

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 2 of 11

11. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 11 and therefore deny the same.

12. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 12 and therefore deny the same.

### III. Factual Background

13. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 13 and therefore deny the same. PHH denies the allegation that it was unwilling to work with Plaintiff.

14. Admit a foreclosure sale of the real property (the "Property") was scheduled for September 13, 2019. The Court file speaks for itself. Otherwise, denied.

15. These allegations have already been determined by the Court, and therefore do not require a response.

16. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 16 and therefore deny the same.

17. Admit.

18. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 18 and therefore deny the same.

19. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 19 and therefore deny the same.

20. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 20 and therefore deny the same.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 3

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 3 of 11

21. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 21 and therefore deny the same.

22. Defendants admit that Ocwen Loan Servicing, LLC nka PHH is the servicer of the Loan. Defendants further admit that payments were made on the Loan until 2018. Otherwise, denied.

23. Denied.

24. The assumption documents Ocwen Loan Servicing, LLC and PHH circulated speak for themselves and any responses thereto by Plaintiff or Leo Hoover also speak for themselves. Otherwise, denied.

25. The Notice of Trustee's Sale speaks for itself. Any characterization of that Notice of Trustee's Sale is therefore denied.

26. The documents Plaintiff sent relating to assumption of the Loan speak for themselves. PHH fka Ocwen Loan Servicing, LLC was the servicer of the Loan in June 2019. Otherwise, denied.

27. Denied.

28. Defendants admit that the foreclosure sale went forward. Otherwise, denied.

29. The documents informing Plaintiff that she had not submitted all required information for an assumption speak for themselves as do the call records between Plaintiff and PHH or Plaintiff and Ocwen Loan Servicing, LLC. Otherwise, denied.

30. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 30 and therefore deny the same.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 4

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 4 of 11

31. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 31 and therefore deny the same.

32. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 32 and therefore deny the same.

33. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 33 and therefore deny the same.

34. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 34 and therefore deny the same.

35. The Court file speaks for itself. Otherwise, denied.

36. Admit the arrearage amount and the sale amount of the Property. Otherwise, denied.

37. The document referenced in Paragraph 37 speaks for itself although the version attached as Exhibit B to the Amended Complaint does not include a time stamp for a fax. Otherwise, denied.

38. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 38 and therefore deny the same.

39. Admit that PHH did not instruct Quality to postpone or cancel the sale. Admit the Property was sold to IH6 Property. Otherwise, denied.

40. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 40 and therefore deny the same.

41. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 41 and therefore deny the same.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 5

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 5 of 11

42. The document referenced in Paragraph 42 speaks for itself. Otherwise, Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 42 and therefore deny the same.

43. Defendants admit that QLS issued the Trustee's Deed to IH6 Property on September 17, 2019. Otherwise, denied.

44. The document referenced in Paragraph 44 speaks for itself. Otherwise, Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 44 and therefore deny the same.

45. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 45 and therefore deny the same.

46. Admit the sale generated a surplus in the amount of $167,407.96. Otherwise, Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 46 and therefore deny the same.

47. Denied.

48. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 48 and therefore deny the same.

49. Defendants deny on the basis the averment is vague and does not appear to be asserting a fact.

50. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 50 and therefore deny the same.

51. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 51 and therefore deny the same.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 6

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 6 of 11

52. The letters referenced speak for themselves. Otherwise, denied.

53. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 53 and therefore deny the same.

54. Denied.

55. The document referenced in Paragraph 55 speaks for itself. Otherwise, denied.

56. Denied.

57. The Court file speaks for itself. Otherwise, denied.

58. Denied.

## IV. Causes of Action

### Count I – Violation of the Automatic Stay

59. Defendants reincorporate by reference its answers as set forth in paragraphs 1 through 58 above.

60. These allegations have already been determined by the Court, and therefore do not require a response.

61. These allegations have already been determined at least in-part by the Court, and therefore do not require a response. As to remaining allegations not determined by the Court, denied.

62. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 62 and therefore deny the same.

63. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 63 and therefore deny the same.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
Case No. 19-42890-MJH
Adv. No. 20-04002-MJH
Page 7

Houser LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 7 of 11

64. Defendants do not have sufficient information or knowledge to admit or deny the allegations in paragraph 64 and therefore deny the same.

65. These allegations have already been determined by the Court, and therefore do not require a response.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

## V. Conclusion

Defendants deny any allegations set forth in this section.

## VI. Affirmative Defenses

Without accepting the burden of proof as to any matter for which Plaintiff bears the burden, Defendants assert the following affirmative defenses.

1. Plaintiff has failed to reasonably mitigate her damages.

2. Plaintiff's damages, if any, were proximately caused or contributed to by Plaintiff or by the conduct of other parties over whom Defendant has no control or derivative liability and who are not a party to this action.

3. To the extent that Plaintiff has suffered any damage, injury, and/or harm as a result of the matters alleged in her Complaint, which Defendant denies, any damage, injury, and/or harm sustained by Plaintiff was the direct and proximate result of the independent, intervening, negligent, criminal, and/or unlawful conduct of independent third parties or their agents, and not any act or omission on the part of Defendant.

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 8

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 8 of 11

4. Plaintiff is wholly or partially barred from seeking equitable relief under the doctrine of unclean hands.

5. Plaintiff's damages are barred in part by the doctrine of laches.

6. Plaintiff's claims are in whole or part barred because Defendant and/or any agent's conduct (if any) was, at most, the result of a bona fide error that was unintentional, clerical in nature, and occurred in spite of reasonable procedures in place to avoid error.

7. Defendants' good faith compliance with the statutes, rules, and regulations which govern the subject matter of this lawsuit, precludes in-part its liability to Plaintiff.

8. Defendants are not liable for the acts of independent contractors.

9. Defendants did not act or fail to act in a manner sufficient to give rise to punitive/liquidated damages liability.

10. Defendants may not be held liable for punitive damages on a respondeat superior theory of liability.

11. Any punitive damages awarded, if any, is limited by applicable provisions of the United States Constitution, Washington state law, and established due process rights.

12. Defendants reserve the right to add any further affirmative defenses.

**DATED**: March 8, 2024

**HOUSER LLP**

By: s/ Emilie K. Edling
Emilie K. Edling WSBA 45042
eedling@houser-law.com
10260 SW Greenburg Rd., Suite 400
Portland, OR 97223
Telephone: (503) 914-1382
*Attorneys for PHH Mortgage Corporation,*

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
Case No. 19-42890-MJH
Adv. No. 20-04002-MJH
Page 9

Houser LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 9 of 11

| | |
|---|---|
| 1 | *NewRez LLC, and HSBC Bank USA, N.A., as Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2* |

SECOND AMENDED ANSWER AND AFFIRMATIVE
DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 10

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 10 of 11

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows: I am over the age of 21 years and am not a party to this action. March 8, 2024, I served the foregoing document(s): DEFENDANTS PHH MORTGAGE CORPORATION, HSBC BANK USA, N.A., AS TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 AND NEWREZ, LLC,'S SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT, in the manner described below:

| | |
|---|---|
| Christina L. Henry<br>Henry & Degraaff, P.S.<br>787 Maynard Ave S., Suite B<br>Seattle, WA 98104<br>chenry@hdm-legal.com<br>*Counsel for Plaintiff/Debtor* | ☐ U.S. Mail, Postage Prepaid<br>☐ E-mail<br>☐ UPS Next Day Air<br>☐ UPS 2nd Day Air<br>☒ CM/ECF |
| Jason D. Anderson, WSBA# 38014<br>207B Sunset Blvd N<br>Renton, WA 98057<br>jason@alkc.net<br>*Attorneys for Plaintiff/Debtor* | ☐ U.S. Mail, Postage Prepaid<br>☐ E-mail<br>☐ UPS Next Day Air<br>☐ UPS 2nd Day Air<br>☒ CM/ECF |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 8, 2024

*/s/ Taylor Duffin*
Taylor Duffin

SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT
CASE NO. 19-42890-MJH
ADV. NO. 20-04002-MJH
Page 11

HOUSER LLP
10260 SW Greenburg Rd, Suite 400
Portland, OR 97223
PH: (503) 914-1382
FAX: (949) 679-1112

Case 20-04002-MJH    Doc 153    Filed 03/08/24    Ent. 03/08/24 14:49:03    Pg. 11 of 11