Judge Mary Jo Heston
Chapter 13
Location: Tacoma
Hearing Date: May 20, 2024
Hearing Time: 1:00 pm
Response Due: May 13, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>SARAH HOOVER,<br><br>Debtor, | BK Case No. 19-42890-MJH<br><br>Adversary Case No. 20-04002-MJH<br><br>**JOINT MOTION TO DISMISS DEFENDANT IH6 PROPERTY WASHINGTON, L.P.** |
| SARAH HOOVER,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, *et. al.*,<br><br>Defendants. | |

## I. RELIEF REQUESTED

Plaintiff Sarah Hoover ("Hoover") and defendant IH6 Property Washington, L.P., a Delaware limited partnership ("IH6 Property"), move this Court for an order dismissing IH6 Property with prejudice. Hoover and IH6 Property have settled this matter and, per the terms of their agreement, Hoover requests an order dismissing IH6 Property with prejudice. This Motion is made under Fed. R. Civ. P. 41(a)(2).

## II. STATEMENT OF FACTS

MOTION TO DISMISS IH6 PROPERTY
WASHINGTON LP WITH PREJUDICE - 1

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 20-04002-MJH    Doc 166    Filed 04/29/24    Ent. 04/29/24 16:53:32    Pg. 1 of 3

On March 28, 2024, Hoover and IH6 Property entered into a settlement agreement (the "Settlement Agreement") resolving all claims asserted by Hoover against IH6 Property. Under the Settlement Agreement, the parties agreed that, after discharging its obligations thereunder, Hoover would dismiss IH6 Property with prejudice. IH6 Property discharged its obligations under the Settlement Agreement. Hoover, through counsel, circulated a proposed agreed order dismissing IH6 Property with prejudice to the parties. IH6 Property approved the order; however, the PHH Mortgage Company Defendants[1] have not agreed to stipulate to the dismissal without certain conditions that have not been agreed to by the parties. Therefore, because not all parties to the action have stipulated to the dismissal of IH6 Property, this Motion is necessary.

### III. LEGAL AUTHORITY

Pursuant to Fed. R. Civ. P. 41(a)(2), made applicable by Fed. R. Bankr. P. 7041, an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Here, Plaintiff requests that the Court dismiss IH6 Property with prejudice. IH6 Property agrees that it should be dismissed with prejudice, this motion reflects the agreement of the movants, and there is no reason to delay entry of an order dismissing IH6 Property from this case.

### IV. CONCLUSION

For the foregoing reasons, Hoover and IH6 Property request an order granting its motion and dismissing IH6 Property with prejudice.

Dated this 29th day of April 2024.

---

[1] PHH Mortgage Services, HSBC Bank USA, NA as Trustee, and NEWREZ, LLC.

MOTION TO DISMISS IH6 PROPERTY
WASHINGTON LP WITH PREJUDICE - 2

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 20-04002-MJH    Doc 166    Filed 04/29/24    Ent. 04/29/24 16:53:32    Pg. 2 of 3

| | |
|---|---|
| SEATTLE CONSUMER JUSTICE, PS<br>By: */s/ Christina L Henry*<br>Christina L Henry, WSBA# 31273<br>Attorneys for Plaintiff<br>10728 16th Ave SW<br>Seattle, WA 98146<br>chenry@hdm-legal.com | ANDERSON SANTIAGO, PLLC<br><br>By: */s/ Jason D. Anderson*<br>Jason D. Anderson, WSBA# 38014<br>Attorneys for Plaintiff<br>207B Sunset Blvd N<br>Seattle, WA 98057-5517<br>jason@alkc.net |

SCHWEET LINDE & ROSENBLUM, PLLC
*/s/John A. McIntosh*
John A. McIntosh, WSBA# 43113
Attorney for Defendant IH6
575 S. Michigan St.
Seattle, WA 98108-3316
johnm@schweetlaw.com

MOTION TO DISMISS IH6 PROPERTY WASHINGTON LP WITH PREJUDICE - 3

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 20-04002-MJH    Doc 166    Filed 04/29/24    Ent. 04/29/24 16:53:32    Pg. 3 of 3